UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** February 13, 2014      Time in Court: **15 min.**

**Case No.:** C 13-04608 RS

**Case Title:** Pinterest, Inc. v. Pintrips, Inc.

**Appearances:**

    For Plaintiff(s): Lawrence Siskind, Jane Ann Levich, Donald Thompson

    For Defendant(s): Frank Bernstein

**Deputy Clerk:** Corinne Lew      **Court Reporter:** Candace Yount

## **PROCEEDINGS**

Defendant's Motion to Dismiss Hearing Held.

## **SUMMARY**

MOTION/MATTER: ( ) Granted

          ( ) Denied

          ( ) Granted in part/Denied in part

          **(X) Taken under submission**

          ( ) Withdrawn/Off Calendar

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    **(X) Court**