HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
Email: siskind@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email: dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
PINTEREST, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINTEREST, INC.,<br>a Delaware corporation,<br><br>                     Plaintiff,<br><br>   v.<br><br>PINTRIPS, INC.,<br>a Delaware corporation,<br><br>                   Defendant. | Case No. CV 13-04608-RS<br><br>**STIPULATED REQUEST FOR ORDER<br>CHANGING TIME AND GRANTING<br>OTHER RELIEF**<br><br>**[~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pinterest, Inc. ("Pinterest" or "Plaintiff") and Defendant Pintrips, Inc. ("Pintrips" or "Defendant"), through this Stipulated Request for Order Changing Time and Granting Other Relief ("Stipulation"), agree as follows:

1.     The case management conference currently scheduled for March 13, 2014 shall be rescheduled for March 20, 2014, and the joint case management statement currently due March 6, 2014 shall instead be due March 13, 2014.

2.     The complaint filed on October 4, 2013 shall remain in full force and effect for all purposes except that the language "California corporation" shall be deemed to be replaced with the language "Delaware corporation" in the caption, in paragraph 3, and in paragraph 5.

3.     The summons issued on October 4, 2013 shall remain in full force and effect for all purposes except that the language "California corporation" shall be deemed to be replaced with the language "Delaware corporation" in the caption.

4.     In its sole discretion, Plaintiff may file and serve a corrected complaint and request issuance and service of a corrected summons that formalizes the changes implemented by paragraphs 2 and 3 of this Stipulation once ordered. In no event shall the filing, issuance, or service of any such corrected complaint or corrected summons impact the calculation of any deadline in this action, including the deadline to answer the complaint. Any answer to the complaint shall be deemed to be an answer to the corrected complaint for all purposes.

5.     This Stipulation is supported by the Declaration of Frank L. Bernstein filed herewith.

Dated:  February 27, 2014                      Respectfully submitted,

                                               HARVEY SISKIND LLP
                                               LAWRENCE J. SISKIND
                                               DONALD A. THOMPSON


                                               By: _____/s/_____
                                                        Donald A. Thompson

                                               Attorneys for Plaintiff
                                               PINTEREST, INC.

Dated:  February 27, 2014                      KENYON & KENYON LLP



                                               By: _____/s/_____
                                                        Frank L. Bernstein

                                               Attorneys for Defendant
                                               PINTRIPS, INC.


        I, Donald A. Thompson, am the ECF User whose identification and password are being used

to file this document. Pursuant to Civil Local Rule 5.1, I hereby attest that counsel for Defendant has

concurred in this filing.


                                    _____/s/_____
                                             Donald A. Thompson

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _2/28_____, 2014   _____

4                                    **UNITED STATES DISTRICT JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28