United States District Court
Northern District of California

PINTEREST, INC.,

    Plaintiff,

  v.

PINTRIPS, INC.,

    Defendant.

Case No.: 3:13-cv-04608-RS (KAW)

ORDER REGARDING MOTION FOR DISCOVERY

On July 15, 2014, Pinterest filed a motion for discovery, seeking a letter of request pursuant to Federal Rule of Civil Procedure 28(b). The Court hereby orders the parties to meet and confer on this issue. If the parties' meet and confer efforts are successful, they may file a stipulation and proposed order regarding the letter of request. In the event the parties file such a stipulation, the Court will take the motion for discovery off calendar and review the stipulation for approval.

In the interim, Pinterest shall re-notice its motion, currently set for hearing on August 7, 2014, in accordance with Civil Local Rule 7. The Court's next available hearing date is September 4, 2014. Pinterest shall also submit a courtesy copy of the motion to chambers, as required by Civil Local Rule 5-1(e)(7).

IT IS SO ORDERED.

Dated: July 18, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge