| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | LAWRENCE J. SISKIND (SBN 85628)<br>Email: siskind@harveysiskind.com |
| 3 | DONALD A. THOMPSON (SBN 260076)<br>Email: dthompson@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>PINTEREST, INC. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINTEREST, INC.,<br>a Delaware corporation,<br><br>                Plaintiff,<br><br> v.<br><br>PINTRIPS, INC.,<br>a Delaware corporation,<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 13-04608-RS-KAW<br><br>**STIPULATED REQUEST TO HEAR MOTION FOR PROTECTIVE ORDER, ~~MOTION FOR SANCTIONS,~~ AND JOINT LETTER ON DESIGNATED HOUSE COUNSEL, ON SHORTENED TIME**<br><br>~~[PROPOSED]~~ **ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pinterest, Inc. ("Pinterest" or "Plaintiff") and Defendant Pintrips, Inc. ("Pintrips" or "Defendant"), through this Stipulated Request to Hear Motion for Protective Order, Motion for Sanctions, and Joint Letter on Designated House Counsel, on Shortened Time ("Stipulation"), agree as follows:

1. Pinterest has noticed a motion pursuant to Rule 28(b) of the Federal Rules of Civil Procedure to issue a Letter of Request for the examination of Mr. Paul Addy by deposition under Article I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. That motion has been set for hearing in this Court at 11:00 am on September 4, 2014.  (Dkt. #62)

2. Pintrips has noticed a motion for a Protective Order prescribing the manner by which Pinterest may take discovery from certain non-parties as ordered by this Court on August 7, 2014. That motion has been set for hearing in this Court at 11:00 am on October 2, 2014. (Dkt. ## 68 and 73)  In response to Pintrips' motion, Pinterest is today filing an Opposition, and a motion for sanctions.  Pintrips has not yet seen Pinterest's Opposition, or the motion for sanctions, and accordingly, if the Court grants the parties' request herein for shortened time, Pintrips requests Tuesday, September 2 (September 1 being Labor Day) as the date by which to file a Reply to Pinterest's Opposition, and an Opposition to the motion for sanctions.

3. The parties have filed a Joint Letter concerning the designation by Pinterest of Anthony Falzone as Designated House Counsel. (Dkt. # 72)

4. Under the Court's Case Management Scheduling Order, non-expert discovery is to conclude on or before October 3, 2014.  (Dkt. # 42)

5. The above referenced motions and Joint Letter all involve disputes over non-expert discovery which the parties hope to resolve as expeditiously as possible, to allow compliance with the Court's Case Management Scheduling Order.  Accordingly, they have stipulated that along with Pinterest's motion to issue a Letter of Request for the examination of Mr. Paul Addy, which is already scheduled to be heard at 11:00 am on September 4, 2014, Pintrips' motion for a protective order and Pinterest's motion for sanctions should also be heard at that same time and date. The

parties also request that the Court permit argument on the parties' Joint Letter on the designation of Anthony Falzone as Designated House Counsel at that same hearing.

6. Neither party has previously requested or received a time modification in this case. The time modification presently requested will not have any effect on the schedule for this case.

Dated: August 27, 2014               Respectfully submitted,

                                     HARVEY SISKIND LLP
                                     LAWRENCE J. SISKIND
                                     DONALD A. THOMPSON


                                     By: _____/s/_____
                                             Lawrence J. Siskind

                                     Attorneys for Plaintiff
                                     PINTEREST, INC.


Dated: August 27, 2014               KENYON & KENYON LLP


                                     By: _____/s/_____
                                             Frank L. Bernstein

                                     Attorneys for Defendant
                                     PINTRIPS, INC.


I, Lawrence J. Siskind, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5.1, I hereby attest that counsel for Defendant has concurred in this filing.

                                     _____/s/_____
                                        Lawrence J. Siskind

-3-

1  PURSUANT TO STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS.

2  The Court will hear the following matters on September 4, 2014:

3  Pinterest's motion for a letter of request, Dkt. No. 57.

4  The parties' joint letter concerning Pinterest's designation of Anthony Falzone as designated house counsel under the parties' stipulated protective order, Dkt. No. 72.

6  Pintrips' motion for a protective order, Dkt. No. 73.

7  Pinterest's motion for sanctions shall be re-noticed for hearing according to Civil Local Rule 7-2.  *See* Civil L.R. 37-4.  The Court will not hear the motion on shortened time.

9  Furthermore, the Court orders the parties to meet and confer to discuss creative solutions for conducting the deposition at issue in Pinterest's motion for a letter of request.  To the extent that Pintrips is concerned about the costs of defending such a deposition, the parties shall discuss whether expenses may be minimized by using available technology.

**IT IS SO ORDERED.**

Dated: August 29, 2014

*Kandis Westmore*

**THE HONORABLE KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**