UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINTEREST, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>PINTRIPS, INC.,<br><br>            Defendant. | Case No.  13-cv-04608-RS   (KAW)<br><br>**ORDER REGARGING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 91 |

The Court has reviewed the declaration of Anthony Falzone, who Pinterest seeks to nominate as Designated House Counsel under the stipulated protective order entered in this case. Given the content of the declaration, it appears that Mr. Falzone is engaged in competitive decision-making. The Court will, however, set an evidentiary hearing on this issue upon request of either party. The requesting party shall contact the Courtroom Deputy, Susan Imbriani, at (510) 637-3525 for available hearing dates. If neither party contacts Ms. Imbriani within 7 days of this order, the matter will be deemed submitted.

**IT IS SO ORDERED**.

Dated: 10/06/14

KANDIS A. WESTMORE
United States Magistrate Judge