UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINTEREST, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PINTRIPS, INC.,<br><br>        Defendant. | Case No. 13-cv-04608-RS   (KAW)<br><br>**ORDER REGARDING MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 102 |

As stated on the record during the hearing on Pinterest's motion for sanctions, Pintrips shall serve supplemental interrogatory responses by no later than December 26, 2014. If Pintrips fails to comply, the Court may consider it in contempt. Pinterest shall file supplemental material, whether in the form of a sufficiently detailed declaration or billing records, that establishes its entitlement to the amount of attorneys' fees it seeks in its motion for sanctions by no later than December 31, 2014.

**IT IS SO ORDERED**.

Dated: December 23, 2014

KANDIS A. WESTMORE
United States Magistrate Judge