UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PINTEREST, INC.,

    Plaintiff,

v.

PINTRIPS, INC.,

    Defendant.

Case No. 13-cv-04608-RS

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO REOPEN FACT DISCOVERY**

    Pursuant to Civil Local Rule 7-1(b) plaintiff's motion to reopen fact discovery is suitable for disposition without oral argument and the hearing set for January 8, 2015 is vacated. The prong of the motion seeking leave to take the depositions of Josh Schwartzman and Hadar Gotlieb is granted. The depositions shall be limited to the topic of those individuals' involvement in, and knowledge of, the circumstances surrounding the adoption of a "PIN button" or the PINTRIPS mark, and shall not exceed three hours each.

    The prong of the motion seeking to reopen discovery so that plaintiff may conduct "discovery on discovery" is denied. Plaintiff's stated concerns regarding the adequacy of defendant's document production are matters to be raised by timely motion before the assigned magistrate judge, who may, when warranted, conduct or permit further inquiry into the nature of a party's preservation and collection efforts. Whether any such motion would be timely at this juncture is also an issue within the magistrate judge's province to decide.

    Finally, the sealing motions submitted in connection with this motion (Dkts. 116 and 129)

1  suffer from defects like those identified in the magistrate judge's rulings on prior sealing motions.
2  Even assuming some of the material in exhibits might qualify for sealing, insufficient cooperative
3  efforts have been made to ensure the sealing is narrowly tailored.  Additionally, given the
4  arguments and factual assertions the exhibits were submitted to support, it likely would have been
5  possible to omit all or nearly all material that was even arguably confidential.

6  Under the circumstances, the parties will not be required to re-submit any of the materials
7  in redacted form.  The sealing motions will be granted in the sense that the exhibits need not be
8  publicly filed.  The exhibits, however, have not been considered in ruling on the motion to reopen
9  discovery.

**IT IS SO ORDERED**.

Dated:  January 5, 2015

_____
RICHARD SEEBORG
United States District Judge

CASE NO. 13-cv-04608-RS

2