| | |
|---|---|
| HARVEY SISKIND LLP<br>LAWRENCE J. SISKIND (SBN 85628)<br>Email: siskind@harveysiskind.com<br>DONALD A. THOMPSON (SBN 260076)<br>Email: dthompson@harveysiskind.com<br>JANE A. LEVICH (SBN 293299)<br>Email: jlevich@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 | KENYON & KENYON LLP<br>FRANK L. BERNSTEIN<br>1801 Page Mill Road, Suite 210<br>Palo Alto, California 94304<br>Telephone: (650) 384-4700<br>Facsimile: (650) 384-4701<br>Email: fbernstein@kenyon.com<br>EDWARD T. COLBERT<br>1500 K Street, N.W.<br>Washington D.C. 20005<br>Telephone: (202) 220-4200<br>Facsimile: (202) 220-4201<br>Email:  ecolbert@kenyon.com |
| Attorneys for Plaintiff<br>PINTEREST, INC. | Attorneys for Defendant<br>PINTRIPS, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PINTEREST, INC.,
a Delaware corporation,

          Plaintiff,

v.

PINTRIPS, INC.,
a Delaware corporation,

          Defendant.

AND RELATED COUNTERCLAIMS

Case No. C 13-4608-HSG

**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE**

1  Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 6-2, Plaintiff Pinterest, Inc. ("Pinterest") and Defendant Pintrips, Inc. ("Pintrips") respectfully submit this Stipulation and [Proposed] Order Regarding Pretrial Schedule.

WHEREAS, this case was previously assigned to Judge Richard Seeborg, whose scheduling order set a final pretrial conference on March 12, 2015 and start of trial on March 23, 2015. *See* Dkt. #42 ¶¶ 6-7.

WHEREAS, on February 13, 2015 this case was reassigned to Judge Haywood Gilliam, whose reassignment order provides that "[a]ll pretrial conference and trial dates scheduled on or before June 19, 2015 are vacated" and "[a]ll discovery cutoff and other pretrial deadlines (e.g., motions in limine, pretrial statements, proposed joint trial exhibits, etc.) will remain in place." *See* Order Reassigning Case ¶ 8.

WHEREAS, the existing non-discovery pretrial deadlines (e.g., motions in limine, pretrial statements, proposed joint trial exhibits, etc.) are triggered by the now-vacated final pretrial conference and trial dates.  *See* Fed. R. Civ. P. 26(a)(3); Judge Seeborg's Trial Standing Orders.

WHEREAS, Pinterest and Pintrips believe that vacating such non-discovery pretrial deadlines pending the determination of new dates for a pretrial conference and start of trial will serve the interests of efficiency and economy in this case.

WHEREAS, the two previous scheduling modifications in this case did not affect any non-discovery pretrial deadlines. *See* Dkt. ## 99, 131.

NOW, THEREFORE, Pinterest and Pintrips stipulate that all deadlines triggered by the final pretrial conference and start of trial (e.g., motions in limine, pretrial statements, proposed joint trial exhibits, etc.) shall be vacated pending determination of new dates for a final pretrial conference and start of trial.

Dated: February 19, 2015　　　　Respectfully submitted,

HARVEY SISKIND LLP
LAWRENCE J. SISKIND
DONALD A. THOMPSON
JANE A. LEVICH

By:　　　／s／
　　　Lawrence J. Siskind

Attorneys for Plaintiff
PINTEREST, INC.

Dated: February 19, 2015

KENYON & KENYON LLP
FRANK L. BERNSTEIN
EDWARD T. COLBERT

By:　　　／s／
　　　Frank L. Bernstein

Attorneys for Defendant
PINTRIPS, INC.

　　　I, Lawrence J. Siskind, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1, I hereby attest that counsel for Defendant has concurred in this filing.

　　　／s／
Lawrence J. Siskind

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has reviewed the parties' agreement and adopts the stipulation. All deadlines |
| 3 | triggered by the final pretrial conference and start of trial (e.g., motions in limine, pretrial statements, |
| 4 | proposed joint trial exhibits, etc.) shall be vacated pending determination of new dates for a final |
| 5 | pretrial conference and start of trial. A case management conference is set for March 10, 2015, at |
| 6 | 2:00 pm. The parties are directed to file a joint case management statement no later than March 2, |
| 7 | 2015. |

Dated: February 20, 2015

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE