# Exhibit A

# The Internet Pinboard
## .com

**Search - the old fashioned way!**

Pinboard    Pin    Stuff    Competition    About



**1** Click - Zoom - Drag

**2** Look-up

`Found a pin'`   <   Enter a pin number to see its link.

---

*No registration - Post stuff for FREE - A picture is worth a thousand Ad Words! - © 2008 The Internet Pinboard Company*

### INSTRUCTIONS

Click to zoom in. Click and drag to pan around. Use Shift & Ctrl (Cmd) to zoom in and out. Also use the toolbar below the cork. Find an interesting pin with a number? Enter the number into the lookup box below the pinboard for a description and a link to its external website.

### REPORT ABUSE

If you follow a pinboard link and find content on an external site that is not representative of the posted item or find content that you think we may not approve of, then please tell us. E-mail post@internet-pinboard.com. Thank you for your help.

### COPYRIGHT

This site, its design elements, in-house technology, logo and general content are copyright of the Internet Pinboard Company. Items pinned to the pinboard and external sites are copyright of their respective owners. See our terms for more information.

### PRIVACY

We communicate with our users through e-mail and maintain an off-line list of all our users who post content. We will never sell or use this information for anything other than to communicate with you about your Internet Pinboard postings. We do not use cookies.

# Exhibit B

*The*
**Internet**
**Pinboard**
.com

# ABOUT: THE INTERNET PINBOARD



**Everywhere** has a pinboard - **except** the **internet**! Why not? Well it doesn't matter because **it's got one now**.



A **massive** cork pinboard with a nice Blue wooden border and an **unlimited** supply of pins. This is **THE** Internet Pinboard.



**49,152** pixels wide
**32,768** pixels tall
**1.6** gigapixel image



**57** foot high (72 ppi)
**38** foot wide (72 ppi)



**2,166** square foot of cork!



**Additional 34,656** square foot of cork on standby!



Multi **terapixel** imaging technology.

### What is The Internet Pinboard?

It's a very very very **BIG** pinboard! Much like a regular pinboard or notice board found in your home, office and local store, but way **BIGGER** with a massive global audience and global appeal. Anyone can post almost anything and it's **FREE** for non-commercial use. It's a really cool, new visual way, of **discovering** new kinds of stuff from undiscovered artists to the very best and important internet **content**. The actual pinboard is currently an editable 1.6 gigapixel image but we have developed in-house technology on top of the Zoomify viewer that enables us to quickly edit and deploy multi-terabyte images over the internet!

### If it's so big, what about bandwidth?

That's the clever bit. While you are navigating around the pinboard, only tiny parts of it are downloaded to your browser at a time - depending on your zoom level and location. Each image is compressed and quite small anyway, so you should find that getting around the pinboard is very quick, even on a slow connection.

### Just how big is the Internet Pinboard?

The image below is not a giant sand pit, or a cat litter tray, but a scaled drawing - an artistic impression of what it would be like if you were a 6 foot person standing next to the *current* pinboard.



### Get in touch

Got a question? Want to provide feedback, or just want to say hello? We would love to hear from you. Send all e-mails to post@internet-pinboard.com.

### How do I post my stuff?

Simply e-mail your content to us and we usually work our magic within 24 hours. See the Pin page for full details - it's really quick and easy.

### Technology & Credits

It's not science fiction - it's real! We have built on top of the already brilliant Zoomify technology that now enables us to have editable images of more than 1 terabyte in size - without the need for terabytes of memory. For now though, the pinboard size is smaller than we could have made it - (only 1.6 gigapixel!) - options for the future are under review.

Other tools used to achieve this amazing feat include Adobe's Photoshop CS3 software and a shed load of custom built Photoshop scripts. Added into the mix are a collection of nasty looking UNIX scripts and a modest laptop with 2GB RAM.

This site was constructed with Apple's iWeb software and it's great! Nice one Apple! Could be better though - at least give us master pages for crying out loud! Finally, AJAX is employed to call a server side PHP script to perform the pin number look-up function.

The base cork texture was sourced from the best Photoshop artist and designer I've ever come across. Janee at myJanee.com was kind enough to let me use the base image for the cork texture from one of her many great tutorials.

But how did I turn a 272 x 300 pixel image into 1.6 gigapixel image? Well, my not so secret weapon here is was imageSynth. Developed by modo creators Luxology and the smart people at Allegorithmic, the imageSynth plug-in is a powerful ally to Adobe Photoshop for anyone wanting to create seamless tiling textures.

The image of the 6 foot person standing next to the virtual pinboard was created using Google's free version of SketchUp. Do you think they can afford to give this away for free? Yeah - I think so too.

The Internet Pinboard server is hosted and managed by Positive Internet. We were very lucky to pick them - they're the most professional, helpful and knowledgeable group of tech heads you will ever meet.



Made on a Mac

© 2008 The Internet Pinboard Company

# Exhibit C



# GET PINNED



Quick & Easy
**No registration!**



Middle, top-right or bottom-left? **Just ask** in your e-mail. We can't guarantee location but we'll do our best.



We can accept **PNG, JPEG, BMP, TIFF, EPS, AI, PSD, PDF** and others.

### FREE pins

If your post if non-commercial, extremely cool, funny, pertains to current events, has world wide significance or is otherwise brilliant, then we will be more than happy to give you a free spot on the pin board. We will also consider general photos, personal messages or posts linking to news and entertainment stories, blogs, music, videos or other digital content. Do you want to promote a band or other talent? Want to show off your social home-page, a YouTube clip or Flickr collection? Maybe you just want to draw the attention of the world to something noteworthy or important? We will consider anything, and if you don't ask for general content to be too big, it will be free. **Simply follow these 4 steps to give it a go...**

• Read and agree with our Terms & Conditions - (see below)
• Prepare your content - (see tips section below)
• E-mail your posting to post@internet-pinboard.com
• That's it! We will let you know within 48 hours if you've been pinned.

### Advertisers start here

The Internet Pinboard is a new concept and this is reflected in our current prices. Getting on the pinboard early could save you money. We don't directly target any single demographic and aim to have a broad appeal. If you are offering a genuine and respectable product, service or content then why not give us a try. We don't have scams or dross on our pinboard so you will be among quality. Apart from anything else you can consider yourself a pioneer of The Internet Pinboard!

• Read and agree with our Terms & Conditions - (see below)
• Prepare your content - (see tips section below)
• Send payment - (see the Price list guide below)
• E-mail everything to post@internet-pinboard.com
• That's it! We will let you know within 48 hours when you've been pinned.

### Price list and payment

How many pixels wide and high is your content? Use the table below to work out how much to pay. Images can be bigger than the dimensions shows. You are allowed to go about 10% over, so for example, if your image is 550 pixels by 300 pixels, you only pay £200, but if it is any bigger and you want it to show at this bigger size then please pay for the next level up. Your posting will be displayed for a minimum of 1 year. Use the payment link below.



|      | 50   | 100  | 200  | 300  | 400  | 500  | 600  | 700  | 800  | 900  | 1000  |
|------|------|------|------|------|------|------|------|------|------|------|-------|
| 50   | £50  | £55  | £60  | £65  | £70  | £75  | £80  | £85  | £90  | £95  | £100  |
| 100  | £55  | £60  | £70  | £80  | £90  | £100 | £110 | £120 | £130 | £140 | £150  |
| 200  | £60  | £70  | £90  | £110 | £130 | £150 | £170 | £190 | £210 | £230 | £250  |
| 300  | £65  | £80  | £110 | £140 | £170 | £200 | £230 | £260 | £290 | £320 | £350  |
| 400  | £70  | £90  | £130 | £170 | £210 | £250 | £290 | £330 | £370 | £410 | £450  |
| 500  | £75  | £100 | £150 | £200 | £250 | £300 | £350 | £400 | £450 | £500 | £550  |
| 600  | £80  | £110 | £170 | £230 | £290 | £350 | £410 | £470 | £530 | £590 | £650  |
| 700  | £85  | £120 | £190 | £260 | £330 | £400 | £470 | £540 | £610 | £680 | £750  |
| 800  | £90  | £130 | £210 | £290 | £370 | £450 | £530 | £610 | £690 | £770 | £850  |
| 900  | £95  | £140 | £230 | £320 | £410 | £500 | £590 | £680 | £770 | £860 | £950  |
| 1000 | £100 | £150 | £250 | £350 | £450 | £550 | £650 | £750 | £850 | £950 | £1,050 |



It would be helpful and quicker if you could use the same e-mail address that you use for payment to also send us your artwork. If this is not possible, then please send us your payment reference number along with your artwork so we know you have paid. Thank you.

### Posting Tips

• Make sure your e-mail software isn't compressing your artwork without you knowing.
• Don't apply drop shadows, rotations and/or page curls to your art - we do that!
• Don't put a push pin on your artwork - we do that too!
• When sending your artwork, let us know its title, a web address and a very short description.
• Free submissions are limited to 300 x 300 pixels - unless it has good broad appeal.
• Your web address **MUST** be live so we can check it out - we need to do this before we pin your content.
• You can give a **rough** location of where you want your content, but we reserve the right to put it anywhere. Normally, it will be placed roughly where you asked.
• Specifically state if you want your e-mail address to show up when your pin number is looked up. We assume you don't want this by default.

**Terms & Conditions**

As a poster to the Internet Pinboard **you must read and agree to all the terms and conditions below** before sending your material to us:

· You agree that we may apply several subtle stylings to your artwork such as a drop shadow, curl, rotation etc. so that it looks like it has been pinned to a notice board.

· You must own the copyright to the material you post or have the owners permission to use it.

· We will refuse any and all types of scams or traps. We will decide if your site fits this category.

· We refuse anything that we consider racist, indecent, sexually explicit, or too upsetting.

· We may take up to 5 days to post your content. Normally, it will be more like 12 hours or less.

· We can remove your content without warning. We may enforce a removal for example if your linked site content has changed to show content that is not reflective of your posting and we deem it misleading.

· You accept we may (although unlikely) move your post around the pinboard for any reason.

· You may request the removal of your posting and we may take up to 5 days to do this.

· You agree that any refunds are subject to an administration fee of £55 (UK Pounds).

· We reserve the right to grow the current pinboard in size if needed. This means if we add more cork around the current pinboard, it will make existing posts look a tiny bit smaller when fully zoomed out.

· We do not have to give a reason for not allowing your content.

· We will not enter into any debates regarding suitable content. Our decision is final.

© 2008 The Internet Pinboard Company

# Exhibit D

http://www.internet-pinboard.com/Pinboard.html        Go

MAY   JUN   DEC        Close

◄   **6**   ►

2007  **2008**  2009        Help

2 captures
6 Jun 08 – 7 Dec 08

•



Search - the old fashioned way!

Found a pin'   <   Enter a pin number to see its link.

No registration  -  Post stuff for FREE  -  A picture is worth a thousand Ad Words!  -  © 2008 The Internet Pinboard Company

**INSTRUCTIONS**

Click to zoom in. Click and drag to pan around. Use the toolbar below the cork. Also use the toolbar below the cork. Find an interesting pin with a number? Enter the number into the lookup box below the pinboard for a description and a link to its external website.

If you follow a pinboard link and find content on an external site that is not representative of the posted item or find content that you think we may not approve of, then please tell us. E-mail

REPORT ABUSE

**COPYRIGHT**

This site, its design elements, in-house technology, logo and general content are copyright of the Internet Pinboard Company. Items pinned to the pinboard and external sites are copyright of their respective owners. See our terms for more information.

PRIVACY

We communicate with our users through e-mail and maintain an off-line list of all our users who post content. We will never sell or use this information for anything other than to

# Exhibit E

We use cookies as set out in our cookie policy. By using this website, you agree we may place these cookies on your device.      Close



HOME    SUBSCRIBE    FORUM    POLLS

FIND US ON FACEBOOK | FOLLOW US ON TWITTER | NEWSLETTER

SEARCH THE SITE                    Search

Home  » Blog  » Internet  » Internet Pinboard

# Internet Pinboard

Blog  |  Feb 18, 2011



*Internet Pinboard*



Got something you want to tell people about? Why not post a note on a supersized noticeboard for the rest of the web to see.

Yes, we've just heard about a new virtual corkboard called the Internet Pinboard, which is 49,152 pixels wide and 32,768 pixels tall, producing a 1.6 gigapixel image representing 2,166 square foot of cork.

It's designed for people to pin up anything from photos, personal messages, artwork, post cards or notes with links to stories, blogs, music, videos and other digital content.

Jeremy Keen, business analyst and inventor of Internet Pinboard, said: The uses are unlimited. Suppose someone wants to find out about or promote undiscovered bands or other talent: they simply post their business card or flyer with a link to their social networking homepage, YouTube clip or Flickr collection. And if theyre not hitting the front page of Google, they can use the Internet Pinboard to get exposure and raise awareness."

What do you think to the Internet Pinboard? Add a comment below.

EMAIL          FACEBOOK          TWITTER          GOOGLE+

### 3 Issues for £1
Subscribe today

### Latest Issue
Issue 365 - out Weds
25 February

### Free Newsletter
Sign up here

### Visit the forum
Join our active Web community

**CHECK YOUR BROADBAND AVAILABILITY!**

Enter your postcode
(optional)

All Broadband   Broadband Only
Broadband and Phone   Broadband and TV
Go!

Find us on Facebook

Follow us on Twitter









## WebUser

### Subscriptions

To manage an existing subscription, please visit www.subsinfo.co.uk or visit our subscription FAQ page.

To subscribe, or for other enquiries, please call the relevant number listed here.

### Contact us

Dennis Publishing Editorial Offices 30 Cleveland Street London, W1T 4JD T: +44 (0)20 7907 6000

### Connect with us

### Useful links

Home
Subscribe
Forum
Polls
Contact us
About us
Company Website
Feeds
Privacy Notice
Sitemap

### Our Websites

Computer act!ve
Custom PC
Fortean Times
MacUser
Micro Mart
Know Your Mobile
Expert Reviews
Digital SLR Photography
Know Your Cell
The Week
Mobile Phone Deals
Health & Fitness
Cloud Pro
3D Printing

Auto Express
Evo
IT Pro
Men's Fitness
PC Pro
Octane
Channel Pro
Know Your Mobile India
Den of Geek
Computer Shopper
Magazines
CarBuyer
MagBooks

© Copyright Dennis Publishing Limited.
Web User is a trademark of Felix Dennis.

JOBS    MEDIA INFORMATION    SUBSCRIPTION ENQUIRES    BOOKS    APPS

# Exhibit F

**pressdispensary**™
press release & online news specialists

# Press release

## Internet Pinboard Pins Up Virtual Corkboard

*2008-06-04    Permalink:*

*June 04, 2008, Press Dispensary.* The humble corkboard is about to be catapulted into cyberspace with the launch of Internet Pinboard. The virtual pinboard takes the homespun but handy notice board found in every home, office and local shop and supersizes it for the Facebook and MySpace generation – but without losing the visual look and feel of an original board.

Users can 'pin up' almost anything, including photos, personal messages, artwork scraps, post cards or notes with links to news and entertainment stories, blogs, music, videos and other digital content. And advertisers have the opportunity to track the site's social networking trends and target users with pertinent services or product promotions.

Jeremy Keen, business analyst and inventor of Internet Pinboard, comments: "The uses are unlimited. Suppose someone wants to find out about or promote undiscovered bands or other talent: they simply post their business card or flyer with a link to their social networking homepage, YouTube clip or Flickr collection. And if they're not hitting the front page of Google, they can use the Internet Pinboard to get exposure and raise awareness."

He continues: "But because anyone can post almost anything, we also want it to become a forum for finding links to interesting, important or just quirky internet content, supplied by a global online audience."

Internet Pinboard preserves the traditional look of a corkboard – albeit one that's 57 foot high and 38 foot wide, with an unlimited supply of pins. And visitors' postings have the look of a pinned up paper item. However, when visitors are searching the pinboard, only small parts of it are downloaded at a time, making it quick and easy to navigate.

Users don't need to register, and simply email their content to the site, specifying where they would like it to appear (middle, top-right or bottom left of the board), to see it digitally 'pinned up' for free within 24 hours. And, for commercial content, fees are calculated using a simple system that calculates how much space an ad will take up on the virtual corkboard.

Keen adds: "Our in house imaging technology allows us to edit and manage multi-terabyte images, which is usually the preserve of medical science and NASA. So, although the current pinboard is only a 1.6 gigapixel image, we could expand it to over 2 terabytes if needed."

- ends -

*Full size images available for download at*

**Notes for editors**
Internet Pinboard is the brainchild of Jeremy Keen, a UK-based business analyst.

The pinboard is 49,152 pixels wide and 32,768 pixels tall, producing a 1.6 gigapixel image representing 2,166 square foot of cork.

**For further information, please contact:**

Jeremy Keen, founder
The Internet Pinboard Company
Tel: 01909 540798 / 07788 554303
Email: jezbiz@gmail.com
Site: www.internet-pinboard.com

---

**Published for The Internet Pinboard Company by Press Dispensary**

www.pressdispensary.co.uk

ask@pressdispensary.co.uk

@pressdispensary

+ 44 1273 741410

---

# Exhibit G

Begin forwarded message:

**From:** "Philippa Short, Press Dispensary" <philippa@pressdispensary.co.uk>
**To:** "JezBiz" <jezbiz@gmail.com>
**Subject: Press Dispensary order: The Internet Pinboard**
**Date:** 3 June 2008 18:01:43 BST

Hi Jeremy,

Thank for the amendments. We've altered the release a little, mainly to improve how the release puts across the pinboard idea, as the original release did not properly get across the differentiating visual aspect.

Do you want this to go out tomorrow?

Kind regards,

Philippa

Internet Pinboard Pins Up Virtual Corkboard

The humble corkboard is about to be catapulted into cyberspace with the launch of Internet Pinboard (http://www.internet-pinboard.com). The virtual pinboard takes the homespun but handy notice board found in every home, office and local shop and supersizes it for the Facebook and MySpace generation – but without losing the visual look and feel of an original board.

Users can 'pin up' almost anything, including photos, personal messages, artwork scraps, post cards or notes with links to news and entertainment stories, blogs, music, videos and other digital content. And advertisers have the opportunity to track the site's social networking trends and target users with pertinent services or product promotions.

Jeremy Keen, business analyst and inventor of Internet Pinboard, comments: "The uses are unlimited. Suppose someone wants to find out about or promote undiscovered bands or other talent: they simply post their business card or flyer with a link to their social networking homepage, YouTube clip or Flickr collection. And if they're not hitting the front page of Google, they can use the Internet Pinboard to get exposure and raise awareness."

He continues: "But because anyone can post almost anything, we also want it to become a forum for finding links to interesting, important or just quirky internet content, supplied by a global online audience."

Internet Pinboard preserves the traditional look of a corkboard – albeit one that's 57 foot high and 38 foot wide, with an unlimited supply of pins. And visitors' postings have the look of a pinned up paper item. However, when visitors are searching the pinboard, only small parts of it are downloaded at a time, making it quick and easy to navigate.

Users don't need to register, and simply email their content to the site, specifying where they would like it to appear (middle, top-right or bottom left of the board), to see it digitally 'pinned up' for free within 24 hours. And, for commercial content, fees are calculated using a simple system that calculates how much space an ad will take up on the virtual corkboard.

Keen adds: "Our in house imaging technology allows us to edit and manage multi-terabyte images, which is usually the preserve of medical science and NASA. So, although the current pinboard is only a 1.6 gigapixel image, we could expand it to over 2 terabytes if needed."

Ends

Notes for editors:
Internet Pinboard is the brainchild of Jeremy Keen, a UK-based business analyst.

The pinboard is 49,152 pixels wide and 32,768 pixels tall, producing a 1.6 gigapixel image representing 2,166 square foot of cork.

For further information, please contact:
Jeremy Keen, founder, The Internet Pinboard Company
Tel: 01909 540798 / 07788 554303
Email: jezbiz@gmail.com
Site: www.internet-pinboard.com

Philippa Short
**press**dispensary

t  0845 430 4433
f  0845 638 2258
e  philippa@pressdispensary.co.uk

This message has been certified clear of viruses

# Exhibit H

Begin forwarded message:

**From:** "Philippa Short, Press Dispensary" <philippa@pressdispensary.co.uk>
**To:** "'JezBiz'" <jezbiz@gmail.com>
**Subject: RE: Press Dispensary order: The Internet Pinboard Company**
**Date:** 29 May 2008 12:13:54 BST

Hi Jeremy,

Payment received thanks. I should have a press release for you to approve by the end of the day.

Below is the draft distribution list below for your approval. Your release will be sent to the titles listed and 150 computer, e-commerce and internet freelance journalists, and will be syndicated to MSN, Yahoo! and Google News, news aggregator sites, such as Newsnow and Moreover and recipients of our RSS news feeds.

Kind regards,

Philippa

| | |
|---|---|
| Editor | UK Fundraising |
| Editor | VS magazine |
| News Editor | MediaGuardian.co.uk |
| Reporter | Mad.co.uk |
| Reporter | Mad.co.uk |
| Editor | Marketing |
| Editor | The Marketer |
| Editor | Marketing Week |
| Editor | Revolution |
| News Editor | nma.co.uk |
| Editor | nma.co.uk |
| Editor | NMK |
| News Desk Editor | Adfero |
| Editor | Computer Weekly |
| Editor | ComputerWeekly.com |
| News Editor | ComputerWeekly.com |
| Editor | vnunet.com |
| Editor | MicroScope |
| Editor | ZDNet UK |
| Editor | Techworld |
| Editor | Bitwise Magazine |
| Editor | Mobile Computer |
| Editor | ITproPortal.com |
| Editor | Practical Web Projects |
| Editor | Internet Business News |
| Editor | Converging Media |
| Editor | ISPReview.co.uk |
| Editor | Light Reading |
| Editor | net4now |
| Editor | The Online Reporter |
| Editor | New Media Age |
| Editor | Online Information Review |
| Editor | Silicon.com |
| Editor | Citytech |
| Editor | PCS View |
| Editor | Friends Connect |
| Editor | Business Weekly Eastern England |
| Editor | Business Independent |
| Editor | Business World |
| Editor | Midlands Business Insider |
| Editor | Business Brief |
| Editor | Business In Brief |
| Editor | Mind Your Business |
| Editor | In Business Midlands |
| Internet | The Daily Telegraph |
| Internet | Daily Mirror |
| E-Commerce | The Times |
| Internet | The Mail on Sunday |
| E-Commerce | The Mail on Sunday |
| Editor | The Observer |
| E-Commerce | The Daily Telegraph (City Office) |
| Editor | Aylesbury Today |
| Editor | Kent Online |
| News Editor | Banbury GUARDIAN.co.uk |
| Editor | North West Evening Mail (Barrow) |
| Editor | Echo (Basildon) |
| Editor | Bexhill Today |
| Editor | Birmingham Mail |
| Editor | The Birmingham Post |
| Editor | Metro (Midlands) |
| Editor | Lancashire Telegraph |
| Editor | The Gazette (Blackpool) |
| Editor | The Bolton News |
| Computers | Telegraph & Argus |
| Editor | The Argus |
| Editor | Evening Post (Bristol) |
| Editor | Western Daily Press Bristol |
| Editor | Buckingham Today |
| Computers | Burton Mail |
| Editor | Burton Mail |
| Editor | BuryFreePress (On-Line) |
| Editor | Cambridge Evening News |
| Computers | News & Star (Carlisle) |
| Editor | News & Star (Carlisle) |
| Editor | Gloucestershire Echo |
| | Colchester Gazette |
| Editor | Coventry Telegraph |
| Computers | Crawley Today |
| Editor | The Northern Echo (Darlington) |
| Computers | The Northern Echo (Darlington) |
| Editor | DAVENTRY TODAY.CO.UK |
| Editor | Evening Telegraph (Derby) |
| Editor | Eastbourne Today |
| Editor | Express & Echo (Exeter) |
| Editor | Metro (North-East) |
| Editor | The Citizen (Gloucester) |
| Editor | Grimsby Telegraph |
| Editor | Evening Courier (Halifax) |
| Editor | Hartlepool Mail |
| Computers | Huddersfield Daily Examiner |
| Editor | Huddersfield Daily Examiner |
| Editor | Hull Daily Mail |
| Computers | East Anglian Daily Times |
| Editor | Evening Star |
| Editor | Northamptonshire Evening Telegraph |
| Editor | Metro (Yorkshire) |
| Editor | Yorkshire Evening Post |
| Editor | Yorkshire Post |
| Editor | Leicester Mercury |
| Editor | Lincolnshire Echo |
| Editor | Liverpool Daily Post |
| Editor | Liverpool Echo |
| Editor | Metro (London) |
| Editor | Manchester Evening News |
| Editor | Metro (North-West) |
| Editor | Evening Gazette (Middlesbrough) |
| Computers | Evening Chronicle (Newcastle) |
| Editor | Evening Chronicle (Newcastle) |
| Editor | The Journal (Newcastle) |
| Editor | Isle of Wight County Press online |
| Editor | Northampton Chronicle and Echo |

| Editor | Northampton Chron and Echo |
| Editor | NorthamptonChron.co.uk |
| Editor | Eastern Daily Press (Norwich) |
| News Editor | Norwich Evening News |
| Editor | Nottingham Evening Post |
| Computers | Heartland Evening News (Nuneaton Area) |
| Editor | Heartland Evening News (Nuneaton Area) |
| Editor | Oldham Evening Chronicle |
| Editor | Oldham Chronicle Online |
| Editor | Oxford Mail |
| Editor | Evening Telegraph (Peterborough) |
| Editor | The Herald (Plymouth) |
| Editor | Western Morning News |
| Editor | The News (Portsmouth) |
| Editor | Lancashire Evening Post |
| Editor | Reading Evening Post |
| Editor | RUGBY ADVERTISER.co.uk |
| Computers | Scarborough Evening News |
| Editor | Scarborough Evening News |
| Editor | Scunthorpe Telegraph |
| Computers | The Star Sheffield |
| News Editor | The Star Sheffield |
| Editor | The Shields Gazette |
| Editor | The Southern Daily Echo (Southampton) |
| Editor | The Sentinel Stoke-on-Trent |
| Editor | Sunderland Echo |
| Editor | Sunderland Today |
| Computers | Swindon Advertiser |
| Editor | Swindon Advertiser |
| Computers | Shropshire Star |
| Editor | Shropshire Star |
| Editor | Herald Express |
| Computers | Wakefield Today |
| Editor | Dorset Echo |
| Editor | Wigan Evening Post |
| News Editor | Express & Star |
| Editor | Worcester News |
| Editor | Worksop Today |
| | The Press (York) |
| Editor | South Wales Echo |
| Computers | Western Mail (Cardiff) |
| Editor | Evening Leader |
| Editor | Evening Leader |
| Computers | South Wales Argus |
| Editor | South Wales Evening Post |
| Editor | South Wales Evening Post |
| Editor | The Press & Journal (Aberdeen) |
| Editor | The Courier and Advertiser |
| Computers | Evening Telegraph & Post (Dundee) |
| Editor | Evening Telegraph & Post (Dundee) |
| Editor | Evening News (Edinburgh) |
| Editor | The Scotsman |
| Editor | Daily Record |
| Editor | Evening Times (Glasgow) |
| Editor | The Herald (Glasgow) |
| Editor | Metro (Scotland) |
| Editor | Greenock Telegraph |
| News Editor | Paisley Daily Express |
| Editor | Belfast Telegraph |
| Editor | The Irish News |
| Computers | News Letter |
| Editor | News Letter |
| Computers | Guernsey Press and Star |
| Editor | Guernsey Press and Star |
| Computers | Jersey Evening Post |
| Editor | Jersey Evening Post |
| Editor | The Telegraph and Argus |
| Editor | Daily Post (Wales) |
| Editor | La Nua |
| Editor | Metro (Bristol & Bath) |
| Editor | Daily Record Digital |
| Editor | Evening Standard |
| News Editor | This is London |
| Editor | City A.M. |
| Editor | Metro (Cardiff) |
| Editor | thelondonpaper |
| Editor | London Lite |
| Editor | Metro.co.uk |
| Editor | SW |
| Editor | edinburghnews.com |
| Editor | thelondonpaper.com |
| Editor | Bedfordshire on Sunday |
| Editor | Sunday Mercury (Birmingham) |
| Editor | Luton on Sunday Series |
| Computers | Sunday Sun |
| Editor | Sunday Sun |
| Editor | Northants on Sunday |
| Editor | Sunday Independent (Plymouth) |
| Editor | Wales on Sunday |
| Editor | The Sunday Post (Dundee) |
| Editor | Scotland on Sunday |
| Editor | SCOTSMAN.COM |
| Editor | Sunday Herald |
| Editor | Sunday Mail |
| Editor | Sunday Life (Belfast) |
| Editor | Sunday World Northern Ireland Edition |
| Editor | Kent on Sunday |
| Editor | Sunday Journal |
| Editor | Review |
| News Editor | Delta FM |
| News Editor | Mix 96 |
| News Editor | Lantern FM |
| News Editor | BBC Radio Cumbria (Furness) |
| News Editor | 107 6 Kestrel FM |
| News Editor | Bath FM |
| News Editor | 96 9 Chiltern FM |
| News Editor | Gold (Birmingham) |
| News Editor | 96 4FM-BRMB |
| News Editor | BBC WM (Birmingham) |
| News Editor | Galaxy Birmingham |
| News Editor | 100 7 Heart FM |
| News Editor | Radio XL |
| News Editor | Smooth Radio (West Midlands) |
| News Editor | BBC Radio Lancashire |
| News Editor | Tower FM |
| News Editor | 2CR FM |
| News Editor | Gold (Bournemouth) |
| News Editor | Fire 107 6 FM |
| Editor | BCB 106 6 FM |
| News Editor | The Pulse of West Yorkshire |
| News Editor | Sunrise Radio (Yorkshire) |
| News Editor | Quay West 107 4 |
| News Editor | Gold (Sussex) |
| News Editor | Juice 107 2 |
| News Editor | Southern FM |
| News Editor | BBC Radio Bristol |
| News Editor | Gold (1260) |
| News Editor | GWR Bristol and GWR Bath |
| News Editor | Kiss 101 |
| News Editor | Star 107 2 FM |
| News Editor | Bright 106.4 |
| News Editor | BBC Radio Cambridgeshire |
| News Editor | Q103 |
| News Editor | KM FM |
| Editor | BBC Radio Cumbria |
| News Editor | CFM |
| News Editor | Dream 107 7 FM |
| Editor | BBC Essex |
| News Editor | Star 107 5 FM |
| News Editor | Peak FM |
| News Editor | Spot FM |

| | |
|---|---|
| News Editor | SGR FM |
| News Editor | Dream 100 FM |
| News Editor | SGR Colchester |
| News Editor | BBC Coventry and Warwickshire |
| News Editor | Gold (Coventry) |
| News Editor | Touch 96.2 (Coventry) |
| News Editor | Mercia FM |
| News Editor | Alpha 103.2 |
| News Editor | BBC Radio Derby |
| News Editor | Ram FM |
| News Editor | Trax FM |
| News Editor | KM fm (Folkestone) |
| News Editor | Chiltern FM (Herts Beds & Bucks) |
| News Editor | Star Radio in Cambridge |
| News Editor | BBC Radio Devon (Exeter) |
| News Editor | Gold (666/954) |
| News Editor | Gemini FM (Exeter) |
| News Editor | Gold (Hampshire) |
| News Editor | Ocean FM |
| News Editor | Power FM |
| News Editor | Wave 105.2 FM |
| News Editor | Century FM |
| News Editor | BBC Radio Gloucestershire |
| News Editor | Severn Sound FM |
| News Editor | Compass FM |
| News Editor | 96.4 The Eagle |
| News Editor | BBC Southern Counties Radio |
| News Editor | County Sound Radio |
| News Editor | 107.5 Sovereign Radio |
| News Editor | Ten 17 FM |
| News Editor | 97.2 Stray FM |
| News Editor | 107.8 Arrow FM |
| News Editor | Hertbeat FM |
| News Editor | Mix 107 |
| News Editor | Fosseway Radio |
| News Editor | Pennine FM |
| News Editor | 96.9 Viking FM |
| News Editor | BBC Radio Humberside |
| News Editor | Magic 1161 |
| News Editor | BBC Radio Suffolk |
| News Editor | Gold (Ipswich) |
| News Editor | SGR FM (Ipswich) |
| News Editor | Takeover Radio |
| News Editor | Isle of Wight Radio |
| News Editor | Lakeland Radio |
| News Editor | Connect FM |
| News Editor | South Hams Radio |
| News Editor | KL FM 96.7 |
| News Editor | 107.8 Radio Jackie |
| News Editor | The Bay |
| News Editor | 96.3 Radio Aire |
| News Editor | BBC Radio Leeds |
| News Editor | Galaxy Yorkshire |
| News Editor | Magic 828 |
| News Editor | Real Radio (Yorkshire) |
| News Editor | 105.4 FM Leicester Sound |
| Editor | BBC Asian Network |
| News Editor | BBC Radio Leicester |
| News Editor | Sabras Radio |
| News Editor | BBC Radio Lincolnshire |
| News Editor | Lincs FM |
| News Editor | BBC Radio Merseyside |
| News Editor | 107.6 Juice FM |
| News Editor | Magic 1548 |
| News Editor | Radio City 96.7 |
| News Editor | Gold (1548) |
| News Editor | Capital 95.8 |
| News Editor | Time FM 107.5 |
| News Editor | Century Digital |
| News Editor | Choice FM |
| News Editor | South London Radio |
| News Editor | Heart 106.2 (London) |
| News Editor | LBC News 1152 AM |
| News Editor | Smooth Radio (London) |
| News Editor | Kiss 100 |
| Editor | LBC 97.3 FM |
| News Editor | LGR London Greek Radio |
| News Editor | BBC London 94.9 |
| News Editor | Time FM 106.8 |
| News Editor | Kool AM |
| News Editor | Premier Christian Radio |
| News Editor | Easy Radio |
| News Editor | Spectrum Radio |
| News Editor | X FM |
| News Editor | Oak 107 |
| News Editor | The Beach |
| News Editor | Sunshine 855 |
| News Editor | BBC Three Counties Radio |
| News Editor | Silk FM |
| News Editor | Century Radio 105.4 FM |
| News Editor | Asian Sound Radio Ltd |
| News Editor | BBC Radio Manchester |
| News Editor | Galaxy Manchester |
| News Editor | Smooth Radio (North West) |
| News Editor | Key 103 FM |
| News Editor | Magic 1152 (Manchester) |
| News Editor | Mansfield 103.2 |
| News Editor | kmfm (Thanet) |
| Editor | BBC Tees |
| News Editor | Cable Radio Milton Keynes |
| News Editor | Horizon Radio |
| News Editor | 2BR |
| News Editor | Kick FM |
| News Editor | BBC Radio Newcastle |
| News Editor | Magic 1152 (Newcastle) |
| News Editor | Metro Radio |
| News Editor | Kiss 105-108 |
| News Editor | BBC Radio Northampton |
| News Editor | Gold (1557) |
| News Editor | Northants 96 |
| News Editor | BBC Radio Norfolk |
| News Editor | Radio Broadland |
| News Editor | Gold (Norwich) |
| News Editor | Trent FM |
| News Editor | Heart 106 |
| News Editor | BBC Radio Nottingham |
| News Editor | Gold (945/999) |
| News Editor | Rutland Radio |
| News Editor | The Revolution |
| News Editor | BBC Radio Oxford |
| News Editor | FOX FM |
| News Editor | 102.7 Hereward FM |
| News Editor | BBC Radio Cambridgeshire (Peterborough) |
| News Editor | Gold (1332) |
| News Editor | Lite FM |
| News Editor | BBC Radio Devon (Plymouth) |
| News Editor | Plymouth Sound |
| News Editor | 107.1 Rugby FM |
| News Editor | 107.4 The Quay |
| News Editor | KCR 106.7 FM |
| News Editor | 97.4 Rock FM |
| News Editor | Magic 999 |
| News Editor | 2-TEN FM (Thames Valley Broadcasting Ltd) |
| News Editor | BBC Radio Berkshire |
| News Editor | GOLD (Thames Valley) |
| News Editor | Pirate FM |
| News Editor | kmfm for Medway |
| News Editor | Spire FM |
| News Editor | Yorkshire Coast Radio |
| News Editor | 97.4 Vale FM |
| Editor | BBC Radio Sheffield |
| News Editor | Hallam FM |

| | |
|---|---|
| News Editor | Magic AM |
| News Editor | BBC Radio Shropshire |
| News Editor | Fresh Radio |
| News Editor | Time 106.6 |
| News Editor | Sunrise Radio (London) |
| News Editor | Radio Hampshire |
| News Editor | Gold (Essex) |
| News Editor | Essex FM |
| News Editor | Dune FM |
| News Editor | Hertfordshire's Mercury 96.6 |
| News Editor | 104.9 Imagine FM |
| News Editor | Magic 1170 |
| News Editor | TFM Radio |
| News Editor | BBC Radio Stoke |
| News Editor | Signal 2 |
| News Editor | Signal 1 |
| News Editor | Cross Rhythms City Radio |
| News Editor | 102 Touch Radio (Stratford) |
| News Editor | Sun FM |
| News Editor | BBC Radio Wiltshire |
| News Editor | Gold (Swindon) |
| News Editor | GWR FM (Wiltshire) |
| News Editor | Touch FM |
| Editor | BBC Somerset |
| News Editor | Orchard FM |
| News Editor | Telford FM |
| News Editor | kmfm for West Kent |
| News Editor | BBC Radio Kent |
| News Editor | BBC Radio Cornwall |
| News Editor | Galaxy North East |
| News Editor | 3TR FM |
| News Editor | 107.2 Wire FM |
| News Editor | Quay West |
| News Editor | Star 107.7 FM |
| News Editor | Gold (Kent) |
| News Editor | Invicta FM |
| News Editor | 102.4 Wish FM |
| News Editor | Dream 107.2 |
| News Editor | 107.7 The Wolf |
| News Editor | Beacon Radio |
| News Editor | Gold (990/1017) |
| News Editor | BBC Hereford & Worcester |
| News Editor | Wyvern FM |
| News Editor | BBC Radio York |
| News Editor | Minster FM |
| News Editor | Radio Ceredigion |
| News Editor | BBC Wales (Bangor) |
| News Editor | Champion 103 |
| News Editor | 106.3 Bridge FM |
| News Editor | BBC Radio Cymru (Cardiff) |
| Editor | BBC Radio Wales |
| News Editor | Gold (South Wales) |
| News Editor | Real Radio (Wales) |
| News Editor | Red Dragon FM |
| | Coast 96.3 |
| News Editor | Valleys Radio |
| | The Magic 756 |
| News Editor | 96.4 FM The Wave |
| News Editor | Swansea Sound 1170 MW |
| News Editor | BBC Wales (Wrexham) |
| News Editor | Marcher Sound |
| News Editor | Marcher Gold 1260 |
| News Editor | 102.7 Mercury FM |
| News Editor | Fun Radio |
| News Editor | BBC Radio Scotland (Aberdeen) |
| News Editor | NorthSound One |
| News Editor | NorthSound Two |
| News Editor | West Sound AM |
| News Editor | Argyll FM |
| News Editor | YOURradio |
| News Editor | BBC Radio Scotland (Dumfries) |
| News Editor | South West Sound FM |
| News Editor | Wave 102 |
| News Editor | Tay AM |
| News Editor | Tay FM |
| News Editor | Forth 1 |
| News Editor | Forth 2 |
| News Editor | Radio Faza |
| News Editor | Central FM |
| News Editor | Radio Borders |
| News Editor | BBC Radio Scotland (Glasgow - Head Office) |
| News Editor | Xfm Scotland |
| News Editor | Real Radio (Central Scotland) |
| News Editor | Clyde 1 |
| News Editor | Clyde Two |
| News Editor | Kingdom FM |
| News Editor | BBC Radio Scotland (Inverness) |
| | NECR |
| News Editor | Nevis Radio |
| News Editor | Isles FM |
| News Editor | Oban FM |
| Editor | BBC Radio Scotland (Orkney) |
| News Editor | 96.3 Rock Radio |
| News Editor | Waves Radio |
| News Editor | Heartland FM |
| News Editor | BBC Radio Scotland (Selkirk) |
| News Editor | BBC Radio Scotland (Shetland) |
| News Editor | SIBC |
| News Editor | Lochbroom FM |
| News Editor | BBC Radio Ulster |
| News Editor | Belfast City Beat |
| News Editor | Cool FM |
| News Editor | Q97.2 FM Causeway Coast Radio |
| News Editor | BBC Radio Foyle |
| News Editor | Q102.9 FM |
| News Editor | Awaz FM |
| News Editor | Downtown Radio (DTR) |
| News Editor | Manx Radio |
| News Editor | GTFM 106.9FM |
| News Editor | Q101.2 West FM |
| News Editor | BBC Guernsey |
| News Editor | Wythenshawe FM |
| News Editor | Desi Radio |
| News Editor | Island FM |
| Editor | BBC Radio Jersey |
| News Editor | Channel 103 FM |
| News Editor | 102.5 FM Radio Pembrokeshire |
| News Editor | London Turkish Radio |
| News Editor | West FM |
| News Editor | Energy FM |
| News Editor | Ridings FM |
| News Editor | Pulse Gold |
| News Editor | Gold (1521) |
| News Editor | Gold (Manchester) |
| News Editor | Wirral's Buzz 97.1 |
| News Editor | Oxford's FM 107.9 |
| News Editor | Gold (774) |
| News Editor | Passion for the Planet |
| News Editor | New Style Radio |
| News Editor | GWR FM (Bath) |
| News Editor | Club Asia 963/962 AM |
| News Editor | Forest of Dean Radio |
| News Editor | Gold (1152) |
| News Editor | Gold 792/828 |
| News Editor | Reading 107 FM |
| News Editor | BBC Radio Swindon |
| News Editor | Smooth Radio (East Midlands) |
| News Editor | Six FM |
| News Editor | Heart Digital |
| News Editor | 107.7 Splash FM |
| Editor | BBC Radio Nan Gaidheal |

| | |
|---|---|
| News Editor | Dee 106.3 |
| News Editor | Two Lochs Radio |
| News Editor | Dearne FM |
| News Editor | North Norfolk Radio |
| News Editor | Ivel FM |
| News Editor | BBC Hereford & Worcester (Hereford) |
| News Editor | Kerrang! Radio |
| News Editor | Radio Verulam |
| News Editor | kmfm (Maidstone) |
| News Editor | All FM |
| News Editor | Fen Radio 107.5 FM |
| News Editor | Resonance FM 104.4 FM |
| News Editor | London Lounge |
| News Editor | The Arrow |
| News Editor | High Peak Radio |
| News Editor | Insight Radio |
| News Editor | Trax FM 107.9 |
| News Editor | Smooth Radio (Glasgow) |
| News Editor | Angel Radio |
| News Editor | Yorkshire Coast Radio Bridlington |
| News Editor | 107.2 The Wyre |
| News Editor | Virgin Radio Classic Rock |
| News Editor | BBC Radio York (Scarborough) |
| News Editor | Big L Radio London |
| News Editor | Shropshire's Beacon Radio |
| News Editor | West Midland's Beacon Radio |
| News Editor | Virgin Radio Xtreme |
| News Editor | Radio Scilly |
| News Editor | Future Radio |
| News Editor | Magic 105.4 FM |
| News Editor | U105 |
| News Editor | 107 The Bee |
| News Editor | Kismat Radio 1035 AM |
| News Editor | 107.6 Touch FM (Banbury) |
| News Editor | Durham FM |
| News Editor | Forest FM |
| News Editor | Talk 107 |
| News Editor | Xfm Manchester |
| News Editor | 3FM |
| News Editor | Palm FM |
| News Editor | Atlantic FM |
| News Editor | 99.9 Radio Norwich |
| News Editor | kmfm (Ashford) |
| News Editor | Brunel FM |
| News Editor | Original FM |
| News Editor | Rother FM |
| News Editor | Town 102 |
| News Editor | Five FM |
| News Editor | 103.7 FM TGR Sound |
| News Editor | 92.5 Cheshire FM |
| News Editor | Original 106.5 |
| News Editor | Bristol Community FM |
| News Editor | Minster Northallerton |
| News Editor | KCFM 99.8 |
| News Editor | Original 106FM |
| News Editor | Express FM |
| News Editor | Seaside Radio |
| News Editor | Hayes FM |
| News Editor | Siren FM |
| News Editor | Abbey FM |
| News Editor | 106 Jack FM |
| News Editor | Lanarkshire's L107 |
| News Editor | Ipswich Community Radio |
| News Editor | Afan FM |
| News Editor | Phoenix FM |
| News Editor | Pure Radio |
| News Editor | NE1 FM |
| News Editor | WCR FM |
| News Editor | CityTalk 105.9 FM |
| News Editor | XFM South Wales |
| News Editor | Smooth Radio (North East) |
| News Editor | Radio St. Austell Bay |
| News Editor | 103.6 FM Tameside Radio |
| News Editor | Exeter 107.3fm |
| News Editor | Yorkshire Radio |
| News Editor | Swansea Bay Radio |
| News Editor | Radio Carmarthenshire and Scarlet FM |
| News Editor | 7 Waves Community Radio |
| News Editor | Swindon 105.5 |
| News Editor | Vibe Radio |
| News Editor | Southend Radio 105.1 FM |
| News Editor | 107.3 Touch Radio |
| News Editor | Rock Radio Northeast |
| News Editor | Cuillin FM |
| News Editor | Life FM |
| News Editor | Skyline |
| News Editor | Unity 101 |
| News Editor | HFM Radio |
| News Editor | Branch FM |
| News Editor | 209radio |
| News Editor | Cross Rhythms Plymouth |
| News Editor | Raidió Fáilte 107.1 FM |
| News Editor | Nusound Radio 92 FM |
| News Editor | Calon FM |
| News Editor | Féile FM 103.2 |
| News Editor | 102.5 The 'Bridge |
| News Editor | 106.1 Rock Radio |
| News Editor | Oldham Community Radio |
| News Editor | Andover Sound |
| News Editor | Black Diamond 107.8 FM |
| News Editor | 1449 AM URB |
| News Editor | EC1 FM |
| News Editor | Burst FM |
| News Editor | CSR |
| News Editor | Crush |
| Station Manager | Fresh Air |
| News Editor | IC Radio |
| News Editor | Junction11 |
| News Editor | KUBE Radio |
| News Editor | LCR |
| News Editor | LSRFM.COM |
| News Editor | Lush FM |
| News Editor | Ramair 1350 AM |
| News Editor | Rare FM |
| News Editor | RaW Radio Warwick |
| News Editor | Red |
| News Editor | Surge |
| News Editor | URF |
| News Editor | URN |
| News Editor | URY |
| News Editor | Xpress Radio |
| News Editor | Xpression FM |
| News Editor | Shout FM |
| News Editor | Radio Wellsway |
| News Editor | SURE Radio |
| News Editor | Xtreme Radio |
| News Editor | Radiowave |
| News Editor | Sin Radio |
| News Editor | Bailrigg FM |
| News Editor | Livewire |
| News Editor | Zed fm |
| News Editor | Fly FM |
| News Editor | Blem FM |
| News Editor | CUR 1350 (Cambridge University Radio) |
| Station Manager | Demon FM |
| Station Manager | Jam Radio |
| News Editor | Nottingham News Service |
| News Editor | White's Press Agency |
| News Editor | Community Newswire |
| News Editor | Media Features |
| News Editor | ComputerWire |

| Role | Publication |
| --- | --- |
| Editor | AOL |
| Internet | Lynn News Series |
| Editor | Retford Gainsborough and Worksop Times |
| Editor | The Sherwood Villager |
| Editor | Guardian Series (Worksop) |
| Editor | iVillage UK |
| Editor | stylesight.co.uk |
| Editor | Choice |
| Editor | funkyfogey.com |
| Editor | Whatsonuk Guides |
| Editor | Funky |
| Editor | Nang! |
| Editor | Computer Music |
| Editor | Codejunkies |
| Editor | PC Format |
| Deputy Editor | PC Format |
| Editor | PC Gamer |
| Editor | PC Pilot |
| Editor | PC Zone |
| Staff Writer | PC Zone |
| Editor | PCZONE |
| Editor | PSW |
| Editor | PC Tools |
| Editor | computer and video games online |
| Editor | Edge Online |
| Editor | Total PC Gaming |
| Editor | Computer Arts Projects |
| Editor | .net |
| Editor | Computer Arts |
| Editor | Computer Arts |
| Online Editor | Computer Arts |
| Deputy Editor | Computer Arts |
| Editor | PC Utilities |
| Editor | PC Answers |
| Editor | PC Answers |
| Staff Writer | PC Answers |
| Editor | Computer Buyer |
| Online Editor | Computer Buyer |
| Editor | PC Plus |
| Editor | PC Plus |
| Reviews | PC Plus |
| Editor | PC Advisor |
| Deputy Editor | PC Advisor |
| Staff Writer | PC Advisor |
| Editor | PC Pro |
| Editor | Personal Computer World |
| Editor | Computeractive |
| Editor | PC Advisor |
| Deputy Editor | PC Advisor |
| Staff Writer | PC Advisor |
| Editor | Tips & Advice Internet |
| Editor | PC Answers Online |
| Editor | PC Plus Online |
| Editor | .net magazine |
| Editor | PC Pro Online |
| News Editor | Computer Active Online |
| Editorial Assistant | Computer Active Online |
| Editor | Computer Shopper.co.uk |
| Online Editor | Computer Shopper.co.uk |
| Editor | PC Explorer |
| Editor | T3 |
| Editor | Web User |
| Staff Writer | Web User |
| Editor | Web User |
| Editor | Custom PC |
| Editor | The Red Ferret Journal |
| PCs Editor | CNET.co.uk |
| Editor | Pocket-lint.co.uk |
| Editor | Unbeatable.co.uk |
| Editor | randomlyaccessed.com |
| Editor | PC Freaks and Geeks |
| Editor | TheDigitalLifestyle.com |
| Editor | Nottinghamshire Today |
| Editor | The Big Issue |
| Editor | The Big Issue Cymru |
| Editor | The Big Issue in the North |
| Editor | The Big Issue in Scotland |
| Editor | The Big Issue South West |
| Editor | The Banter |
| Editor | The Apex |
| Editor | Aspects |
| Editor | The Badger |
| Editor | The Beaver |
| Editor | Brig |
| Editor | CAM Cambridge Alumni Magazine |
| Editor | Cherwell |
| Editor | Concrete |
| Editor | The Courier (Aberystwyth) |
| Editor | The Courier |
| Editor | Cub |
| Editor | DN |
| Editor | Dusted |
| Editor | Epigram |
| Editor | Exposé |
| Editor | Felix |
| Editor | Colin |
| Editor | Fresh Direction |
| Editor | ISM |
| Editor | Gair Rhydd |
| Editor | Gaudie |
| Editor | Glasgow University Guardian |
| Editor | Aston Times |
| Editor | Horizon |
| Editor | Hype |
| Editor | Student Impact |
| Editor | Impact (Nottingham) |
| Editor | Concourse |
| Advertising Manager | inQuire |
| Advertising Manager | Label |
| Editor | Leeds Student |
| Editor | Leek |
| Sales Executive | Liverpool Student |
| Editor | London Student |
| Editor | Massive |
| Editor | Mud |
| Editor | Network |
| Editor | Nouse (University of York Student Newspaper) |
| Editor | O.B Scene |
| Editor | The Orbital |
| Editor | The Oxford Student |
| Editor | Pi |
| Editor | Platform |
| Editor | Pluto |
| Editor | The Pulse Sussex |
| Editor | The Rabbit |
| Editor | Redbrick |
| Editor | Ripple |
| Editor | Le Nurb |
| Editor | Shu Print |
| Editor | The Saint |
| Editor | Sarky Cutt |
| Editor | Scan |
| Editor | Kinetic Interactive |
| Editor | Seren |
| Editor | SJ (Spaghetti Junction) |
| Editor | The Smoke |
| Editor | Spark* |
| Editor | Strathclyde Telegraph |

| | |
|---|---|
| Editor | Student Direct |
| Editor | The Magdalen |
| Editor | Student Express |
| Editor | Sublime |
| Editor | Varsity |
| Editor | York Vision |
| Editor | Wessex Scene |
| Editor | Westworld |
| Editor | Y Ddraenen |
| Editor | Edinburgh Student |
| Editor | Nerve Magazine |
| Editor | Bluesci |
| Editor | Loud |
| Editor | Sheffield Steel Press |
| Editor | Northumbria Student |
| Editor | Studentbonkers.com |
| Editor | Student Times |
| Editor | Fat Controller Magazine |
| | studentscope |
| Editor | Noteworthy |
| Editor | Leeds |
| Editor | Class |
| Editor | The National Student |
| Editor | The National Student Magazine |
| Editor | The Edge |
| Editor | TheStudentPlanner.org |
| Editor | Student 123.com |
| Editor | Youth Live |
| Editor | Artwork Online |
| Editor | ePHOTOzine |
| Editor | The Chichester Magazine |
| Editor | TES The Times Educational Supplement |
| Editor | General Studies Review |
| Editor | Top Graduate: QS Business & Technology |
| Editor | Everything Aerospace |
| Editor | 69 Magazine Midlands |
| Editor | Midlands Zone |
| Producer | Jonathan Vernon-Smith |
| Programme Contact | Digital Planet |
| Producer | Mousemat |
| Programme Contact | Zeitgeist |

Philippa Short
**press**dispensary

t 0845 430 4433
f 0845 638 2258
e philippa@pressdispensary.co.uk

This message has been certified clear of viruses

---

**From:** JezBiz [mailto:jezbiz@gmail.com]
**Sent:** 28 May 2008 16:47
**To:** Philippa Short, Press Dispensary
**Subject:** Re: Press Dispensary order: The Internet Pinboard Company

Hi Philippa,

I assume you got the payment ok? It's just that I didn't include the invoice number on the payment page - sorry!

Just wondering what you think of this whole internet-pinboard thing and if you can put it into coherent words and send it to someone who may care? Also wondering how long this may all take?

Thanks

Jeremy

On 28 May 2008, at 13:25, Philippa Short, Press Dispensary wrote:

Hi Jeremy,

Thank you for placing an order with Press Dispensary. I have attached an invoice and payment can be made online at

https://www.pressdispensary.co.uk/pd_payment.html

A draft release and distribution list will be with you shortly after payment has been received.

Kind regards,

Philippa

Philippa Short
**press**dispensary

t 0845 430 4433
f 0845 638 2258
e philippa@pressdispensary.co.uk

This message has been certified clear of viruses

<Invoice 1911 The Internet Pinboard Company 28.05.08.doc>

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

# Exhibit I

Begin forwarded message:

**Date:** 9 June 2008 21:02:30 BST
**From:** No Hands No Hands <mr_no_hands@yahoo.co.uk>
**Subject: No Handed Music YouTube Channel**
**To:** post@internet-pinboard.com

Hey guys I'd like to use The Internet Pin-Board to promote my YouTube channel please, which can be found here:

http://www.youtube.com/MrNoHandsMusic

I'm always looking for crazy ways to promote my music, and this sounds like a great way to drive some traffic my way. I've attached what I think is quite a strong image representing of the videos I make.

All the best,

Mr No Hands

Sent from Yahoo! Mail



A Smarter Email

# Exhibit J

Begin forwarded message:

**Date:** 10 June 2008 12:13:28 BST
**From:** No Hands No Hands <mr_no_hands@yahoo.co.uk>
**Subject: Re: No Handed Music YouTube Channel - Pin 12**
**To:** IPB POST <post@internet-pinboard.com>

webusers 'online fun' blog

----- Original Message -----
From: IPB POST <post@internet-pinboard.com>
To: No Hands No Hands <mr_no_hands@yahoo.co.uk>
Sent: Tuesday, 10 June, 2008 11:28:36 AM
Subject: Re: No Handed Music YouTube Channel - Pin 12

No problem. Nice to hear it's making you smile!

Please tell me, how did you hear about the Internet Pinboard?


On 10 Jun 2008, at 11:22, No Hands No Hands wrote:


Thats so funny, nice one!

----- Original Message -----
From: IPB POST <post@internet-pinboard.com>
To: No Hands No Hands <mr_no_hands@yahoo.co.uk>
Sent: Tuesday, 10 June, 2008 2:23:36 AM
Subject: Re: No Handed Music YouTube Channel - Pin 12

Hi there!

You have been pinned!
Your pin number is 12.
We perform pinboard updates regularly, and you can expect your post to be visible within the next 12 hours.
Please spread the word about the Internet Pinboard. Spreading the word will help us grow and in turn provide you
with more exposure.

Thanks for your post! Love your work too!

Regards
The Internet Pinboard Administrator

On 9 Jun 2008, at 21:02, No Hands No Hands wrote:


Hey guys I'd like to use The Internet Pin-Board to promote my YouTube channel please, which can be found here:

http://www.youtube.com/MrNoHandsMusic

I'm always looking for crazy ways to promote my music, and this sounds like a great way to drive some traffic my
way. I've attached what I think is quite a strong image representing of the videos I make.

All the best,

Mr No Hands

_____
Sent from Yahoo! Mail.
A Smarter Email <MrNoHandsMusic.jpg>

_____
Sent from Yahoo! Mail.
A Smarter Email.

_____
Sent from Yahoo! Mail.
A Smarter Email.