# Exhibit 1

**IS THE *PINTRIPS* WEBSITE LIKELY TO CAUSE CONFUSION WITH *PINTEREST*?**

Prepared by:

Jacob Jacoby, Ph.D.

**Jacob Jacoby Research, Inc.**

New York, N.Y.

Prepared for:

**Harvey Siskind LLP**

San Francisco, California

November 2014

**TABLE OF CONTENTS**

Page

**Background and Objectives**                                                     **3**

     Background ...................................................................................3
     Objective ....................................................................................3
     Materials received and considered................................................4

**Principal Finding and Opinions**                                    .                **5**

     Principal finding ........................................................................6
     Summary of opinions ................................................................6

**Method**                                                                          **8**

     Design principles and standards.............................................8
     Factor #1:  The universe (or population)  ..................................9
     Factor #2:  The sampling plans, stimuli and test protocol........................ 10
     Factor #3:  Questionnaires...................................................... 12
     Factor #4:  Interviewing procedures and supervision................................ 18
     Factors #5 & #6:  Data recording, reporting and analysis.......................... 19
     Factor #7:  Ensuring objectivity................................................ 20

**Report of Findings**                                                              **21**

     Likely confusion as to source.................................................22
     Likely confusion as to business connection or affiliation...........................24
     Likely confusion as to authorization or sponsorship .....................................26
     Overall Likely Confusion ...........................................................28

**Certification**                                                                   **29**

**Appendices**

A1:     Jacob Jacoby's qualifications
A2:     Jacob Jacoby's Academic Curriculum Vita
A3:     Lists responsive to Rule 26 of the Federal Rules of Civil Procedure, Depositions and Discovery
B:      Sub-contractor information
C:      Email invitation
D:      Stimuli (Internet website)
E:      Screener and Main questionnaire
F1:     Computer tabular output
F2:     Verbatim responses
G:      Excluded cases
H:      Lists of respondents identified as confused

## BACKGROUND AND OBJECTIVES

**Background:**

During October, 2014, counsel for Pinterest, Inc. contacted the author of this report,[1] inquiring regarding his availability to design and conduct a consumer survey on behalf of their client in the matter of *Pinterest, Inc. v Pintrips, Inc.*

The Complaint alleges that Plaintiff Pinterest, Inc. ("*Pinterest*") is a popular online social media bookmarking site that "provides a way for people to express themselves, discover new things, and engage with people who create them."[2]   The Complaint alleges that Pintrips Inc. ("*Pintrips*"), another online site, describes itself as a "personal travel planning dashboard" and "is a social media bookmarking service for information about travel and flights exclusively."[3]  Upon information and belief, to this point in time, Pintrips has engaged only in flight planning and booking activities.

**Objective**:

Concerned that the *Pintrips* website (which includes, among other things, the *Pintrips* name and a Pin button) was confusingly similar to *Pinterest*, counsel acting on behalf of *Pinterest* asked Jacob Jacoby to design and conduct a survey to determine whether, and if so to what extent, there was a likelihood of such confusion.

---

[1] Appendix A1 provides a description of Jacob Jacoby's credentials and qualification for designing and conducting such research.  Appendix A2 provides a copy of Jacob Jacoby's academic Curriculum Vita. Appendix A3 provides a list of his publications for the last 10 years and a list of his courtroom and deposition testimony for the last four years.

[2] First Amended Complaint For Trademark Infringement, False Designation Of Origin, Unfair Competition, And Trademark Dilution. U.S.D.C. for the Northern District of California, Case No. CV 13-04608-RS-KAW dated 08/28/14.  See paragraphs 8, 19 and 21.

[3] Id., paragraph 21.

**Materials Received and Considered:**

To provide pertinent background, Jacoby was furnished with copies of the following.

- Plaintiff's First Amended Complaint for Trademark Infringement, False Designation of Origin, Unfair Competition, and Trademark Dilution. U.S.D.C. for the Northern District of California, Case No. CV 13-04608-RS-KAW dated 08/28/14.

- Defendant's Notice of Motion and Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) filed 01/06/14

- Pinterest's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss the Complaint Under Fed. R. Civ. P. 12(b)(6) filed 01/21/14

- Defendant's Reply Memorandum in Support of Motion Under Fed. R. Civ. P. 12(b)(6) to Dismiss Plaintiff's Complaint filed 01/28/14

- Order Denying Motion to Dismiss dated 02/14/14

- Defendant Pintrips, Inc.'s Amended Answer and Counterclaims, Demand for a Jury Trial filed 09/11/14

- Plaintiff Pinterest, Inc.'s Answer to Defendant Pintrips, Inc.'s Amended Counterclaims, Affirmative Defenses, Demand for a Jury Trial filed 10/02/14

## PRINCIPAL FINDINGS AND OPINIONS

A total of 560 individuals who said they were likely to visit a website over the coming six months or so for the purpose of planning commercial airline travel served as respondents. The findings are based on the 451 respondents who remained after excluding 109 respondents for various reasons indicated in this report.[4]

After being screened to ensure that prospective respondents were qualified members of the defined universe (see section entitled "The Universe (or Population)," *infra*), each respondent was randomly assigned to either a *test* or *control* group. Respondents in the *test* group were exposed to the landing page associated with Defendant's website.  Respondents in the *control* group underwent the same procedure and attended to the same item, but with one critical exception. Everywhere the *Pintrips* name appeared on Defendant's website it was replaced with the fictitious name Cliptrips*;* everywhere the word "Pin" appeared it was replaced with the word "Clip"; and everywhere the image of a pin appeared it was replaced with the image of a paper clip. Collectively, these latter items are referred to as trademark-related indicia.  Immediately after exposure to the website's landing page each respondent was asked questions to assess likely confusion as to source, affiliation or connection, and sponsorship or authorization.

---

[4] These reasons included looking up answers to questions while taking the survey, consulting with others as a basis for providing answers to the survey, entering gibberish answers to open-ended questions, or stating a technical difficulty occurred during the administration of the survey.

5

**Principal Findings:**

In all, about one in 5 qualified respondents who viewed the Pintrips landing page (19%) exhibited confusion either as to source, business affiliation or connection, or authorization or sponsorship.   In contrast, *none* of the respondents who viewed the fictitious Cliptrips landing page exhibited confusion as to product, source, business affiliation or connection, or authorization or sponsorship.   Since the materials seen by respondents in the test and control group were identical in all other respects except for the name and other trademark-related indicia, the difference in the levels of confusion exhibited by these two groups can be attributed only to differences in the names and the trademark-related indicia.

**Summary of Opinions:**

While, on occasion, courts will consider a likelihood of confusion percentage under 10% to be actionable, as summarized in a recent review:

> [N]umerous courts have found likelihood of confusion surveys with percentage results between 10% and 20% probative of a likelihood of confusion.   Further, it should be recognized that many of the surveys in these cases according probative weight to survey percentages between 10% and 20% appear to be single-cell surveys with no control cell to measure this measurement error or non-trademark confusion.[5]

---

[5] Gerald L. Ford, "Survey Percentages in Lanham Act Matters." In Shari S. Diamond and Jerre B. Swann (Eds.), *Trademark and Deceptive Advertising Surveys: Law, Science and Design.* American Bar Association, 2012, 311, 314-15.

In contrast, the present survey, which did employ a *control* condition to identify and subtract out confusion due to factors other than Defendant's trademarked name and trademark-related indicia and which used exceptionally conservative procedures (e.g., an Eveready rather than a modified Squirt protocol, full-filtered questioning, permitting respondents to view the test stimuli while answering key questions), all of which leaned in a direction of finding little or no confusion, found a likelihood of confusion percentage of 19%.

Based upon the findings obtained, in my opinion, confusion is highly likely among the universe of *Pintrips'* potential customers.   That is, upon exposure to *Pintrips'* website, about one in five potential customers are likely to be confused into believing that *Pintrips* either (1) comes from the same source as *Pinterest*, (2) is a different entity that has some business connection or affiliation with *Pinterest,* or (3) is using the Pintrips name with the authorization of Pinterest.

# METHOD[6]

## Design Principles and Standards

The study was designed and conducted in strict accordance with the seven-factor framework cited in the Federal Judicial Center's *Manual for Complex Litigation, Fourth* (Section 11.493) and with the greater amplification of this framework provided in the "Reference Guide on Survey Research" appearing in the FJC's 2012 *Reference Manual on Scientific Research.*[7]  Also considered in the design of this investigation were the implications of the Supreme Court's opinion in *Daubert v. Merrell Dow.*[8]

The seven factors from the *Manual for Complex Litigation* are quoted verbatim below.  The order in which they are cited departs from the original to more closely track the sequence of activities that typically occurs during the research process.  This departure from the order in which these factors are described has no effect on the design, conduct, findings, accuracy or reliability of this report.

1.    The population was properly chosen and defined;

2.    The sample chosen was representative of that population;

3.    The questions asked were clear and not leading;

4.    The survey was conducted by qualified people following proper interviewing procedures;

5.    The data gathered were accurately reported;

---

[6] The Methods section provides the details of the study design and implementation that led to the findings obtained.  Readers wishing to skip this information should proceed to the next major section of this report entitled Report of Findings.

[7] At the request of the Federal Judicial Center, this author served as a peer reviewer for the *Reference Guide on Survey Research* appearing in both the 1994 and 2000 editions of the *Reference Manual on Scientific Research.*

[8] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993).

6.      The data were analyzed in accordance with accepted statistical principles;

7.      The process was conducted so as to ensure objectivity.

How the seven *Manual for Complex Litigation* factors were applied in the current investigation are discussed below.

Jacoby's qualifications as a consumer researcher (an element of Factor #4) are set forth in Appendix A.  Among these qualifications, Jacoby is the author of *Trademark Surveys*, a 1,000-plus page treatise written at the invitation of the Intellectual Property Section of the American Bar Association.  Additional information regarding Jacoby's qualifications may be obtained from www.JacobyIP.com.  Phi Power Communications, Inc. (PhiPower) served as the principal subcontractor for this project.  A brief description of their qualifications is provided in Appendix B.

As will be seen from this detailed report, the importance of objectivity (Factor #7) was observed throughout the design, implementation and interpretation of all aspects of the investigation.


**FACTOR #1:  *THE UNIVERSE (OR POPULATION)***

To be useful -- and, in the case of litigation surveys, to be considered probative -- the study needs to focus on "the appropriate respondents," namely, those whose states of mind are relevant.  The proper universe for this likelihood of forward confusion survey consists of Defendant's potential customers.  Thus, the universe of interest was defined as: **Individuals (1) age 18 or older, who, (2) over the coming six months or so, (3) are likely to visit a website for the purpose of planning commercial airline travel.**

9

**FACTOR #2:  *THE SAMPLING PLANS, STIMULI AND TEST PROTOCOL***

1. **Selection of Respondents**

Respondents were recruited from the CriticalMix (FKA, Authentic Response) online panel of potential survey respondents.  The CriticalMix panel has been collected from a wide array of sources; panelists are invited to join from hundreds of websites. Panelists have "double opted-in," provided background information about themselves and their household when they joined the panel, provided legitimate email and US mailing addresses that have been confirmed, and in exchange for completing online surveys, become eligible for sweepstakes prizes.  For completing some surveys, a financial incentive is also provided.  For this survey, potential respondents were sent a neutral email invitation asking them to participate in a survey (text available in Appendix C), offering a small (approximately $1) cash incentive (1,400 MVP points deposited into the panelist's account), mentioning that the survey would take approximately less than 10 minutes to complete, and also stating that the survey should be taken on a laptop, notebook, or desktop computer.[9]

2. **Selection of Stimuli**

Determining if confusion is likely to occur in the current marketplace involves exposing respondents to *Pintrips* in a way that is representative of the way in which potential users and purchasers are likely to see this name in the marketplace. Arguably,

---

[9] The instrument is programmed in Flash and some tablets (specifically, iPads) do not support Flash. Further, since we wanted respondents to be able to see small details in the test and control stimuli, we avoided tablets because their screens typically are smaller than laptop, notebook, and desktop monitors.

10

the most realistic stimulus is the *Pintrips* landing ("home") page that potential users would come across online.  For purposes of creating a *control* stimulus that would be used with the *control* group, everywhere the name Pintrips appeared on the landing page it was replaced with the fictitious name Cliptrips*;* everywhere the word "pin" appeared it was replaced with the word "clip"; and everywhere the image of a pin appeared it was replaced with the image of a paper clip.  Copies of the *test* and *control* stimuli are provided in Appendix D.

       3.      **Description of the Test Protocol**

Because Pinterest is a well-known mark, instead of using a "modified Squirt" protocol (which involves exposing respondents to both plaintiff's and defendant's marks), the survey used an Eveready protocol (which involves exposing respondents to defendant's mark only).  As a general rule, the Eveready protocol yields more conservative estimates of likely confusion.

Upon reaching the Main questionnaire portion of the survey, the respondents assigned to the test group were taken to an exact replica of *Pintrips'* landing page. Those assigned to the *control* group were taken a comparable page that had been modified to replace the name *Pintrips* with the fictitious name *Cliptrips*.  Each respondent was then asked questions to assess confusion as to source, affiliation or connection, and sponsorship or authorization.

**FACTOR #3:** *QUESTIONNAIRES*

Questionnaires used in litigation surveys generally have two components, a Screener portion and a Main portion.  The objectives of the Screener portion of the Questionnaire are (a) to ensure that interviews are conducted only with individuals who satisfy the universe definition, and (b) to identify and eliminate from further consideration atypical members of the universe – individuals who might be unusually sensitive to either the marketing/advertising survey research process or to the particular subject matter.  The purpose of the Main questionnaire is to ask the questions of substantive interest of those who remain.  Copies of the Main and Screener questionnaires used in the present investigation are provided in Appendix E.  In keeping with recommended practice, as appropriate, the response options provided for closed-ended questions were rotated (i.e., "inverted") or randomized to counterbalance for potential "order effects."  To facilitate description, these rotation instructions and rotations have been removed from the descriptions of the questions provided below. Appendix E contains the questionnaire used as the basis for programming the study and indicates all these rotation and randomization instructions.

1. <u>**Screener Questionnaire  (Respondent Qualification Questions)**</u>

The Screener portion of the questionnaire began as follows:

**Thank you for agreeing to take this anonymous study; your answers will be treated as confidential and will not be used to try to sell you anything.**

**If you usually wear eyeglasses when reading information on your monitor, please put on your eyeglasses before continuing.**

**This survey is designed for laptop, notebook, and desktop computers; if you currently are NOT using one of those types of computers, please stop and take this survey when you are on one of those.**

When you are ready to proceed, please **maximize** your screen, then click on the NEXT button.

After clicking NEXT, the respondent came to Question 15:

**Q15.   Are you male or female, and what was your age on your <u>last</u> birthday?**

[R  1]  Male under 18

[R  2]  Male 18-24

[R  3]  Male 25-35

[R  4]  Male 36-49

[R  5]  Male 50-64

[R  6]  Male 65 or above


[R  21]  Female under 18

[R  22]  Female 18-24

[R  23]  Female 25-35

[R  24]  Female 36-49

[R  25]  Female 50-64

[R  26]  Female 65 or above


[R 99]  I would prefer not to say

Respondents who answered "under 18" (n = 45) or "I would prefer not to say" (n= 22) were terminated at this point.  This survey utilized mutually-exclusive age-and-gender quotas, and respondents (n = 72) were respectfully turned away if their age-and-gender "cell" was already filled.  All others were asked Question 20.

Q20.   **What best describes the device you are using right now to read this survey?**

*Please select one.*

[R   1]   A traditional desktop computer

[R   2]   A laptop/notebook computer

[R   3]   A tablet computer (e.g., Apple iPad, Galaxy Tab, Blackberry Playbook, Microsoft Surface)

[R   4]   An eBook reading device (e.g., Kindle, Nook, Sony Reader)

[R   5]   A TV-based browser or video game console (e.g., WebTV, Google TV, Microsoft X-Box, Nintendo Wii)

[R   6]   A large screen smartphone (e.g., Apple iPhone, HTC Evo, Motorola Droid, Samsung Galaxy)

[R   7]   A small screen (less than 3") mobile phone

[R  88]   Other, please specify   // Insert text box

To continue, the respondent needed to select "a traditional desktop computer" or "a laptop/notebook computer" to continue.  All others (n = 32) were terminated at this point.

Respondents were next asked Question 30:

**Q30.   Over the COMING six (6) months or so, which, if any, of the following are you likely to do?  Visit a website for the purpose of …**

| | Yes | No | I don't know |
|---|---|---|---|
| | **(R2)** | **(R1)** | **(R99)** |
| (A) looking up real estate properties | | | |
| (B) planning commercial airline travel | | | |
| (C) buying tickets to a sporting event | | | |
| (D) researching electrical appliances of any sort | | | |

Those answering "planning commercial airline travel" were continued.  All others (n = 2,338) were terminated at this point.

To assess geographic representativeness, the remaining respondents were asked Question 40.

**Q40.   In which state do you live?**

Respondents had to live in one of the 50 United States, including (plus Washington, DC.

Those individuals who did not (n = 0) were terminated at this point.

All individuals who reached this point were considered members of the defined universe.  The next few questions were asked to rule out members of the universe who were considered more likely than others to have atypical knowledge either of the survey research process or the travel industry.

To rule out members of the universe who might have recently participated in a survey covering the same or directly related issues, Question 50 asked:

**Q50.   Over the past three months or so, have you participated in any other survey related to travel?**

[R 2]  Yes

[R 1]   No

[R 99]  I don't know

Respondents answering "yes" to Q50 (n = 182) were terminated at this point.

To identify and eliminate "speeders" (i.e., individuals with a tendency to answer quickly and possibly randomly) as well as "bots" (machines programmed to answer questionnaires), Question 60 was as follows:

**Q60.   Please select green from the following list in order to continue with this survey.**

[R  1] Red
[R  2] Blue
[R  3] Yellow
[R  4] Green
[R 99] I don't know

Those not answering "green" to Q60 (n = 3) were terminated at this point.

15

To remove those with an elevated potential to be atypical of others in the defined universe, the remaining respondents were next asked Question 70.

**Q70.   Do you, or does anyone in your immediate household, work for …**

|  | Yes | No | I don't know |
|---|---|---|---|
|  | (2) | (1) | (99) |

(A) A social networking website?

(B) A travel-related website?

(C) An advertising agency or
    a market research firm?

Respondents answering "yes" to A, B or C (n = 20) were terminated at this point.

Because they would be asked to review the landing page of defendant's website, respondents were asked Q75 and, if necessary, Q80.

**Q75.   Do you usually wear eyeglasses or contact lenses when looking at your computer screen?**

[R  2] Yes
[R  1] No

**Q80.   Are you wearing those eyeglasses or contact lenses now?**

[R 2] Yes
[R 1] No

Respondents who indicated they usually wore eyeglasses or contact lenses when looking at their computer screen, but were not wearing those eyeglasses or contact lenses at that point in time (n = 10) were terminated at this point.

To provide potential respondents with an idea of how long the survey would take,

Q90 was as follows

**Q90.   The survey takes about 7 minutes and includes several questions that ask you to type in your answers.**

**We need you to take your time, and carefully type in THOUGHTFUL AND COMPLETE answers to these questions.  If you are in a hurry or otherwise not willing to do that, we respectfully ask that you end the survey now.**

[R 2]   I am willing to take the survey seriously and carefully type in THOUGHTFUL AND COMPLETE answers

[R 1]   I am in a hurry and would rather end the survey now

Potential respondents (n = 4) who answered they were in a hurry and would rather end the survey now were terminated at this point.

The remainder proceeded on to the Main section of the questionnaire.  Their answers to each of the questions on the Screener questionnaire are summarized in Appendix F1, Computer Tabular Output, pages 1 through 30

2.   **Main Questionnaire**

In all, 560 qualified respondents reached the Main portion of the questionnaire. Because they are necessary for understanding how likely confusion was assessed, and to avoid redundancy, the questions and instructions comprising the substantive portion of the Main questionnaire are discussed in the section entitled "Report of Findings," *infra.*

After concluding the substantive questions, all respondents were asked a number of questions designed to identify and remove from the data set those respondents who went online or consulted with others prior to answering the questions, or who

17

experienced a technical difficulty while taking the survey.  Numbered Q200 through Q250, these questions are shown in Appendix E.

All the answers provided by those respondents who said they "did look up one or more of these answers on the Internet" (n = 23), "did have help or input from someone else while answering these questions" (n = 50) or did "encounter technical problems while taking this survey" (n = 16) were removed from the data set and not relied upon for arriving at the findings and conclusions reported herein.

One respondent completed the survey too late, after the survey was ordered "closed" and the data set was submitted to data processing, and was not processed or used in the analysis.

**FACTOR #4:  *INTERVIEWING PROCEDURES AND SUPERVISION***

1.    <u>**Interviewers and Double-Blind Interviewing**</u>

As the questionnaire was self-administered over the Internet, there were no interviewers and no need for double-blind interviewing.  It is sufficient to have the respondents blinded as to both the sponsor and purpose of the research.

2.    <u>**Implementation Period**</u>.

Respondents began participating in the survey on November 3, 2014. Participation ended on November 7, 2014.

**FACTORS #5 & #6:        ENSURING ACCURACY IN DATA RECORDING, DATA ANALYSIS AND DATA REPORTING**

**1.    Data Integrity**

Before the online study was launched, the questionnaire was tested 198 times to confirm that questions were presented properly, and results were accurately captured. The Quality Assurance (QA) process was documented, and conducted by PhiPower's trained and supervised QA team.

All uncleaned[10] PhiPower data files were sent directly to an independent data processing contractor, Jake Bratton (Richardson, TX)[11], for cleaning, open-end coding, and data processing, i.e., preparation of computer tabular reports (Appendix F1).  The processed data were sent by Jake Bratton directly to Jacoby, with copies to PhiPower. Following instructions provided by Jacoby, PhiPower was very involved with supervising Mr. Bratton, and with Quality Assurance during all stages of data processing.  PhiPower checked the output provided by Mr. Bratton, and checked the results against those internally processed by Phi Power.

Using PhiPower's passive digital fingerprinting (examining respondents' IP address, screen resolution, operating system, and browser information), three pairs of cases (n = 8) were identified as "duplicates" (respondent providing evidence that they

---

[10] Cleaning refers to purging the data set of unreliable or questionable data..

[11] Mr. Bratton of JB Research, LLC, has more than 10 years of professional research experience focusing on methodology, data analysis, and programming.  He has co-authored eight peer reviewed journal articles utilizing a variety of advanced statistical techniques while pursuing his masters and doctoral degrees at Florida State University.

took or tried to take the survey more than once).  Mr. Bratton was informed about the duplicates, and those respondents' answers were removed from the data set.

## 2.    **Data Recording**

Inasmuch as there were no interviewers, there were no interviewer recording errors.  Use of a self-administered procedure over the Internet, with the responses tallied by computer, eliminates all, or virtually all, recording and tallying errors.  The answers given by the respondents are taken at face value.  A common experience is to find a small percentage of respondents who type gibberish answers (e.g., "GBRXXRZF") in response to open-ended questions, those cases (n = 11) were excluded from the final data set.

## FACTOR #7: *ENSURING OBJECTIVITY*

As described herein, every aspect of the research process was designed to ensure objectivity in the collection and interpretation of the data.

## REPORT OF FINDINGS

To provide context for the findings, discussion below starts with Question 100, which provides the following instruction prior to asking the substantive questions on the survey.

**Q100.**      **<u>VERY IMPORTANT</u>:**

**For all of the following questions, if you don't know or don't have an answer, *please don't guess*.  Just enter "Don't know," and go on to the next screen.**

Next, Question 110 instructed respondents as follows.

**Q110.**      **Please suppose you were thinking of travelling somewhere and wanted to check out the fares and availability of flights to your intended destination.**

**The next screen shows the home page for a travel website.  Please look at it as you would if you happened to come across and clicked on a link to that website.**

At this point, respondents were randomly assigned either to the *test* or *control* group.  Taken directly from Pintrips.com, the verbiage immediately below is what was shown to respondents in the *test* group.  Respondents in the *control* group saw the exact same content, except for the fact that everywhere the term Pintrips appeared on Defendant's website it was replaced with the fictitious name Cliptrips*;* everywhere the word "Pin" appeared it was replaced with the word "Clip"; and everywhere the image of pin appeared it was replaced with the image of a paper clip.

Clicking on the NEXT button brought respondents to Question 115.

21

**Q115. Please examine this web page as you normally would when considering whether to start using a service with features such as those described on this site.  When you are ready to move on, the NEXT button is at the bottom of this page.**

The purpose of placing the NEXT button at the bottom of the screen was to ensure that respondents would necessarily be exposed to all the content on the landing page before being able to continue.  Respondents were permitted to examine the page they were shown for as long as they wished.

<u>**Likely Confusion as to Source**</u>

Upon clicking the NEXT button, all respondents were taken to Question 120 which was as follows.

**Q120. What company or companies do you think created or put out the site you just looked at?   *Please type your answer in the box below being as specific as you can.***

The findings for Q120 are summarized in Table 1.

22

**Table 1.      Respondents confused into thinking the website page they saw was created or put out by Pinterest \***

| Saw Pintrips (n = 221) | | Saw Cliptrips (n = 230) | | Net Confused |
|---|---|---|---|---|
| **#** | **%** | **#** | **%** | **%** |
| 28 | 13** | 0 | 0 | **13** |

\*  The following misspellings were accepted as signifying Pinterest: Pintrest, Pntrest, Pininterest, Pinitrest, Pintrist, Pinterst, Pineterest.  These were entered by the following respondents: 12025, 12224, 12945, 13455, 10533, 12408, 10370, 10459, 10629, 10717, 10744, 10808, 10822, 10852, 10984, 11217, 11225, 11263, 11314, 11406, 11634, 11836, 11875, 12050, 12149, 13063, 13300, and 13335.

\*\* Percentages have been rounded to nearest whole number.


Except for the fact that the *test* and *control* pages differed only in that everywhere the term Pintrips appeared on the *test* page it was replaced on the *control* page with the fictitious name Cliptrips, everywhere the word "Pin" appeared it was replaced with the word "Clip", and everywhere the image of a pin appeared it was replaced with the image of a paper clip, these pages were identical in every other respect.  No *control* group respondents exposed to the control (Cliptrips) evidenced any confusion with Pinterest. Thus, the trademark-related differences between the *test* and *control* pages provide the only logical explanation for the 13% difference in confusion between these two groups.

The respondents were next asked Question 125.

**Q125.      In particular, what is it that makes you think  [INSERT ANSWER FROM Q120] created or put out the website you just looked at?  *Please type your answer in the box below being as specific as you can.***

23

In explaining his/her answer to Question 120, an additional *test* group respondent answered Q125 indicating that she was confused into thinking you "would have to belong" to Pinterest to be able to use the name Pintrips (and, by inference, all the other trademark-related indicia) on the site; see respondent #10383, Appendix F2.

In keeping with the traditional Eveready protocol, respondents were next asked Question 130.  The findings for Q130 are summarized in Table 2.

**Q.130** **Please name any other website(s) put out by the same company that put out the site you just looked at. *Please type your answer in the box below being as specific as you can.***

**Table 2.** **Respondents confused into thinking the website page they saw was put out by the same company that put out by Pinterest * (Q130)**

| Saw Pintrips (n = 221) | | Saw Cliptrips (n = 230) | | Net Confused |
|---|---|---|---|---|
| # | % | # | % | % |
| 6 | 3** | 0 | 0 | 3 |

_____

**\*** The following misspellings were accepted as signifying Pinterest: Pintrest, Pntrest, Pininterest, Pinitrest, Pintrist, Pinterst, Pineterest. These were entered by the following respondents: 10119, 10213, 10354, 10372, 11075, 11925, 119270.

**\*\*** Percentages have been rounded to nearest whole number.

Cumulated across Questions 120, 125 and 130, a total of (28 + 1 + 6 =) 35 respondents, or 15.8% of those who viewed the Pintrips webpage were confused as to source.   In contrast, none of the respondents who viewed the Cliptrips page were confused as to source.

**Likely Confusion as to Business Connection, Affiliation or Association**

To determine whether respondents were confused into thinking that Pintrips had a business connection, affiliation or association with Pinterest, respondents were asked Question 140, a full-filter question that leans in the direction of undercounting confusion.[12]  Those who answered "<u>DOES</u> have a business connection, affiliation, or association with another company (or website)" to Question 140 were then asked Question 145.

As a basis for answering Q145, respondents were able to refresh their memory of the webpage they were shown as part of Q115 by clicking on a small copy of that page.  Enabling them to see the page as it was originally displayed further leans in a conservative direction favoring Defendant, as respondents did not have to rely on their memory of that page.[13]  In fact, given the webpage that respondents in both the *test* and *control* groups were able to re-access, it can be understood that Question 145 was exceptionally conservative.  This because, in addition to Pintrips or Cliptrips, that page contained the names of many corporate entities (including American Airlines, Delta, Expedia, Google, Kayak, Orbitz, Southwest, and United), thereby diluting the impact that the name Pintrips or Cliptrips could be expected to have.

**Q140**.    **Do you think the company that put out the website you just looked at …**

---

[12] See Shari S. Diamond, (2012) Reference Guide on Survey Research, In *Reference Manual on Scientific Evidence,* (3rd ed.) Federal Judicial Center. See Section IV,B.

[13] This procedure was not employed for the questions that tested for source confusion (Q120, Q125 and Q130), as doing so would have converted those questions into a simple reading test.

[2]  <u>DOES</u> have a business connection, affiliation, or association with another company (or website)?

[1]  does <u>NOT</u> have a business connection, affiliation, or association with another company (or website)?

[R 99] I don't know

**Q145. With what other company or website do they have a business connection, affiliation, or association?**  *Please type your answer in the box below being as specific as you can.*  To see the page again, click the small copy provided on the right.

Beyond those already indicating confusion as to source, no additional respondents indicated they were confused as to business connection, affiliation, or association.

<u>**Likely Confusion as to Authorization or Sponsorship**</u>

To determine whether respondents were confused into thinking that Pintrips had authorization from some other entity to use that name, respondents were asked Question 150, a full-filter question that leans in the direction of undercounting confusion. Those who answered "<u>DID</u> get, or did need to get, permission or authorization from another company or website" to Question 150 were then asked Question 155.

**Q150. Do you think that, to use its name, the company that put out the**

[2]  <u>DID</u> get, or did need to get, permission or authorization from another company or website?

[1]  did <u>NOT</u> get, or did not need to get, permission or authorization from  another company or website?

26

[R 99] I don't know

**Q155. From what other company or website did the company that put out the website you just saw have to get permission or authorization?** *Please type your answer in the box below being as specific as you can.* To see the page again, click the small copy provided on the right.

Since the name Pinterest was never mentioned at any point in the survey, asking about "another company or website" could in no way be biasing. Also, as a basis for answering Q155, respondents were able to refresh their memory of the webpage they were shown as part of Q115 by clicking on a small copy of that page. Enabling them to see the page as it was originally displayed further leans in a conservative direction favoring Defendant, as respondents did not have to rely on their memory of that page. As described earlier, given the webpage that respondents in both the *test* and *control* groups were able to re-access, it can be understood that Question 155 was exceptionally conservative. This because, in addition to Pintrips or Cliptrips, that page contained the names of many corporate entities (including American Airlines, Delta, Expedia, Google, Kayak, Orbitz, Southwest, and United), thereby diluting the impact that the name Pintrips or Cliptrips could be expected to have.

The findings for Q155 are summarized in Table 3.

**Table 3.**     **Respondents confused into thinking the company that put out the webpage they saw required permission or authorization from Pinterest * (Q155)**

| Saw Pintrips (n = 221) | | Saw Cliptrips (n = 230) | | Net Confused |
|---|---|---|---|---|
| # | % | # | % | % |
| 7 | 3 ** | 0 | 0 | 3 |

_____

\* The following misspellings were accepted as signifying Pinterest: Pintrest, , Pntrest, Pininterest, Pinitrest, Pintrist, Pinterst, Pineterest .  They were entered by the following respondents: 10119, 10213, 10354, 10372, 11075, 11925, and 12970.

\*\* Percentages have been rounded to nearest whole number.


## Overall Likely Confusion

As is customary, an overall estimate of likely confusion is arrived at by "netting", that is, by counting each respondent only once, regardless of the various types of confusion he or she exhibited.   Doing so yields an overall likelihood of confusion estimate of 19.0% (see Table 4).

**Table 4.  Estimating Overall Likely Confusion**

| Type of Confusion (Group size) | Test % (221) | Control % (230) | Difference |
|---|---|---|---|
| Source Confusion (Q120, Q125, Q130) | 15.84% | 0% | 15.84% |
| Affiliation/Connection Confusion (Q145) | 0% | 0% | 0% |
| Sponsorship/Authorization Confusion (Q155) | 3.17% | 0% | 3.17% |
| **OVERALL CONFUSION** | 19% | 0% | **19%** |

## CERTIFICATION

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that, based upon the information available to me, to the best of my knowledge, the foregoing is true and correct.

_Nov 13, 2014_

Date

Jacob Jacoby, Ph.D.

# APPENDIX A-1

# QUALIFICATIONS

**JACOB JACOBY, Ph.D.**

From time to time, I am asked to describe my qualifications as an expert in surveys proffered as evidence in litigated matters and/or as a scholar.  The information below seeks to be responsive to such requests.

**Author:**

I have authored or co-authored five books, including the following 1,064 page treatise:

**Jacob Jacoby, *Trademark Surveys* (2013).  Chicago: American Bar Association.**


**Qualifications as an Expert in Surveys Proffered as Evidence in Litigated Matters**

Since 1978, I have been providing testimony in U.S. District Courts. Since 1980, I have been conducting surveys that have been proffered as evidence in U.S. District Courts. I have played a lead role in conducting well over 1,000 consumer, marketing and communication (including advertising) studies in support of litigation and provided oral testimony in more than several hundred matters.   An incomplete list of my past and present corporate and organizational clients can be found at JacobyResearch.com

With relatively few exceptions, courts have admitted and given weight to my testimony. An incomplete list of court commentary is attached.  My scholarly writings have been cited in *amicus* briefs filed with the United States Supreme Court and have been cited in Second Circuit opinions[14] as the basis for shifting the burden of proof in trademark disclaimer cases from plaintiff to defendant.

In 1995, at the invitation of the Federal Judicial Center, I presented a set of lectures on how to evaluate survey research to judges attending the FJC's workshops for District Court judges and Magistrates held in Atlanta and Seattle.  In 1994 and again in 1998, I was invited by the Federal Judicial Center to serve as a peer reviewer for the "Survey Reference Guide" appearing in the 1994 and 2000 editions of its *Reference Manual on Scientific Evidence*.

Under contract to the Food and Drug Administration, I developed the definition of and approach to measuring deceptive advertising used by the FDA[15]. Based upon my research into consumer use and comprehension of nutrition information, I also served as an expert on a U. S. Senate Office of Technology Assessment committee preparing nutrition education guidelines for the public.

---

[14]See*: Charles of the Ritz Group, Ltd. V. Quality King Distributors, Inc.*  832 F.2d 1317, 4 U.S.P.Q.2d 1778 (2d Cir. 1987*); Home Box Office, Inc. v. Showtime/Movie Channel, Inc.* 832 F.2d 1311, 4 U.S.P.Q.2d 1789 (2d Cir. 1987).


[15] Jacoby, J. and Small, C. B. (1975) The FDA approach to defining misleading advertising. *Journal of Marketing, 39 (*4), 65-68.

I have been an invited speaker on the subjects of litigation surveys and consumer confusion/dilution/deception before various organizations, including the International Trademark Association, the International Bar Association, the American Intellectual Property Law Association, the Practicing Law Institute, the Federal Trade Commission, the National Association of Attorneys General, several law schools (e.g., New York University; Fordham University, Franklin Pierce Law Center; Roger Williams University; Benjamin Cardozo Law School; Santa Clara University) and a number of state (California, Virginia) and local (e.g., New York City) bar and intellectual property associations.

From 1993 through 2003, I served as a member of the Editorial Board of *The Trademark Reporter.*

Examination of J. Thomas McCarthy's treatise "*McCarthy on Trademarks and Unfair Competition,*" particularly the "Survey Evidence" section of Chapter 32, reveals that I am the most cited survey researcher in that treatise.

My research and testimony have often been considered instrumental in achieving favorable decisions and settlements.   In several instances, the monetary value at stake exceeded $1 billion dollars.

Additional information is available at www.JacobyIP.com

## Qualifications as a Scholar

Since 1981, I have held an endowed chair as the Merchant's Council Professor of Consumer Behavior and Retail Management at New York University's Leonard N. Stern Graduate School of Business.

I have authored or co-authored five books, edited two other books and published more than 160 articles and book chapters, most in rigorously refereed scholarly journals.  Based upon my scholarly publications in the field's most rigorously reviewed peer journals, two independently conducted surveys identified me as the most influential and most frequently cited individual in the field of consumer behavior for the twenty year period spanning 1968-1988.

1. The first study, conducted by Donna Hoffman and Morris Holbrook and published in the field's leading peer-reviewed scholarly journal showed that I had the highest "influence index" of any of the field's 42 most-published scholars whose work was accepted and published by the *Journal of Consumer Research* during the 15 year period spanning 1974-1989 (Hoffman & Holbrook "The Intellectual Structure of Consumer Research," *Journal of Consumer Research*, 1993 (19), 507-517, at page 511).[16]

---

[16] As an indication of its selectivity and rigor, the *rejection* rate at the *Journal of Consumer Research* tends to hover between 85% and 88% of the papers submitted.

32

2. The second study[17] shows that, based on my scholarly publications in the *Journal of Marketing, Journal of Marketing Research* and *Journal of Consumer Research* (which, collectively, have traditionally been considered as the field's three most rigorous peer-reviewed journals), I was the second most often cited marketing (and first-most often cited consumer) scholar in the *Social Science Citation Index* for the 20 year period spanning 1969 through 1988.   The *Social Science Citation Index* covers more than 1,400 journals worldwide.

I have been fortunate to have my research and scholarly writings accorded significant recognition.  Among other honors and awards are the following:

1. In 1978, I received the American Marketing Association's Harold H. Maynard award for an article judged to have made "the most significant contribution to marketing theory and thought" during the preceding year.

2. In 1991, I received the American Academy of Advertising's first "Outstanding Contribution to Advertising" award for having made "a significant and sustained contribution to advertising research through a systematic program of research."

3. In 1995, I was the fifth recipient to be awarded the American Psychological Association's Society for Consumer Psychology bi-annual "Distinguished Scientist Award" for "sustained, outstanding contributions to the field of consumer psychology." (Basking in reflected glory, the third recipient was awarded a Nobel Prize in 2002.)

4. Based upon my research productivity, I have been elected a Fellow in the following organizations: American Psychological Association, American Psychological Society, Association for Consumer Research, Society for Consumer Psychology, Society for Law and Psychology, Society for Personality and Social Psychology.  In each instance, the honor of being elected a Fellow is accorded to less than 10% of the membership.  In the case of the Association for Consumer Research, it is 1%.  I am also an Academic Fellow of the Center for Law and Business at New York University.

5. I am listed in numerous "Who's Who" compilations, including:  *Who's Who in the World, Who's Who in America*[18]*, Who's Who in Science and Engineering, Who's Who in Frontier Science and Technology*, *Who's Who in Advertising, Who's Who in American Education* and *Who's Who of Emerging Leaders in America.*

---

[17] Joseph Cote, Siew Meng Leong and Jane Cote. "Assessing the Dissemination and Utilization of Marketing Research in the Social Sciences: A Citation Analysis Approach."  School of Business, Oregon State University, August 10, 1990.

[18] The *New York Times* (November 13, 2005, Section 9, Page 1) reports that inclusion in *Who's Who in America* is based upon "position and accomplishment;" further, the two-volume set contains approximately 109,000 entries.

Approximately once every thirty years or so, an encyclopedia is published covering all the social and behavioral sciences. The third such compendium, the 24 volume *International Encyclopedia of the Social and Behavioral Sciences* (Elsevier Science Ltd./Pergamon: Oxford, UK) was released in 2002. The fourth such compendium will be published in 2015. Of the thousands of scholars whose principal focus is the study of consumer decision making and behavior, I was the one invited to write the chapter on consumer psychology for both these editions.

I have been active in many scholarly and professional organizations, including serving as President of the American Psychological Association's Society of Consumer Psychology (in 1974) and President of the Association for Consumer Research (in 1975).

A list of selected publications in law journals and others pertinent to the legal arena is provided at the end of this document.

Last, I have served on the Editorial Boards of the leading peer reviewed scientific journals in my field (*Journal of Consumer Research, Journal of Marketing Research*) as well as journals in other disciplines (*Computers and Human Behavior, Trademark Reporter*). Until I no longer accepted such requests, I also served as an *ad hoc* reviewer for other scholarly journals (including the *Journal of Applied Psychology, Journal of Applied Social Psychology, Journal of Finance, Journal of Marketing, Journal of Nonverbal Behavior, Journal of Public Policy and Marketing, Organization Behavior and Human Performance, Public Opinion Quarterly,* and *International Journal of Research in Marketing*). The job of an Editorial Board member/reviewer is to evaluate the quality of the submitted research/writings and, for each paper, to render a "publish –do not publish" recommendation to the Editor. In the process, the reviewer determines whether and to what extent the research conforms to basic scientific standards. In this way, reviewers at peer reviewed journals serve as the "gatekeepers" of their science.

**APPENDIX A2**

**ACADEMIC CURRICULUM VITA**

**ACADEMIC CURRICULUM VITA**

Name: **Jacob (Jack) Jacoby**                                     Vita updated: January 1, 2014

Home address and phone:                                     N.Y.U. office address and phone:

  160 West 66th Street                                      Stern School of Business

  Apartment PHA                                            New York University

  New York, N.Y.  10023                                    40 West 4th Street, Room 909
                                                    New York, NY  10012

  212-721-9005; 212-769-2700                   212-998-0515


EDUCATION:

        Ph.D.  Michigan State University (1966)

                Major: Social Psychology; Minors: Statistics, Sociology

        M.A.   Brooklyn College, The City University of New York

                (1963) Psychology

        B.A.   Brooklyn College, The City University of New York

                (1961) Psychology

PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 1981 - present: | **Merchants Council Professor of Consumer Behavior and Retail Management,** Stern School of Business, New York University. |
| 1981 - 1985: | Merchants Council Professor of Marketing, New York University and Director of the Institute of Retail Management. |
| 1975 - 1981: | Professor, Department of Psychology, Purdue University |
| 1976 (Jun.-Jul.) | Guest Professor, SFB 24, University of Mannheim, Mannheim, Germany |
| 1975 (May): | Guest Professor, SFB 24, University of Mannheim, Mannheim, Germany |
| 1971 - 1975: | Associate Professor, Department of Psychology, Purdue University. |
| 1968 - 1971: | Assistant Professor, Department of Psychology, Purdue University |
| 1965 - 1968: | Active duty (1st Lieutenant, U.S. Air Force).  Served as Chief, Behavioral Science Branch, the National Security Agency, Fort George G. Meade, Maryland.  Duties were primarily to plan and conduct applied research in industrial/organizational psychology.  Security clearance: Top Secret. |
| 1966 - 1968: | (Part-time) Assistant Professorial Lecturer, Department of Business   and   Public Administration, George Washington Univ.  Promoted to Associate Prof. Lecturer the semester I left. |

**MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS:**

American Association for Public Opinion Research (1967-1968,  1972-1973; 1982-present)

American Marketing Association (1968-present)

American Psychological Association (Associate, 1963-1967; Member, 1968-1972; Fellow, 1973-present.  Also elected to Fellow status by Divisions 8, 23 and 41.)

American Psychological Society (1996-present; Fellow 1998)

American Psychology-Law Society (1988-present; Fellow 1994)

Association for Consumer Research (1969-present; Fellow 1993)

International Trademark Association (1991-present)

Market Research Council (1989-present)

Midwestern Psychological Association (Member, 1968-1975)

Sigma Xi, The Scientific Research Society of North America (Associate Member, 1962-1968; Member, 1969-1981)

Society for the Psychological Study of Social Issues (Member, 1963-1968)

Society for Judgment and Decision Making (Member, 1986-1990)

**ACTIVITIES IN PROFESSIONAL ORGANIZATIONS:**

1.     American Psychological Association

- Member, Council of Representatives (governing body of APA), 1971-1973

- Member, Committee on Student Aid (COSA), 1973.

2.     **Society of Consumer Psychology** (Division 23) of the American Psychological Association

- **PRESIDENT**, September 1973 to August 1974

- Representative to APA Council of Representatives, 1971-1973

- Member, Committee on Scientific and Professional Affairs, 1968-1971

- Chairman, Convention Program Committee, 1970-1971

- Contributing Editor, The Communicator, Division 23 Newsletter,

 1970-1973

- Chairman, Membership Committee, 1971-1971

- Member, Membership Committee, 1972-73

- Policy Board Representative to the Journal of Consumer Research,

 1971-1974, 1976-1978; Alternate Representative, 1974-1975

- Chairman, Fellowship Committee, 1975; 1980; Member, 1979, 1981

- Chairman, Election Committee, 1975

3.  **Association for Consumer Research**

- **PRESIDENT**, 1975

- Member, Advisory Council (ACR's governing body thru 1972), 1969-1972

38

- Member, Executive Committee, 1973-1974, 1976

- Member, Program Committee, 1970-1971

- Member, Publications Committee, 1970-1972

- Chairman, Publications Committee, 1973

- Editor, ACR Newsletter, 1973

- Chairman, Election Committee, 1976

- Member, Election Committee, 1975, 1977

- Policy Board rep., *Journal of Consumer Research,* 1981-1984


4.  American Association of Public Opinion Research

- Member, Professional Standards Revision Committee, 1983-1984

- Policy Board rep., *Journal of Consumer Research*, 1984-1986

- Member, ad hoc committee on changing *P.O.Q.* publisher, 1986

5.  Market Research Council

- Executive Committee, Member at Large, 1991-1992

- Chairman, Marketing "Hall of Fame" Award Committee 1991-1992

6.     International Trademark Association

– Member, Editorial Board, *The Trademark Reporter*, 1993-2003
– Member, Advisory Board, Brand Names Educational Foundation,2004-6

**OTHER PROFESSIONAL ACTIVITIES:**

1. Editorial Board Memberships.

- *Journal of Consumer Research,* Founding member of JCR and Member, Editorial Board, 1973-1974.

- Member, Policy Board (group that selects editors and, initially established journal policies)

Representing APA-Division 23, 1971-1974, 1976-78;        Alternate, 1974-1975

Representing ACR: 1981-1984

Representing AAPOR: 1984-1986

Vice Chairman of Policy Board: 1984-1986

- *Journal of Marketing Research*, Member, Editorial Board, 1972-1974.

- *Computers in Human Behavior*, Member, Editorial Board, 1984-1994.

- *Trademark Reporter*, member, Editorial Board, 1993-present.

2. Reviewer of Manuscripts

- American Psychological Association, Annual Conventions: 1970-1976

- Association for Consumer Research, Annual Conventions: 1971, 1972, 1974, 1978, 1979, 1986, 1989, 1990

- ACR European Conference, 1995

- *Organization Behavior and Human Performance* - 1971

- 1972 American Marketing Association, Fall Convention

- 1972 Research Design Competition, APA-Division 23

- *Journal of Applied Social Psychology* 1972, 1984

- *Journal of Applied Psychology* 1972

- *Public Opinion Quarterly*, 1973, 1974

- *Journal Supplement Abstract Service*, Am. Psych. Assn. 1975

- American Marketing Association, 1979 Ph.D. dissertation competition

- *Journal of Marketing* (1980)

- *Journal of Finance* (1985)

- *Journal of Nonverbal Behavior* (1988)

- *International Journal of Research in Marketing* (1988)

- "Marketing and Public Policy" conference 1995,

- *Journal of Public Policy and Marketing*, 1997-1999

- *Reference Manual on Scientific Evidence*.   1994 and 2000 editions. *F*ederal Judicial Center, Washington, D.C.

3. <u>Reviewer of Proposals</u>

National Science Foundation (1973, 1974, 1975, 1976, 1979, 1980, 1986, 1988)

- Social Science Research Council of Canada (1981)

- Food and Drug Administration (1975)

- Million Dollar Round Table (1979)

4. <u>Reviewer of Advertising</u>

- Judge, 1991 Effie Awards (annual award for Advertising effectiveness)

41

**HONORS AND AWARDS:**

1969 - Admitted into Sigma Xi, the National Honorary Society of Science.

1973 - Elected a Fellow of the American Psychological Association

      1973 - Elected a Fellow of the Division of Consumer Psychology

      1981 - Elected a Fellow of the Division of Personality and Social Psychology

      1995 - Elected a Fellow of the Division of Law and Psychology

1973 - **President**, Division of Consumer Psychology, the American Psychological Association.

1975 - **President**, the Association of Consumer Research.

1978 – Recipient of the American Marketing Association's **Harold H. Maynard  Award** for the article making the most "significant contribution of  marketing theory and thought" in the *Journal of Marketing*, 1978.

1991 - First recipient, American Academy of Advertising's **Outstanding  Contribution to Advertising Award** for having "made a significant sustained contribution to advertising research through a systematic program of research."

1993 - Elected a **Fellow** of the Association of Consumer Research

1995 – Recipient of the Society of Consumer Psychology's fifth bi-annual

      **Distinguished Scientific Research Award.**

2001 -  Appointed an Academic Fellow, the Center for Law and Business, New York University.

2011 -  Based upon scholarly impact on the field of consumer behavior, Selected by editors at Sage Publication as a "Legend in Consumer Behavior."  Sage will be publishing many of Jacoby's writings in 1214 as an 8 volume set.

Listed in:

      *Who's Who in the World*

      *Who's Who in America*

      *Who's Who in the East*

      *Who's Who in Frontier Science and Technology*

      *Who's Who of Emerging Leaders in America*

      *Who's Who in Advertising*

*Who's Who in American Education*

*Men of Achievement*

**BOARD OF DIRECTORS**:

1991-1994 - Advertising Educational Foundation.  (New York)

**MAJOR RESEARCH GRANTS AND CONTRACTS** (Total: more than $1.1 million):

$148,000

from the National Science Foundation for studying:  "Amount, type, and order of package information acquisition in purchasing decisions."  For the period from June 1, 1974 to December 30, 1976.  (GI-43687).

$155,000

from the Federal Trade Commission for:  "Study of likely impact of disclosure of life insurance costs on agent and consumer behavior." For the period from January 1, 1977 to August 4, 1978.  (L0226).

$181,000

from the American Association of Advertising Agencies for studying: "The Miscomprehension of Televised Communication".  For the period from February 1978 through February 1980.

$353,000

from the National Science Foundation for studying:  "Assessing the effects of science based information on consumer technological choices."  (Co-authored with James J. Jaccard).  For the period from February 15, 1980 through August 31, 1983 (PRA7920585).

$270,000

from The Advertising Educational Foundation, Ind. (Co-sponsored by the American Association of Advertising Agencies and the American Advertising Federation) for studying: "The Miscomprehension of Print Communication".  For the period from January 1983 through December 1985.

**M.S. THESIS AND Ph.D. DISSERTATION**:

Jacoby, J. "Imprinting: An experimental approach to a biphasic interpretation." Unpublished Master's Thesis, Brooklyn College, 1963.  (Major Professor:  Howard Moltz)

Jacoby, J.  "Situational anxiety and ordinal birth position as determinants of dogmatism and authoritarianism."  Unpublished Doctoral Dissertation.  Michigan State University, 1966.  (Major Professor: Milton Rokeach)  See: *Dissertation Abstracts A. Humanities and Social Science*, 1967, 27, p. 4338-A.

# PUBLICATIONS

**BOOKS**

1.   Jacoby, J. and Chestnut, R.W. (1978) *Brand loyalty: Measurement and management*.  New York: John Wiley and Sons.

2.   Jacoby, J., Hoyer, W.D. and Sheluga, D.A., (1980) *The miscomprehension of televised communication.*  New York: American Association of Advertising Agencies.

3.   Jacoby, J. and Craig, C.S. (Eds.), (1984) *Personal selling:  Theory, Research and Practice.* Lexington Books, Lexington, Mass.

4.   Jacoby, J. and Olson, J.C., (Eds.), (1984) *Perceived quality: How consumer view stores and merchandise.*  Lexington Books, Lexington, Mass.

5.    Jacoby J. and Hoyer, W.D., (1987) *The comprehension and miscomprehension of print communications: An investigation of mass media magazines*.  Lawrence Erlbaum Associates, Hillsdale, New Jersey.

6.   James Jaccard and Jacob Jacoby (2010) *Theory Construction and Model Building Skills: A Practical Guide for Social Scientists.* New York: Guilford Press.

7.   Jacob Jacoby (2013) *Trademark Surveys*.  The American Bar Association, Chicago. [Currently being updated for 2nd edition; anticipated publication date is 2015]

8.   Jacob Jacoby and James Jaccard (In preparation) *Generalizing from Research: External validity and Generalizability.*

9.   Jacoby, Jacob and Danilowski, Kim (book in preparation) *From Theory to Research: A Primer on Social Science Research Methods.*

**SELECTED UNPUBLISHED MONOGRAPHS**:

1.   Uh1, J.N., Armstrong, J., Courtenay, H.V., Ishida, J.T., Kepner, K.W., Potter, H.C., and Jacoby, J. (1970) *Survey and evaluation of consumer education programs in the United States.*  (2 volumes).  Purdue Research Foundation, Lafayette, Indiana.  March.  666 pages.  Microfilm $2.50; hard copy $33.40 (Available from: ERIC Document Reproduction Service, ED-038-549, Fairmont Avenue, Bethesda, Maryland 20014).

2.   Jacoby, J., Olson, J.C., Szybillo, G.J., and Hart, E.W. Jr. (1975) *Affirmative nutritional disclosure in advertising and selected alternatives:  The likely impact on consumer behavior.*  Washington, D.C.:  Consumer Research Institute (Grocery Manufacturers of America, Inc.), December.

3.      Jacoby, J. and Olson, J.C. (1976) *Consumer reaction to price:  An attitudinal, information-processing perspective*.  Unpublished; 100 pages.  (A 30-page condensation was published as article #69; see below).

4.      Jacoby, J. and Chestnut, R.W. (1977) *Amount, type, and order of package information acquisition in purchasing decisions*.  Final report to the National Science Foundation (GI-43687), June.

5.      Jacoby, J. (1980) *Psychological foundations of consumer behavior:  Lecture notes.*  Bloomington, Indiana:  TIS Incorporated, Publishing Division.  (160 pages).

6.       Jacoby, J. and Jaccard, J.J. (1984)  *The influence of health and safety information on consumer decision making concerning new technological products*.  Final report to the National Science Foundation, June.

**PUBLISHED TEST:**

Jacoby  J. and Terborg, J.R. (1975) *The Managerial Philosophies Scale.*  Teleometrics International, The Woodlands, Texas. Copyright.  This is a 36-item Likert-type instrument designed to assess McGregor's Theory X-Theory Y managerial orientations.  An Examiner's Manual is available (through Teleometrics), as is a manuscript describing the scale's empirical development (entitled: "Development and Validation of Theory X and Y scales for assessing McGregor's Managerial Philosophies").

**ARTICLES**:

1.      Jacoby, J. (1967) The construct of abnormality:  Some cross-cultural considerations.  *Journal of Experimental Research in Personality, 2,* 1-15.

2.      Jacoby, J. (1967) Open-mindedness and creativity.  *Psychological Reports, 20, 822*.

3.      Jacoby, J. (1968) Birth-rank and pre-experimental anxiety. *Journal of Social Psychology, 76,* 9-11.

4.      Jacoby, J. (1968) Examining the *other* organization:  A methodology for studying informal organizational structure of complex organizations.  *Personnel Administration, 31*, 36-42.

5.      Jacoby, J. (1968) Work music and morale:  A neglected but important relationship.  *Personnel Journal, 47*, 882-886.

6.      Jacoby, J. (1968)  Creative ability of task-oriented versus person-oriented leaders.  *Journal of Creative Behavior, 2*, 249-253.

7.      Jacoby, J.  (1969) Time perspective and dogmatism: A replication.  *Journal of Social Psychology, 7*, 281-82.

8.      Jacoby, J. (1969) Accuracy of person perception as a function of dogmatism. *Proceedings, 77th Annual Convention*, American Psychological Association, 4, 347-348.

9.      Jacoby, J. (1970) The plight of the uniformed Air Force Psychologist. *Professional Psychology, 1*, 383-387.

10.     Jacoby, J. (1971) Personality and innovation proneness. *Journal of Marketing Research,* 8, 244-247.  Reprinted in:  H.H. *Kassarjian and T.S. Robertson (Eds.), Perspectives in Consumer Behavior* (2nd ed.).  Glenview, Illinois:  Scott Foresman, 1973, pp. 149-155.  (A one-page abstract appears in David L. Sparks (Ed.).  *Broadening the Concept of Marketing.*  Chicago:  American Marketing Association, 1970.)

11.     Jacoby J. (1971)  A model of multi-brand loyalty: Preliminary results and promotional strategies. *Journal of Advertising Research, 11(*3), 25-31.

12.     Jacoby, J. (1971) Training consumer psychologists:  The Purdue University program. *Professional Psychology, 2*, 300-302.

13.     Jacoby, J. (1971)  A multiple-indicant approach for studying new product adopters. *Journal of Applied Psychology, 55,* 384-388.  Reprinted in M. Wallendorf and G. Zaltman (Eds.), *The Consumer Behavior of Individuals and Organizations.* N.Y.: John Wiley, 1979.

14.     Jacoby, J. (1971)  Interpersonal perceptual accuracy as a function of dogmatism. *Journal of Experimental Social Psychology, 7*, 221-236.

15.     Jacoby, J. (1971) Brand loyalty:  A conceptual definition. *Proceedings 79th Annual Convention*, American Psychological Association, 6, 655-656.

16.     Jacoby, J. and Aranoff, D. (1971) Political polling and the lost letter technique. *Journal of Social Psychology, 83,* 209-212.

17.     Jacoby, J. and Matell, M. (1971) Three point Likert scales are good enough. *Journal of Marketing Research, 8*, 495-500.

18.     Jacoby, J., Olson, J.C., and Haddock, R.A.  (1971) Price, brand name, and product composition characteristics as determinants of perceived  quality. *Journal of Applied Psychology, 55,* 570-579.

19.     Deering, B.J. and Jacoby, J. (1971) The effect of "alternative relationships" and "relative resources" on consumer decisions between mother and child.  In David M. Gardner (Ed.) *Proceedings, Second Annual Conference*, The Association for Consumer research, 1, 135-142.

20.     Matell, M.S. and Jacoby, J. (1971)  Is there an optimal number of alternatives for Likert scale items?  Study I:  Reliability and validity. *Educational and Psychological Measurement, 31*, 657-674.

21.   Olson, J.C. and Jacoby, J. (1971) A construct validation study of brand loyalty.  *Proceedings, 79th Annual Convention*, American Psychological Association, 6, 657-658.

22.   Jacoby, J. (1972) Opinion leadership and innovativeness: Overlap and validity. In M. Venkatesan (Ed.), *Proceedings, Third Annual Conference,* The Association for Consumer Research, 2, 632-649.

23.   Jacoby, J. and Kaplan, L.B. (1972) The components of perceived risk, In M. Venkatesan (Ed.), *Proceedings, Third Annual Conference*,  The Association for Consumer Research, 2 382-393.

24.   Bowen, D.D., Perloff, R. and Jacoby, J. (1972) Improving manuscript evaluation procedures. *American Psychologist, 27,* 221-225.

25.   Deering, B.J. and Jacoby, J. (1972) Price intervals and individual price limits as determinants of product evaluation and selection.  In M. Venkatesan (Ed.), *Proceedings, Third Annual Conference*, The Association for Consumer Research, 2, 145-166.

26.   Deering, B. J. and Jacoby, J. (1972) Risk enhancement and risk reduction strategies for handling perceived risk.  In M. Venkatesan (Ed.), *Proceedings, Third Annual Conference*, The Association for Consumer Research, *2*, 404-416.

27.   Heimbach, J.T. and Jacoby, J. (1972)  The Zeigarnik effect in advertising.  In M. Venkatesan (Ed.), *Proceedings, Third Annual Conference,* The Association for Consumer Research, *2,* 746-748.

28.   Matell, M.S. and Jacoby, J. (1972) Is there an optimal number of alternatives for Likert scale items?  Effects of testing time and scale properties. *Journal of Applied Psychology, 56*, 506-509.

29.   Olson, J.C. and Jacoby, J. (1972) Cue utilization in the quality perception process.  In M. Venkatesan (Ed.), *Proceedings, Third Annual Conference*, The Association for Consumer Research, 2, 167-179.

30.   Szybillo, G.J. and Jacoby, J. (1972)  The relative effects of price, store image, and intrinsic product differences on product quality evaluation.  In M. Venkatesan (Ed.), *Proceedings, Third Annual Conference*, The Association for Consumer Research, 2, 180-186.

31.   Jacoby, J., Kohn, C.A. and Speller, D.E. (1973)  Time spent acquiring product information as a function of information load and organization.  *Proceedings, 81st Annual Convention*, American psychological Association, 8 (2), 813-814.

32.   Jacoby, J. and Kyner, D.B. (1973) Brand loyalty vs. repeat purchasing behavior.  *Journal of Marketing Research*, 10, 1-9.

33.   Hart, E.W. and Jacoby, J. (1973)  Novelty, recency, and scarcity as predictors of perceived newness.  *Proceedings, 81st Annual Convention*, American Psychological Association, 8 (2), 839-840.

34. Hollander, S.W. and Jacoby, J. (1973) Recall of crazy, mixed-up TV commercials. *Journal of Advertising Research, 13* (3), 39-42.

35. Kohn, C.A. and Jacoby, J. (1973) Operationally defining the consumer innovator. *Proceedings, 81st Annual Convention*, American Psychological Association, 8 (2), 837-839.

36. Szybillo, G.J., Jacoby, J. and Busato, J. (1973) Effects of integrated advertising on perceived corporate hiring policy. *Proceedings, 81st Annual Convention*, American Psychological Association, 8 (2), 815-816.

37. Jacoby, J. (1974) Consumer reaction to information displays: Packaging and advertising. In S.F. Divita (Ed.), *Advertising and the Public Interest.* Chicago: American Marketing Association, 101-118.

38. Jacoby, J. (1974) Consumer behavior: A neglected but fertile field for psychological research. *Contemporary Psychology, 19* (7), 543. (Review of S. Ward and T.S. Robertson, Eds., *Consumer Behavior: Theoretical Sources.* Englewood Cliffs, N.J., Prentice-Hall.)

39. Jacoby, J. (1974) The construct validity of opinion leadership. *Public Opinion Quarterly, 38* (1), 81-8

40. Jacoby, J. and Olson, J.C. (1974) An extended expectancy model of consumer comparison process. In S. Ward and P. Wright (Eds.), *Advances in Consumer Research,* 1 319-333. Urbana, Illinois: Association for Consumer Research.

41. Jacoby, J., Speller, D.E. and Kohn, C.A. (1974) Brand choice behavior as a function of information load. *Journal of Marketing Research, 11* (1), 63-69.

42. Jacoby, J., Speller, D.E. and Berning, C.A.K. (1974) Brand choice behavior as a function of information load: Replication and extension. *Journal of Consumer Research, 1* (1), 33-42.

43. Berning, C.A.K. and Jacoby, J. (1974) Patterns of information acquisition in new product purchases. *Journal of Consumer Research, 1* (2). 18-22.

44. Olson, J.C. and Jacoby, J. (1974) Measuring multi-brand loyalty. In S. Ward and P. Wright (Eds.), *Advances in Consumer Research,* 1, 447-448. Urbana, Illinois: Association for Consumer Research.

45. Kaplan, L.B., Szybillo, G.J. and Jacoby, J. (1974) Components of perceived risk in product purchase: A cross-validation. *Journal of Applied Psychology, 59* (3), 287-291.

46. Szybillo, G.J. and Jacoby, J. (1974) Intrinsic vs. extrinsic cues as determinants of perceived product quality. *Journal of Applied Psychology, 59* (1), 74-78.

47. Szybillo, G.J. and Jacoby, J. (1974) Effects of different levels of integration on advertising preference and intention to purchase. *Journal of Applied Psychology, 59* (3), 274-280.

48.     Jacoby, J. (1975) Consumer psychology as a social psychological sphere of action.  *American Psychologist, 30* (10), 977-987**.  *APA-Division 23 Presidential Address** (Reprinted in:  M. Wallendorf and G. Zaltman (Eds.), *The Consumer Behavior of Individuals and Organizations,* New York:  John Wiley and Sons.)

49.     Jacoby, J. (1975) Perspectives on a consumer information processing research program. *Communication Research, 2* (3), 203-215.  (Reprinted in:  Michael Ray and Scott Ward (Eds.), *Communicating with Consumers:  The Information Processing Approach.*  Beverly Hills, Calif.: Sage, 13-25.)

50.     Jacoby, J. (1975) A brand loyalty concept:  Comments on a comment.  *Journal of Marketing Research, 12* (4), 484-487.

51.     Jacoby, J. (1975) Ruminations of a consumer psychologist on the emerging energy crisis.  In R. N. Andrews (Ed.), *Can We Meet Our Energy Needs*?  President's Council Symposium, Purdue University.  West Lafayette, Indiana:  Purdue Research Foundation, 32-44.

52.     Jacoby, J. and Small, C.B. (1975) The FDA approach to defining misleading advertising.  *Journal of Marketing, 39* (4), 65-68. Reprinted In: Jeffrey S. Edelstein (Ed.)(1999) *Advertising Law in the New Media Age*. New York: Practicing Law Institute.

53.     Jacoby, J., Speller, D.E. and Berning, C.A.K.  (1975) Constructive criticism and programmatic research:  Reply to Russo. *Journal of Consumer Research, 2* (2), 154-156.

54.     Edel, E.C. and Jacoby, J. (1975) Examiner reliability in polygraph chart analysis:  Identification of physiological responses. *Journal of Applied Psychology, 60* (5), 632-634.

55.     Jacoby, J. and Terborg, James R. (1975) How to interpret your scores on the Managerial Philosophies scale. *Teleometrics International,* 1-7.

56.     Jacoby, J. (1976) Consumer psychology:  An Octennium.  In P. Mussen and M. Rosenzweig (Eds.), *Annual Review of Psychology, 27*, 331-358.

57.     Jacoby, J. (1976) Consumer and industrial psychology:  Prospects for theory corroboration and mutual contribution.  In M.D. Dunnette (Ed.), *The Handbook of Industrial and Organizational Psychology*.  Chicago:  Rand McNally, 1031-1061.

58.     Jacoby, J. (1976)  Consumer research:  Telling it like it is.  In B.B. Anderson (Ed.), *Advances in Consumer Research, 3, 1-11.*  **Association for Consumer Research Presidential Address** (Reprinted in M. Wallendorf and G. Zaltman (Eds.), *The Consumer Behavior of Individuals and Organizations*.  New York:  John Wiley and Sons, 1979.)

59.     Jacoby, J. (1976) Defining misleading advertising:  Reply to Preston. *Journal of Marketing, 40(*3), 57-58.

60.     Jacoby, J., Chestnut, R.W., Weigl, K.C. and Fisher, W. (1976) Pre-purchase information acquisition:  Description of a process methodology, research paradigm, and pilot investigation. In B.B. Anderson (Ed.), *Advances in Consumer Research, 3*, 306-314.

61.     Jacoby, J., Szybillo, G.J. and Berning, C.A.K. (1976) Time and consumer behavior:  An interdisciplinary overview.  *Journal of Consumer Research, 2* (3), 320-339.  (Reprinted in:  R. Ferber (Ed.), *Selected Aspects of Consumer Behavior:  A Summary from the Perspective of Different Disciplines.*  Prepared for the National Science Foundation. Directorate for Research Applications (RANN).  NSF/RA 77-0013.  Superintendent of Documents, U.S. Government Printing Office, Washington, D.C., 451-476.)

62.     Bettman, J.R. and Jacoby, J. (1976) Patterns of processing in consumer information acquisition. In B.B. Anderson (Ed.), *Advances in Consumer Research, 3,* 315-320.

63.     Kyner, D.B., Jacoby, J. and Chestnut, R.W.  (1976) Dissonance resolution by grade school consumers.  In B.B. Anderson (Ed.), *Advances in Consumer Research, 3*, 315-320.

64.     Raffee, H., Hefner, M., Scholer, M., Grabicke, K. and Jacoby, J. (1976) Informationsverhalten und Markenwahl.  *Die Unternehmung*, 2, 95-107.

65.     Jacoby, J.  (1977) Information load and decision quality:  Some contested issues.  *Journal of Marketing Research,* 14 (4), 569-573.

66.     Jacoby, J. (1977) The emerging behavioral process technology in consumer decision making research.  In W.D. Perrault, Jr. (Ed.), *Advances in Consumer Research, 4*, 263-265.

67.     Jacoby, J. (1977) History and objectives underlying the formation of ACR's Professional Affairs Committee in W.D.  Perrault, Jr. (Ed.) *Advance in Consumer Research 4*, 256-257.

68.     Jacoby, J. (1977) Laboratory experiments:  Faulty and necessary. *Journal of Consumer Policy, 1* (2), 183-185.

69.     Jacoby, J., Berning, C.A.K., and Dietvorst, T.F. (1977) What about disposition?  *Journal of Marketing, 41* (2) 22-28.

70.     Jacoby, J., Chestnut, R.W. and Silberman, W. (1977) Consumer use and comprehension of nutrition information.  *Journal of Consumer Research, 4* (2), 119-128.

71.     Jacoby, J. and Olson, J.C. (1977) Consumer reaction to price:  An attitudinal, information-processing perspective.  In Y. Wind an M. Greenberg (Eds.), *Moving Ahead with Attitude Research*.  Chicago:  American Marketing Association, 73-86.

72.     Jacoby, J., Szybillo, G.J. and Busato-Schach, J. (1977)  Information acquisition behavior in brand choice situations.  *Journal of Consumer Research, 3* (4), 209-216.

73.    Chestnut. R.W. and Jacoby, J.  (1977) Consumer information processing: Emerging theory and findings.  In A. Woodside, P.D. Bennett, and J.N. Sheth (Eds.), *Foundations of Consumer and Industrial Buying Behavior*. New York:  Elsevier, North-Holland, Inc., 119-133.

74.    Jacoby, J. (1978) Consumer Research: A state of the art review. *Journal of Marketing,* 42 (2), 87-96.

75.    Jacoby, J., Chestnut, R.W. and Fisher, W. (1978) A behavioral process approach to information acquisition in non-durable purchasing. *Journal of Marketing Research, 15,* 532-544.

76.    Jacoby, J., Chestnut, R.W., Hoyer, W., Sheluga, D.A. and Donahue, M.J. (1978) Psychometric characteristics of behavioral process data: Preliminary findings on validity and reliability, In Keith Hunt (Ed.) *Advances in Consumer Research, 5*, 546-554.

77.    Jacoby, J., Sheluga, D., and Major, B. (1978)  Does format make a          difference?:    Three studies. In C. Leavitt (Ed.), *Proceedings of the Division 23 Program,* 85th Annual Convention of the American Psychological Association, 15-16.

78.    Sheluga, D.A. and Jacoby, J. (1978) Do comparative claims encourage comparison shopping? -- the impact of comparative claims on consumers' acquisition of product information.  In J. Leigh and C.R. Martin (Eds.), *Current Issues and Research in Advertising*.  Ann Arbor, Michigan: University of Michigan Press, 5, 23-28.

79.    Sheluga, D.A., Jacoby, J. and Major, B.N. (1978) Whether to agree disagree or disagree-agree: The effects of anchor order on item response.  In Keith Hunt (Ed.) *Advances in Consumer Research, 5*, 109-113.

80.    Jacoby, F. and Jacoby, J. (1979) You're twenty years behind your market.  *1979 Proceedings of the Million Dollar Round Table, Volume II.*  Des Plaines, Illinois:  MDRT,  895-898.

81.    Jacoby, F. and Jacoby, J.  (1979) The psychology of persuasion.  *1979 Proceedings of the Million Dollar Round Table, Volume II.*  Des Plaines, Illinois:  MDRT,  899-906.

82.    Kulich, R.J., Curran, J.P., Jacoby, J. and Mariotto, M.J. (1979) The application of assertiveness training to the consumer-salesperson interaction.  In F.M. Nicosia (Ed.), *Proceedings of the Division 23 program*, 86th Annual Convention of the American Psychological Association, 60-63.

83.    Raffee,    H.,    Jacoby,    J.,    Hefner,    M.,    Scholer,    M.    and    Grabicke,    (1979)    K. Informationsentscheidungen   bei   unterschiedlichen      Entscheidungsobjeckten   (Information-decisions over different decision-objects).  In H. Meffert, H.Steffenhagen, and H.Freter (Eds.), *Konsumenten-verhalton und Information (Consumer Behavior and Information)* Weisbaden, West Germany, 113-159.

84.    Sheluga, D.A., Jaccard, J.J. and Jacoby, J.  1979, Preference, search and choice:  An integrative approach.  *Journal of Consumer Research, 6* (2), 166-176.

85.  Chestnut, R.W. and Jacoby, J.  (1980) Product comprehension:  The case of permanent vs. term life insurance.  In J.C. Olson (Ed.), *Advances in Consumer Research, 7,* 424-428.

86.  Jacoby, J. (1981) Some perspectives on risk acceptance.  In K.B. Monroe (Ed.), *Advances in Consumer Research*, 8 511-516.

87.  Jacoby, J. and Hoyer, W.D. (1981) What if opinion leaders didn't know more?  A question of nomological validity.  In k. Monroe (Ed.), *Advances        in Consumer Research, 8,* 299-303.

88.  Jacoby, J., Hoyer, W.D., Raffee, H., Hefner, M. and Chestnut, R.W. (1981) Intra- and Inter-individual consistency in information acquisition:  A cross-cultural examination.  In H. Raffee, G. Silberer (Eds.), *Informationsverhalten des Konsumenten:   Ergegrisse empirischer Studien (Empirical Research in Consumer Information Behavior).* Weisbaden, West Germany:  Gabler, 87-110.

89.  Jacoby, J., Hoyer, W.D. and Sheluga, D.A.  (1981) Miscomprehending televised communication:  A brief report of findings.  In K. Monroe (Ed.), *Advances in Consumer Research, 8,* 410-413.

90.  Jacoby, J. and Jaccard, J.J.  (1981) The sources, meaning and validity of consumer complaint behavior:  A psychological analysis. *Journal of   Retailing, 57* (3), 4-24.

91.  Jacoby, J., Nelson, M.C. and Hoyer, W.D. (1981)  Correcting corrective advertising.  In K. Monroe (Ed.), *Advances in Consumer Research, 8,* 416-418.

92.  Jacoby, J., Olson, J.C., Szybillo, G.J. and Hart, E.W. Jr. (1981) Behavioral science perspectives on conveying nutrition information to consumers.  In J. Solms and R.W. Hall (Eds.), *Criteria of food acceptance:  How man chooses what he eats.*  Zurich, Switzerland:  Forster Publishing Ltd., p. 12-26.

93.  Jacoby, J. and Hoyer, W.D. (1981) Reply to Mizerski's criticisms: 4 A's TV miscomprehension researchers say study's flaws aren't serious enough to change major conclusions.  *Marketing News*, July 24, 15 (2), p. 35-36.

94.  Jacoby, J. and Hoyer, W.D. (1982) The miscomprehension of televised communication:  Selected findings.  *Journal of Marketing, 46 (4), 12-26.* (Reprinted in E. Wartella and D.C. Whitney, Eds., Mass *Communication Review Yearbook:  Volume 4*. Sage Publications: Beverly Hills, Calif., 129-144.)

95.  Jacoby, J. and Hoyer, W.D. (1982) On the miscomprehension of televised communication:  A rejoinder. *Journal of Marketing, 46 (4),* 35-43.  (Reprinted in E. Wartella and D.C. Whitney, Eds., *Mass Communication Review Yearbook: Volume  4.*  Sage Publications: Beverly Hills, Calif., 155-164.

96.  Jacoby, J., Nelson, M.C. and Hoyer, W.D. (1982) Corrective advertising and affirmative disclosure statements: Their potential for confusing and misleading the consumer, *Journal of Marketing, 46*

*(1), 61-72.* (Reprinted in M. Wallendorf and J. Zaltman, Eds*., Readings in Consumer Behavior*. N.Y.: Wiley, 395-403.)

97. Chestnut, R.W. and Jacoby, J. (1982) Behavioral process research: Applications to business and public policy. In: Ungson, G.R. and Braunstein, D.N. (Eds.), *Decision Making:   An Interdisciplinary Inquiry.* Boston: Kent Publishing Co., Pp. 232-248.

98. Hoyer, W.D., Jacoby, J. and Nelson M.C. (1982) A model for evaluating the impact of remedial advertising statements. In D.R. Corrigan, F.B. Kraft and R.H. Ross (Eds.), *Proceedings, Southwestern Marketing Association,* 9-12.

99. Jacoby, J., Hoyer, W.D. and Zimmer, M.R.  (1983) To read, view or listen? A cross-media comparison of comprehension.  In:  J.H. Leigh and C.R. Martin Jr. (Eds.), *Current Issues and Research in Advertising.* Ann Arbor: The University of Michigan, 201-218.

100. Hoyer, W. D. and Jacoby, J. (1983) Three-dimensional information acquisition: An application to contraceptive decision making.  In R.P. Bagozzi and A. Tybout (Eds.), *Advances in consumer Research, 10*, 618-623.

101. Hoyer, W.D., Jacoby, J. and Jaccard, J.J. (1983) Encoding and retention in an information acquisition choice task.  In M.B. Mazis (Ed.), *Proceedings of the Division 23 Program*, 1982 Annual Convention of the American Psychological Association, 16-19.

102. Jacoby, J. (1984) Perspectives on information overload.  *Journal of Consumer Research, 10* (4), 432-435.

103. Jacoby, J. (1984) Some social psychological perspectives on closing.  In J. Jacoby and C.S. Craig (Eds.), *Personal Selling: Theory, Research and Practice.* Lexington Books, Lexington Mass., P. 73-92.

104. Jacoby, J. (1984) Managing consumer reaction to the emerging financial services revolution.  In A. W. Sametz (Ed.), *The Emerging Financial Industry:  Implications For Insurance Products, Portfolios, And Planning.* D.C. Heath: Lexington Books, Lexington, Mass. p. 69-72.

105. Jacoby, J. and Mazursky, D. (1984) Linking brand and retailer images:  Do the potential risk outweigh the potential benefits? *Journal of Retailing, 60* (2), 105-122.

106. Jacoby, J. and Mazursky, D. (1984) The impact of linking brand and retailer images on perceptions of quality.  In Jacoby, J. and Olson, J.C. (Eds.), *Perceived Quality:  How Consumers View Stores And Merchandise*.  Lexington Books, Lexington, Mass., 155-160.  (N.B. This is a briefer version of a portion of the immediately preceding paper.)

107. Jacoby, M., Mazursky, D., Troutman, T. and Kuss, A.  (1984) When feedback is ignored:  The disutility of outcome feedback. *Journal of Applied Psychology, 69*, 531-545.

108. Jacoby, J., Nelson, M., Hoyer, W.D., and Gueutal, H.G. (1984) Probing the locus of causation in the miscomprehension of remedial advertising statements.   In T.C. Kinnear (Ed*.), Advances in Consumer Research, Vol. XI.* Provo, Utah: Association for Consumer Research, 11 379-384.

109. Jacoby, J., Zimmer, M.R. and Hoyer, W.D. (1984) A note on the reliability of content analysis.  In J.R. Lumpkin & J.C. Crawford  (Eds.), *1984 Proceedings of the Southwest Marketing Association*, 131-134.

110. Chestnut, R.W. and Jacoby, J. (1984) The impact of interpersonal attraction on salesperson effectiveness.  In J. Jacoby and C.S. Craig (Eds.), *Personal Selling: Theory, Research And Practice.* Lexington Books, Lexington, Mass., 261-268.

111. Hoyer, W.D., Srivastava. R.K. and Jacoby, J.  (1984) Sources of miscomprehension in television advertising.  *Journal of Advertising*, 13 (2), 17-26.

112. Mazursky, D. and Jacoby, J. (1984) Forming impressions of merchandise and service quality:  An exploratory study.  In Jacoby, J. and Olson, J.C. (Eds.), *Perceived Quality: How Consumers View Stores And Merchandise.*  Lexington Books, Lexington, Mass., p. 139-154.

113. Zimmer, M.R. and Jacoby, J. (1984) The selection of a contraceptive method as a joint decision of married couples.  In J.C. Anderson(Ed.), *Proceedings of the Division of Consumer Psychology,* American Psychological Association.  25-28.

114. Jacoby, J. (1985)  Survey and field experimental evidence.  In S. Kassin and L. Wrightsman (Eds.), *The Psychology Of Evidence And Courtroom Procedure.*  Beverly Hills, Calif.:  Sage. 175-200.

115. Jacoby, J. (1985) The vices and virtues of consulting:  Responding to a fairy tale.  In E. Hirschman and M.B. Holbrook (Eds.), *Advances in Consumer Research,* 12, 157-163.

116. Jacoby, J., Kuss, A., Mazursky, D. and Troutman, T. (1985) Effectiveness of security analyst information accessing strategies;  A computer interactive assessment.  *Computers in Human Behavior, 1,* 95-113.

117. Hoyer, W.D. and Jacoby, J.  (1985) Miscomprehension of public affairs programming, *Journal of Broadcasting and Electronic Media, 29* (4), 437-443.

118. Jacoby, J., Troutman, T., Kuss, A., and Mazursky, D. (1986) Experience and expertise in complex decision making.  R. Lutz, ed., *Advances in Consumer Research, 13,* 469-472.

119. Jacoby, J. and Raskopf, R.L. (1986) Disclaimers in trademark infringement litigation:  More trouble than they are worth?  *The Trademark Reporter, 76*, (1) 35-58.

120. Jacoby, J., Troutman, T. and Whittler, T. (1986) Viewer miscomprehension of the 1980 Presidential Debate, *Political Psychology, 7* (2), 297-308.

121.   Mazursky, D. and Jacoby, J. (1986) Exploring the development of store image, *Journal of Retailing, 62* (2), 145-165.

122.   Jacoby, J., Jaccard, J.J., Kuss, A., Troutman, T. and Mazursky, D. (1987) New directions in behavioral process research:  Implications for social psychology, *Journal of Experimental Social Psychology, 23* (2), 146-174.

123.   Jacoby, J. (1987) Book review:  "Survey questions:  Handcrafting the standardized questionnaire" *Journal of Marketing Research, 24* (3), 322.

124.   Jacoby, J. and Hoyer, W.D. (1988) The Miscomprehension of Print communications:  Selected findings.  *Journal of Consumer Research, 15*, 434-443.

125.   Jacoby, J. (1988) Research quality and the frailty of verbal report data.  *The Sixth Annual ARF Research Quality Workshop, Transcript Proceedings.* Sept., 103-108.

126.   Jacoby, J. and Hoyer, W.D.  (1990) The Miscomprehension of Mass Media Advertising Claims:  A Re-Analysis of Benchmark Data.  *Journal of Advertising Research, 30 (*3), 9-16.

127.   Jacoby, J. (1991).   Experimental designs in deceptive advertising and claim substantiation research.  In: Cynthia M. Hampton-Sosa (Eds.)  *Advances in Claims Substantiation*. NAD: Council of Better Business Bureaus, pages 119-141.  Reprinted In: Jeffrey S. Edelstein (Ed.)(1996) *False Advertising and the Law: Coping with Today's Challenges.* New York: Practicing Law Institute.  Also reprinted In: Jeffrey S. Edelstein (Ed.)(1999) *Advertising Law in the New Media Age.* New York: Practicing Law Institute.

128.   Jacoby, J. and Handlin, A.H. (1991) Non-probability designs for litigation surveys, *The Trademark Reporter*, 81, 169-179.

129.   Jacoby, J., Hoyer, W.D. and Brief, A.  (1992) Consumer and Industrial Psychology:  Prospects for theory corroboration and mutual contribution. In Marvin Dunnette (ED.)  *The Handbook of Industrial and Organizational Psychology*, 2nd edition, 377-441.

130.   Jacoby, J. (1993)  Consumer psychology: Whither vs. wither.  *The Communicator, Newsletter* of APA-Division 23, Volume 27 (4), (June), 7-8.

131.   Jacoby, J. (1993) "Scholarly impact" in consumer research: Evidence of convergent validity.  *ACR Newsletter* (December), 16-18.

132.   Jacoby, J. (1994) Misleading research on the subject of misleading advertising.  *The Food and Drug Law Journal,* 49 (1), 21-36.  REPRINTED IN: *Advertising Law Anthology.  Volume 17, Part II* (July-December 1994). International Library, Arlington, VA.  Pages 231-248.  Reprinted In: Jeffrey S. Edelstein (Ed.)(1996) *False Advertising and the Law: Coping with Today's Challenges.* New York: Practicing Law Institute.

133.    Jacoby, J. (1994) Erratum and supplementary data for "Scholarly impact in consumer research." *ACR Newsletter* (March) page 12.

134.    Jacoby, J. (1994)  Ethical issues in consumer research.  In C.T. Allen and D. Roedder-John (Eds) *Advances in Consumer Research*.  (Eds.) Vol. 21, p. 565.

135.    Jacoby, J., Handlin, A.H. and Simonson, A. (1994)  Survey evidence in deceptive advertising cases under the Lanham Act: An historical review of comments from the bench.   *The Trademark Reporter*, 84 (5), 541-585. REPRINTED IN: *Advertising Law Anthology*.  Volumn 17, Part II (July-December 1994).  International Library, Arlington, VA.  Pages 857-904. REPRINTED IN: Jeffrey S. Edelstein (Ed.)(1996) *False Advertising and the Law: Coping with Today's Challenges*. New York: Practicing Law Institute.  Also reprinted In: Jeffrey S. Edelstein (Ed.)(1999) *Advertising Law in the New Media Age.* New York: Practicing Law Institute.

136.    Jacoby, J., Jaccard, J.J. Currim, I., Kuss, A., Ansari, A., & Troutman, T. (1994) Tracing the impact of item-by-item information accessing on uncertainty reduction.  *Journal of Consumer Research,* 21 (2), 291-303.

137.    Jacoby, J. and Szybillo, G.J. (1994) Why disclaimers fail.  *The Trademark Reporter*, 84 (2), 224-244.

138.    Jacoby, J. (1995) Ethics, morality and the dark side of ACR: Implications for our future.  **ACR Fellows Address**.  In Frank Kardes and Mita Sujan (Eds.) *Advances in Consumer Research*, Association for Consumer Research.  Vol. 22, 21-47.

139.    Jacoby, J. and Szybillo, G.J.  (1995) Consumer Research in FTC v. Kraft (1991): A case of Heads we win, Tails you lose? *Journal of Public Policy and Marketing,* 14 (1), 1-14. Reprinted In: Jeffrey S. Edelstein (Ed.)(1996) *False Advertising and the Law: Coping with Today's Challenges.* New York: Practicing Law Institute.  Also reprinted In: Jeffrey S. Edelstein (Ed.)(1999) *Advertising Law in the New Media Age.* New York: Practicing Law Institute.

140.    Warwick, Ken, Jacoby, Jacob, Kover, Arthur, Lehman, Donald R., Masterson, James W., and Root, H. Paul (1995) Bridging theory and practice in marketing and marketing research: A roundtable discussion. *Marketing Review*, 51 (2), 12-21.

141.    Johar, G., Jeddidi, K. and Jacoby, J. (1997) A varying parameter averaging model of on-line brand evaluations*. Journal of Consumer  Research.* 24, 232-247.

142.    Jacoby, J. (1997)  Beyond brand equity: Marketing warfare in the '90s. S*tern Business*. Fall 13-15.

143.    Jacoby, J., Johar, J. and Morrin, M. (1998) Consumer Behavior: A Quadrennium.  *Annual Review of Psychology*, 49, 319-344.

144.    Jacoby, J. and Morrin, M. (1998)  "Not manufactured or authorized by..." Recent federal cases involving disclaimers. 17 (1), 97-107. *Journal of Public Policy and Marketing*

145.   Morrin, M. and Jacoby J.  (2000) Trademark dilution: Empirical measures for an elusive concept.  *Journal of Public Policy & Marketing.* 19 (2) 265-276.

146.   Jacoby, J. (2000) Is it Rational to Assume Consumer Rationality? Some consumer psychological perspectives on Rational Choice Theory.  *Roger Williams University Law Review*. Vol 6 (1), 81-161.

147.   Jacoby, J.  (2001) The Psychological Foundations of Trademark Law: Secondary Meaning, Genericism, Fame, Confusion and Dilution.  *The Trademark Reporter,* 91 (5), 1013-1071.

148.   Jacoby, J., Morrin, M., Johar, G., Gürhan, Z., Kuss, A. and Mazursky, M.(2001) Training novice investors to become more expert: The role of information accessing strategy.  *Journal of Behavioral Finance* (Previously named the  *Journal of Psychology and Financial Markets*). 2 (2), 69-79.

49.   Jacoby, J.  (2001)  Consumer psychology.  In:  *The International Encyclopedia of the Social and Behavioral Sciences*.  Elsevier Science Ltd./Pergamon: Oxford, UK.  2674-2678.

150.   Jacoby, J  (2002).  Stimulus-Organism-Response Reconsidered: An evolutionary step in modeling (consumer) behavior.  *Journal of Consumer Psychology.* 12 (1), 51-57.

151.   Jacoby, J., Morrin, M., Jaccard, J. Gurhan, Z., Kuss. A., & Maheswaran, D. (2002) Mapping attitude formation as a function of information input: On-line processing models of attitude formation. *Journal of Consumer Psychology*. 12 (1), 21-34.

152.   Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (2002).  Taking stock of stock brokers: Exploring investor information accessing strategies via verbal protocols.  In Susan Broniarczyk and Kent Nakamoto (Eds.) *Advances in Consumer Research, Vol. 29.* pages 164-165.

153.   Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (2002) Taking stock of stock brokers: Exploring momentum versus contrarian investor strategies and profiles. *Journal of Consumer Research.*  29 (2), 188-198.

154.   Jacob Jacoby (2002) Experimental Design and the Selection of Controls in Trademark and Deceptive Advertising Surveys.  *The Trademark Reporter* 92 (4) 890-956.

155.   Jacob Jacoby (2002) A critique of Rappeport's "Litigation Surveys – Social 'Science' as Evidence." 92 (5) *The Trademark Reporter.* 1480-1501.

156.    Jacob Jacoby (2006) Sense and nonsense in measuring sponsorship confusion.  *Cardozo Arts and Entertainment Law Journal.* 24:1, 63-97.

157.    Gideon Mark and Jacob Jacoby (2006) Continuing Commercial Impression and its measurement. *Marquette Intellectual Property Law Review.* 10:3, 431-454.  Copy also available at http://lsr.nellco.org/nyu_lewp/36.  Article reprinted in ICFAI (Institute of Chartered Financial Analysts of India) University Press.  Book entitled: "Trademarks: Concept and Context" 2008. Dr. A.V.N. Rao (Editor)Pages 221-250. Hyderabad, India (See: www.icfaipress.org.)

158.    Jacob Jacoby and Mark Sableman (2007) Keyword-Based Advertising: Filling in Factual Voids (*GEICO v. Google*). 97:3 *The Trademark  Reporter.* 681-731.

159.    Jacob Jacoby (2008) Considering the Who, What, When, Where and How of Measuring Dilution. *Santa  Clara Computer & High Tech Law Journal.*  Vol. 24, Issue 3, 601-639.

160.    Wayne D. Hoyer & Jacob Jacoby (2010) "Consumer Psychology." In Irving Weiner and Edward Craighead (Eds.)  *Corsini's Encyclopedia of Psychology* (Fourth Edition; Volume 1). NY: John Wiley & Sons. Pages 397-400.

161.    Jacob Jacoby (2012) "Are Closed-ended Questions Leading Questions?" In Shari S. Diamond and Jerre B. Swann (Eds.) *Trademark and Deceptive Advertising Surveys*, Pages 257-280.  Chicago: American Bar Association.

162.    Jacoby, J. and Morrin, M. (forthcoming) Consumer psychology. In:  *The International Encyclopedia of the Social and Behavioral Sciences*.  Chapter #22004.  Elsevier Science Ltd./Pergamon: Oxford, UK.

163.    Jacoby, J. (2012) Patent Infringement: Proving customer demand … or a lack thereof. *Intellectual Property Today.* October. Pp.10-11.

164.    Jacoby, J. (in press) Behavioral Process Technology (BPT): Origins and Evolution. In James J. Jaccard (Ed) *Jacob Jacoby: Legend in Consumer Behavior: Volume 5, Pre-  Decision Information Accessing and  Behavioral Process Technology.* Sage

**GRADUATE STUDENTS SUPERVISED AS "MAJOR PROFESSOR"**

**Completed Ph.D.**                          **Last Known Position:**

1971 - Heimbach, James                       Retired.

1971 - Kaplan, Leon B.                        President, Princeton Research and Consulting

                                             Center

                                             Princeton, New Jersey

1972 - Haddock, Rafael A.                     Organizational Psychologists, P.C.

                                             Chicago, Illinois

1972 - Hollander, Steven W.                   Retired

1972 - Kyner, David B.                        Private Business, New York City

1972 - Olson, Jerry C.                        President,

                                             Olson Zaltman Associates

1973 - Deering, Barbara J.                    U.S. West, Inc.

                                             Seattle, Washington

1973 - Szybillo, George J.                    Executive   Director   Corporate   Marketing
                                             Research and Client Insights, Morgan Stanley

                                             New York

| | |
|---|---|
| 1974 - Buck, Meera | Retired (formerly head of Advertising Research at Shell Oil) |
| | Houston, Texas |
| 1974 - Hart, Edward W., Jr. | Deceased |
| 1974 - (Berning) Kohn, Carol A. | Retired (formerly at Procter & Gamble Co.) |
| | Cincinnati, Ohio |
| 1974 - Moreno, Nelson | Department of Psychology |
| | University of Puerto Rico |
| 1977 - Chestnut, Robert | Chestnut Partners |
| | Tampa, Florida |
| 1979 - Sheluga, David A. | The NPD Group, Inc. |
| | Rosemont, Ill  60018 |
| 1980 - Hoyer, Wayne D. | Department of Marketing (Chairman) |
| | University of Texas at Austin |
| 1983 - Mazursky, David | Department of Marketing |
| | The Hebrew University |
| | Jerusalem, Israel |

| | |
|---|---|
| 1991 - Handlin, Amy | School of Business |
| | Monmouth College |
| | |
| 1992 - Johar, Gita | School of Business |
| | Columbia University (Vice Dean) |
| | |
| 1994 - Morrin, Mimi | School of Business |
| | Temple University |

| **Completed M.S.** | **Last Known Position:** |
|---|---|
| 1970 - Olson, Jerry C. | as above |
| | |
| 1970 - Stolting, Richard | PERQ Research |
| | Wilton, CT |
| | |
| 1971 - Deering, Barbara | as above |
| | |
| 1972 - Hart, Edward W., Jr. | as above |
| | |
| 1972 - (Berning) Kohn, Carol A. | as above |
| | |
| 1972 - Szybillo, George J. | as above |

1972 - Wolf, Robert N.                    Cedarhurst, New York

1974 - (Schach) Busato,                   Ontario, Canada

     Jacqueline

1974 - Williams-Jones, Joyce A.           Private Business

                                                  Mexico

1974 - Speller, Donald E.                 Donald Speller & Associates

                                                  Toronto, Ontario, Canada

1975 - Chestnut, Robert W.                as above

1975 - Weigl, Karl                        Unknown

1976 - Silva-McSorley, Rasario            Homestead, Florida

1978 - Sheluga, David A.                  as above

1979 - Hoyer, Wayne D.                    as above

1979 - Pite, Elizabeth                    Pite Plus Marketing

                                                  Hartford, Connecticut

1980 - Nelson, Margaret C.                Unknown

1981 - Zimmer, Mary R.                    Department of Marketing

                                          University of Georgia


1984 - Troutman, Tracy                    Director of Consumer Insights

                                          Hershey Foods Corp.

                                          Hershey, PA

**APPENDIX A3**

**INFORMATION RESPONSIVE TO THE RULE 26 (Fed. R. Civ. P.)
REQUIREMENTS**

**FEES**

## Fees for the Survey

Jacob Jacoby Research, Inc. will be invoicing $40,000 for designing, analyzing and reporting the survey.

Phi Power Communications Inc. (including all their subcontractors) will be invoicing $50,000 for their role in preparing and implementing the survey.

## Fees for Post-Survey Activities

With the exception of oral testimony under oath, Jacob Jacoby Research, Inc. will be invoicing $850 per hour (plus out-of-pocket expenses) for all time devoted to this matter subsequent to providing attorneys for plaintiff with a copy of the final report.  Oral testimony under oath will be billed at a rate of $1000 per hour (plus out-of-pocket expenses).

# Jacob Jacoby -- Publications
## 2000 – 2014

**Books:**

James Jaccard and Jacob Jacoby (2010) *Theory Construction and Model Building Skills: A Practical Guide for Social Scientists.* New York: Guilford Press.

Jacob Jacoby, *Trademark Surveys: Designing, Implementing and Evaluating Surveys* (August 2013). Chicago: American Bar Association, Section of Intellectual Property Law.

**Articles and Book Chapters:**

Morrin, M. and Jacoby J.  (2000) "Trademark dilution: Empirical measures for an elusive concept." *Journal of Public Policy & Marketing.* 19 (2) 265-276.

Jacoby, J.  (2000)  "Is it Rational to Assume Consumer Rationality?  Some consumer psychological perspectives on Rational Choice Theory."  *Roger Williams University Law Review.* Vol 6 (1), 81-161.

Jacoby, J.  (2001) The Psychological Foundations of Trademark Law: Secondary Meaning, Genericism, Fame, Confusion and Dilution.  *The Trademark Reporter,* 91 (5), 1013-1071.

Jacoby, J.  (2001)  "Consumer psychology."  In:  *The International Encyclopedia of the Social and Behavioral Sciences.*  Elsevier Science Ltd./Pergamon: Oxford, UK.  2674-2678.

Jacoby, J., Morrin, M., Johar, G., Gürhan, Z., Kuss, A. and Mazursky, M.(2001) "Training novice investors to become more expert: The role of information accessing strategy."  *Journal of Psychology and Financial Markets*  (since renamed the *Journal of Behavioral Finance*)  2 (2), 69-79.

Jacoby, J  (2002).  "Stimulus-Organism-Response Reconsidered: An evolutionary step in modeling (consumer) behavior."  *Journal of Consumer Psychology.* 12 (1), 51-57.

Jacoby, J., Morrin, M., Jaccard, J. Gurhan, Z. & Maheswaran, D. (2002)   "Attitude formation as a function of incremental information input: A procedure for studying on-line processing models of attitude formation." *Journal of Consumer Psychology.* 12 (1), 21-34.

Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (2002).  Taking stock of stock brokers: Exploring investor information accessing strategies via verbal protocols.  In Susan Broniarczyk and Kent Nakamoto (Eds.) *Advances in Consumer Research, Vol. 29.* pages 164-165.

Morrin, M., Jacoby, J., Johar, G., He, X., Kuss, A. and Mazursky, D. (2002) Taking stock of stock brokers: Exploring investor information accessing strategies via process tracing. *Journal of Consumer Research.* 29 (2), 188-198.

Jacob Jacoby (2002) Experimental design and the selection of controls in trademark and deceptive advertising surveys.  92 (4) *The Trademark Reporter* 890-956.

Jacob Jacoby (2002)  A Critique of Rappeport's "Litigation Surveys—Social 'Science' as Evidence" 92 (6) *The Trademark Reporter* 1480-1501.

Jacob Jacoby (2006) Sense and Nonsense in Measuring Sponsorship Confusion.  *Cardozo Arts and Entertainment Law Journal.* 24:1 (June) 63-97.

Gideon Mark and Jacob Jacoby (2006) Continuing Commercial Impression and its Measurement. *Marquette Intellectual Property Law Review.* 10:3, 431-454.

Jacob Jacoby and Mark Sableman (2007) Keyword-Based Advertising: Filling in Factual Voids (*GEICO v. Google*). 97:3  *The Trademark Reporter*,  681-731.

Jacob Jacoby (2008) Considering the Who, What, When, Where and How of Measuring Dilution.  *Santa Clara Computer & High Tech Law Journal.* 24:3, 601-639.

Wayne D. Hoyer & Jacob Jacoby (2010) "Consumer Psychology." In  Irving Weiner and Edward Craighead (Eds.)  *Corsini's Encyclopedia of Psychology* (Fourth Edition; Volume 1). NY: John Wiley & Sons. 397-400.

Jacob Jacoby (2012) "Closed-ended Questions in Litigation Surveys" In Shari S. Diamond and Jerre Swann (Eds.)  *Trademark and Deceptive Advertising Surveys*.  American Bar Association. 261-284.

Jacoby, J. (2012) Patent Infringement: Proving customer demand .. or a lack thereof. *Intelectual Property Today*. October. Pp.10-11.

Jacoby, J. (in press) Behavioral Process Technology (BPT): Origins and Evolution. In *Jacoby Jacoby: Legend in Consumer Behavior* (This original paper will appear in Volume 5, edited by James J. Jaccard, of an 8 volume series on Jacoby's works being published by Sage.)

Jacoby, J. and Morrin, M. (forthcoming) Consumer psychology. In:  *The International Encyclopedia of the Social and Behavioral Sciences*.  Elsevier Science Ltd./Pergamon: Oxford, UK.

**JACOB JACOBY  -  2009 COURTROOM TESTIMONY**

Apr 14                   Before Judge Marilyn L. Huff

                         U.S.D.C  S.D. California

                         Brighton Collectibles, Inc. v. **Marc Chantal USA, Inc.**

                         Trade dress matter


Oct  7                   Before Judge Ann D. Montgomery

                         U.S.D.C.  Minnesota

                         Mooney et al. (class) v. **Allianz Life Ins. Co., No. America**

                         Deceptive sales practices matter


Nov 6                    Before Judge Ann D. Montgomery

                         U.S.D.C.  Minnesota

                         Fair Isaac Corp. (FICO) et al. v. **Experian, Equifax and**

                         **TransUnion**

                         Likely confusion matter



**JACOB JACOBY  -  2011 COURTROOM TESTIMONY**

Jan 18          Before an arbitration panel

                         Arbitration Services of Portland

                         Bibiji Inderjit Kaur Puri v. **Golden Temple of Oregon, LLC**

                         Secondary meaning/likely confusion matter

                         Arbitrators:

                           Jeff Edelson: http://www.mhgm.com/showattorney.asp?Show=45

                           Alan McCollum: http://www.techlaw.com/

Peter Staples:

http://www.chernofflaw.com/showbio.aspx?show=631

## JACOB JACOBY  -  2012 COURTROOM TESTIMONY

Mar 29         Before Judge Sidney H. Stein

and                     U.S.D.C.  S.D.N.Y.

Apr   2         **Fresh Del Monte Produce, Inc.** v. Del Monte Foods Co and

Del Monte Corp.

Deceptive advertising/packaging matter

May 14             Before Judge James Spencer

U.S.D.C.  E.D. Virginia (Richmond)

Pennington Seed, Inc. v. **The Scotts Miracle-Gro Company**

Deceptive advertising/packaging matter

Oct 19             Before Judge Andrew J. Guilford

U.S.D.C.  C.D. Ca.

**Mixed Chicks LLC** v. Sally Beauty Supply et al.

Trademark and trade dress confusion matter

**JACOB JACOBY  -  2013 COURTROOM TESTIMONY**

May 22               Before Judge Jed Rakoff

                     U.S.D.C.  S.D.N.Y.

                     Bayer Healthcare v. **Sergeant**

                     Deceptive advertising matter

July 30          Before Judge James R. Spencer

                     U.S.D.C. E.D.VA (Richmond)

                     **Scott's** v. Pennington

                     Deceptive advertising matter

**JACOB JACOBY  -  2014 COURTROOM TESTIMONY**

Aug 27          **Balance Bar Co**. v. GFA Brands
                     Likely confusion matter
                     TTAB Opposition Number 91196954/91197748

71

## JACOB JACOBY  -  2009 DEPOSITION TESTIMONY

Jan  21        **Viacom et al**. v. Activision et al.

               Likelihood of Confusion Issue

               JAMS Arbitration Tribunal


Jan 23         Factory Five Racing, Inc. v. **Carroll Shelby & C. H. Shelby Trust**

               Trade dress matter

               U.S.D.C.


Mar   3        **Kerzner International Ltd. et al.** v. Monarch Casino & Resort

               Likely confusion matter

               U.S.D.C.  D. Nevada


Jul 18         Picture Me Press v. Portrait Corp. of America, **CPI Corp. and CPI Images.**

               Trademark matter

               U.S.D.C.  Northern District of Ohio


Aug 12         **Laryngeal Mask Co, Ltd. & LMA NA, Inc.** v. Ambu A/S, et al.

               Deceptive advertising matter

               U.S.D.C.  S.D. CA


Oct 16         **j2 Global Communication et al.** v. Zilker Ventures et al.

               Trademark matter

               U.S.D.C.  S.D. CA

Dec 15          Innovation Ventures, LLC d/b/a Living Essentials v. **NVE, Inc.**

                Likely confusion matter

                U.S.D.C.  E.D. MI, Southern Division


### JACOB JACOBY  -  2010 DEPOSITION TESTIMONY

Jun 30          **Mirror Worlds**, Inc. v. Apple Inc.

                Patent matter

                U.S.D.C.  E.D. TX (Tyler Div.)  08cv88


Oct  7          **Fresh Del Monte** v. Del Monte Corp.

                Deceptive packaging matter

                U.S.D.C.  S.D.N.Y  08 Civ-8718 (SHS)


### JACOB JACOBY  -  2011 DEPOSITION TESTIMONY

May 6           Am. Express Marketing & Development Corp. et al. v. **Black Card LLC**

                Secondary Meaning

                U.S.D.C.  S.D.N.Y.  10 CIV 1605 (DLC)


May 7, 19       **Dongguk University** v. Yale University

                Reputational damage

                U.S.D.C.  D.Conn 308CV00441 RNC


June 2          Louis Vuitton v. **Hyundai**

                Trademark confusion

                U.S.D.C.  S.D.N.Y.  10 CIV 1611 (PKC)

## JACOB JACOBY  -  2012 DEPOSITION TESTIMONY

Apr 24          Munchkin, Inc. v. **The First Years, Inc.,** et al.

                Materiality of patent markings

                U.S.D.C. C.D. CA, CV10-2219-GW(AGRx).


Apr 26          Apple Inc. v. **Samsung Electronics et al.**

                Secondary meaning

                U.S.D.C. N.D.Ca  Case No. 11-cv-01846-LHK


May 4           **FLIR Systems, Inc.** v. Sierra Media, Inc. and Fluke Corp.

                Confusion and deception matter

                U.S.D.C.  D. Oregon (Portland Division) CV 10-971-HU


May 23          **Mixed Chicks LLC** v. Sally Beauty Supply et al.

                Trademark and trade dress confusion matter

                U.S.D.C. C.D.Ca  Case No. SACV11-452-AG (FMOx)


July 26         Moldex v. **McKeon**

                Trade dress matter

                U.S.D.C.  C.D. Calif (Western Division) CV11-01742 GHK (AGR)


Dec 6           **J.T. Colby et al**. v. Apple, Inc.

                Likelihood of confusion matter

                U.S.D.C.  S..D.N.Y

## JACOB JACOBY  -  2013 DEPOSITION TESTIMONY

Jan 22       **Balance Bar Co** v. GFA Brands

Likelihood of confusion matter

U.S.P.T.O.  T.T.A.B.

May 16       **Stonefire Grill, Inc**. v. FGB Brands D/B/A Stonefire Authentic Flatbreads

Likelihood of confusion matter
U.S.D.C. C.D. California

June 4       Pennington Seed, Inc. v. **The Scotts Co., Inc.**
Deceptive Advertising Matter
U.S.D.C.  E.D. VA (Richmond Div.)

Sep 11       Paleteria La Michoacana et al. (cross-defendants) v.
**Productos Lacteos Tocumbo S.A. de C.V.** (PROLACTO) (cross-plaintiff)
Likely confusion and deceptive advertising matter
U.S.D.C.  District of Columbia

Sep 16       **Jackson Family Wines** v. Diageo
Likely confusion matter
U.S.D.C., N.D. California

## JACOB JACOBY  -  2014 DEPOSITION TESTIMONY

Apr 30       **Sweet Street Desserts, Inc**. v: Chudleigh's Ltd.       :
Likely confusion matter
E..D.C., Pennsylvania

Jun 18       **Balance Bar Co**. v. GFA Brands
Likely confusion matter
TTAB

Jun 26       Louis Vuitton v. **Sunny Merchandise**
Likely confusion matter

S.D.N.Y.

Jul 1          **Unity Health Plans**  v. Iowa Health Systems d/b/a Unity Point Health
               Likely confusion matter
               W.D. Wisconsin

Jul 10         Innovation Ventures, LLC d/b/a Living Essentials v. **NVE, Inc.**
               Likely confusion matter
               U.S.D.C.  E.D. MI, Southern Division

**APPENDIX B – SUB-CONTRACTOR INFORMATION**

# <u>Survey Contractors</u>

**Phi Power Communications, Inc.**
255 East 49th Street; Suite 14D
New York, NY  10017
Geoff Huntington
President and Chief Research Officer
(540) 687-8458
geoff@phipower.com

Phi Power Communications, Inc., is a privately owned, full-service research firm with extensive research experience; Geoff Huntington, PhiPower's point person on this project, has been conducting peer-reviewed, quantitative research for over thirty-five years, twenty-five for NBC (he was NBC's Vice President of Program Research); PhiPower provides Jacob Jacoby with legal support services, and conducts B2B and consumer research for Fortune 500 companies; PhiPower supports organizations and companies such as AARP, Cisco, Comcast, Dow Jones / Wall Street Journal, Gemstar / TV Guide, IBM, PBS, and The Washington Post; panel providers such as CriticalMix, SSI, and LinkedIn have stated that PhiPower's surveys set new industry standards; PhiPower's practices and policies have been recognized as exceeding CASRO standards

**CriticalMix**
53 Riverside Avenue
Westport, CT 06880
A.J. Keirans
Sales Director
(203) 635-0392
akeirans@criticalmix.com
www.criticalmix.com

CriticalMix (CM), FKA Authentic Response, has been providing best-of-breed online samples since 1998.  CM recruits panelists by presenting invitations to website visitors; over 400 diverse sites participate in that process. Candidates are admitted to the panel only by opting-in twice; providing demographic information, legitimate email, and US mailing addresses (which are protected by CM); and passing CM's stringent verification process. CM's "digital fingerprinting" and "one click" URLs are designed to eliminate duplicate participation and self-selection.

**Jake Bratton**
427 Provincetown Lane,
Richardson, TX 75080
(850) 321-4573
jbratton@jakebratton.com

Jake Bratton, a private contractor and Ph.D. candidate, has extensive experience providing services for leading research firms, and has supported Phi Power Communications' data processing needs since 2006.

1

## Appendix C:  email Invitation

Subject Line:  Less than 10 minutes!



### We Have A New Survey For You!

[INSERT USERNAME], we have a new survey for you.  Please note that this survey is very important and we value your insight and opinions. It is designed to be taken on a laptop, desktop, or notebook computer; please do not take it until you are using that type of computer. If you qualify and complete this survey, we will reward you with 1400 MVPs.

You will need to login to start this survey.
**AS A REMINDER, YOUR USERNAME IS:** [INSERT USERNAME]

### Click Here to Start Your Survey

Please let me know if I can help you in any way. My contact information is below, and I'm always available for your questions.

Sincerely,

Emily Kerchoff
MyView Community Service Manager
Need Help? I'm Here! Just click to reach me in Customer Care.



MyView • 304 Park Avenue South • 7th Floor • New York, NY 10010



Help: If you have any comments you want to share, GOOD OR BAD, please click on the following Customer Service Online form. Customer Service Online

• Rewards Information: To earn any MyView Points, respondents must provide complete and coherent responses to initial screening questions. To earn additional MyView Points for survey completion, respondents must qualify for, and provide complete and coherent answers to all survey questions. Please see the complete Terms and Conditions for additional details.

Membership: You received this e-mail because you joined the MyView Research Panel and have agreed to receive survey invitations. To discontinue your membership, please Click Here.

**Appendix D:**
Stimuli --
Internet web page
**Test condition**



**Appendix D:**
Stimuli --
Internet web page
**Control condition**



## Appendix E:  Screener and main questionnaire

*Final -* October 31, 2014
**Survey Designed by Jacob Jacoby, Ph.D.**
**Jacoby IP Research, Inc.**

JJRI 1425
(PhiPower Study 2745; JJ-OnlineBooking)

**Pilot:**  n= whatever we have after first day or two
**Full:**   N = ~500 (550 before documented data cleaning)

**Universe**:  Men and Women age 18 and above who, over the coming 6 months, are likely to visit a website for the purpose of buying commercial airline tickets

**Age and gender specifications:**  Mirror the U.S. population distribution by filling age-and-gender quotas (evenly split between respondents assigned to Test and Control conditions).

**18+ Sample to Match US Population**

|  | Distribution | Hard Quotas* |
|---|---|---|
| Male 18-24 | 7% | **36** |
| Male 25-35 | 10% | **54** |
| Male 36-49 | 12% | **70** |
| Male 50 or above | 20% | **108** |
|  |  |  |
| Female 18-24 | 6% | **36** |
| Female 25-35 | 10% | **54** |
| Female 36-49 | 13% | **72** |
| Female 50 or above | 22% | **124** |
|  |  |  |
| Total 18+ | 100% | **554** |

**\* Using even numbers, includes +10% over-sampling**

**Survey length** = 10 minutes

1

**QUESTIONAIRE KEY:**

**Randomizations/ Rotations-- green**
***Respondent instructions – blue italics***
Conditionals and processing notes -- grey
**Terminations – red**


## SCREENER SECTION

---------------10-------------------------

**Thank you for agreeing to take this anonymous study; your answers will be treated as confidential and will not be used to try to sell you anything.**

**If you usually wear eyeglasses when reading information on your monitor, please put on your eyeglasses before continuing.**

**This survey is designed for laptop, notebook, and desktop computers; if you currently are NOT using one of those types of computers, please stop and take this survey when you are on one of those.**

**When you are ready to proceed, please <u>maximize</u> your screen, then click on the NEXT button.**

// WAIT 5 SECONDS BEFORE ACTIVATING THE NEXT BUTTON

[NEXT]


---------------15-------------------------

**Are you male or female, and what was your age on your <u>last</u> birthday?**

> [R  1]  Male under 18

> [R  2]  Male 18-24

> [R  3]  Male 25-35

> [R  4]  Male 36-49

> [R  5]  Male 50-64

> [R  6]  Male 65 or above

2

[R  21]  Female under 18

[R  22]  Female 18-24

[R  23]  Female 25-35

[R  24]  Female 36-49

[R  25]  Female 50-64

[R  26]  Female 65 or above


[R 99]  I would prefer not to say


**// TERMINATE "UNDER 18", AND "I WOULD PREFER NOT TO SAY"**

[NEXT]



---------------20--------------------------

**What best describes the device you are using right now to read this survey?**

*Please select one.*

[R   1] A traditional desktop computer

[R  2] A laptop/notebook computer

[R   3]  A tablet computer (e.g., Apple iPad, Galaxy Tab, Blackberry Playbook, Microsoft Surface)

[R   4]  An eBook reading device (e.g., Kindle, Nook, Sony Reader)

[R   5]   A TV-based browser or video game console (e.g., WebTV, Google TV, Microsoft X-Box, Nintendo Wii)

[R   6]   A large screen smartphone (e.g., Apple iPhone, HTC Evo, Motorola Droid, Samsung Galaxy)

[R   7] A small screen (less than 3") mobile phone

[R  88]Other, please specify   // Insert text box

[NEXT]

**// IN Q20, MUST SELECT "A TRADITIONAL DESKTOP COMPUTER" OR "A LAPTOP/NOTEBOOK COMPUTER" TO CONTINUE; TERMINATE ALL OTHERS.**

[NEXT]

---------------30-------------------------

**// RANDOMIZE ITEMS ACROSS RESPONDENTS**

**//ROTATE YES/NO ACROSS RESPONDENTS**

**Over the COMING six (6) months or so, which, if any, of the following are you likely to do?  Visit a website for the purpose of …**

|  | Yes | No | I don't know |
|---|---|---|---|
|  | (R2) | (R1) | (R99) |
| (A) looking up real estate properties | | | |
| (B) planning commercial airline travel | | | |
| (C) buying tickets to a sporting event | | | |
| (D) researching electrical appliances of any sort | | | |

**// IN Q30B, MUST SELECT "PLANNING COMMERCIAL AIRLINE TRAVEL" TO CONTINUE (Q30/B=2); TERMINATE ALL OTHERS.**

[NEXT]

4

---------------40--------------------------

**In which state do you live?**

*// DROPDOWN MENU*

**// MUST LIVE IN ONE OF THE 50 UNITED STATES (PLUS WASHINGTON, DC); TERMINATE IF NOT.**

*// USING THE STATE, IDENTIFY AND STORE THE RESPONDENT'S RESPECTIVE REGION.*

 *[NEXT]*

---------------50--------------------------

**// USE SAME ROTATION ORDER FOR RESPONSE OPTIONS 1 AND 2 AS WAS USED IN Q30.**

**Over the past three months or so, have you participated in any other survey related to travel?**

[R 2]   Yes

[R 1]   No

[R 99]  I don't know

**// TERMINATE IF "YES" IF Q50=2"**
*[NEXT]*

---------------60--------------------------

**Please select green from the following list in order to continue with this survey.**

**// RANDOMIZE LIST EXCEPT FOR DK**

[R  1] Red
[R  2] Blue
[R  3] Yellow
[R  4] Green
[R 99] I don't know

**// TERMINATE ANY ANSWER OTHER THAN 'GREEN'**
*[NEXT]*

5

---------------70--------------------------

**// USE SAME ROTATION ORDER FOR RESPONSE OPTIONS 1 AND 2 AS WAS USED IN Q30.**

**Do you, or does anyone in your immediate household, work for …**

|  | Yes | No | I don't know |
|---|---|---|---|
|  | (2) | (1) | (99) |

(A) A social networking website?

(B) A travel-related website?

(C) An advertising agency or
    a market research firm?

**//TERMINATE IF "YES" TO ANY OCCUPATION**

---------------75--------------------------

**// USE SAME ROTATION ORDER FOR RESPONSE OPTIONS 1 AND 2 AS WAS USED IN Q30.**

**Do you usually wear eyeglasses or contact lenses when looking at your computer screen?**

> [R  2] Yes

> [R  1] No

[NEXT]

--------------80--------------------------

**// PRESENT ONLY TO RESPONDENTS WHO ANSWERED Q75=2 (YES)**

**// USE SAME ROTATION ORDER FOR RESPONSE OPTIONS 1 AND 2 AS WAS USED IN Q30.**

**Are you wearing those eyeglasses or contact lenses now?**

> [R 2] Yes

> [R 1] No

**// TERMINATE IF Q80=1 (NO)**

6

[NEXT]

--------------90-------------------------

**The survey takes about 7 minutes and includes several questions that ask you to type in your answers.**

**We need you to take your time, and carefully type in THOUGHTFUL AND COMPLETE answers to these questions.  If you are in a hurry or otherwise not willing to do that, we respectfully ask that you end the survey now.**

> [R 2]   I am willing to take the survey seriously and carefully type in THOUGHTFUL AND COMPLETE answers
>
> [R 1]   I am in a hurry and would rather end the survey now

[NEXT]

**// WAIT 4 SECONDS BEFORE ACTIVATING THE NEXT BUTTON**

**// TERMINATE RESPONDENT WHO IS IN A HURRY**

**// Using load-balancing, assign qualified respondents to the lowest (most needed) of the 64 cells (age-and-gender by region (Northeast, Midwest, South, or West) by Test/Control condition); half will be in the Test condition and half will be in the Control condition.**

[NEXT]

7

## MAIN QUESTIONNAIRE

**// ----100----**


**Thank you.  Based on your answers, you qualify for our survey.**


**VERY IMPORTANT:**

> **For all of the following questions, if you don't know or don't have an answer, *please don't guess*.  Just enter "Don't know," and go on to the next screen.**

***Click NEXT to continue.***

// WAIT 3 SECONDS BEFORE ACTIVATING THE NEXT BUTTON



[NEXT]


//--------------110-------------------------

**Please suppose you were thinking of travelling somewhere and wanted to check out the fares and availability of flights to your intended destination.**

**The next screen shows the home page for a travel website.  Please look at it as you would if you happened to come across and clicked on a link to that website.**



[NEXT]

8

//-------------115-------------------------

**Please examine this web page as you normally would when considering whether to start using a service with features such as those described on this site.  When you are ready to move on, the NEXT button is at the bottom of this page.**

**// For respondents in the Test condition, show them an animated copy of the "pintrips.com" landing page as it currently appears online. // For respondents in the Control condition, show the same copy of the landing page, but change the name "pintrips" to "cliptrips" and switch the symbol for the second letter from a pin to a paperclip.**

// WAIT 11 SECONDS BEFORE ACTIVATING THE NEXT BUTTON

**// If a respondent tries to click the NEXT button before the 11 second delay ends, present them with the following message: *Please take another moment to look at what is above.***

**[NEXT]**

//-------------120-------------------------

**What company or companies do you think created or put out the site you just looked at?  *Please type your answer in the box below being as specific as you can.***

// Insert text box.  Require 2 keystrokes to continue.

**[NEXT]**

9

//--------------125-------------------------

**In particular, what is it that makes you think  [INSERT ANSWER FROM Q120] created or put out the website you just looked at?**

*Please type your answer in the box below being as specific as you can.*

// Insert text box.  Require 3 keystrokes to continue.

//THE FOLLOWING LIST OF RESPONSES SKIPS A RESPONDENT TO Q200: PINTREST, PINTEREST, PNTREST (AND THE LOWER CASE WORDING AS WELL)

[NEXT]

//---------------------130----------------------------

**// IF RESPONDENT DID NOT ANSWER "PINTREST" TO Q120, ASK Q130.**

**Please name any other website(s) put out by the same company that put out the site you just looked at.**

*Please type your answer in the box below being as specific as you can.*
// Insert text box.  Require 3 keystrokes to continue.

//THE FOLLOWING LIST OF RESPONSES SKIPS A RESPONDENT TO Q200: PINTREST, PINTEREST, PNTREST (AND THE LOWER CASE WORDING AS WELL)

[NEXT]

10

//--------------140------------------------

//PERMIT RESPONDENTS TO VIEW WEBSITE PAGE PRESENTED IN Q115. PLACE A SMALL THUMBNAIL COPY OF THE PAGE IN THE UPPER RIGHT PORTION OF THE SCREEN.

**// USE SAME ROTATION ORDER FOR RESPONSE OPTIONS 1 AND 2 AS WAS USED IN Q30.**

**Do you think the company that put out the website you just looked at …**

[2]  <u>DOES</u> have a business connection, affiliation, or association with another company (or website)?

[1]  does <u>NOT</u> have a business connection, affiliation, or association with another company (or website)?

[R 99] I don't know

**//IF "DOES" TO Q140, ASK Q145.**

**//IF "DOES NOT" OR "DON'T KNOW" TO Q140, SKIP TO Q150.**

[NEXT]

//--------------145------------------------

//PERMIT RESPONDENTS TO VIEW WEBSITE PAGE PRESENTED IN Q115. PLACE A SMALL THUMBNAIL COPY OF THE PAGE IN THE UPPER RIGHT PORTION OF THE SCREEN.

**With what other company or website do they have a business connection, affiliation, or association?**

***Please type your answer in the box below being as specific as you can.***
**To see the page again, click the small copy provided on the right.**

// Insert text box.  Require 3 keystrokes to continue.

//THE FOLLOWING LIST OF RESPONSES SKIPS A RESPONDENT TO Q200: PINTREST, PINTEREST, PNTREST (AND THE LOWER CASE WORDING AS WELL)

11

[NEXT]

//--------------150-------------------------

//**PERMIT RESPONDENTS TO VIEW WEBSITE PAGE PRESENTED IN Q115.** PLACE A SMALL THUMBNAIL COPY OF THE PAGE IN THE UPPER RIGHT PORTION OF THE SCREEN.

// **USE SAME ROTATION ORDER FOR RESPONSE OPTIONS 1 AND 2 AS WAS USED IN Q30.**

**Do you think that, to use its name, the company that put out the website you just looked at …**

[2]  <u>DID</u> get, or did need to get, permission or authorization from another company or website?

[1]  did <u>NOT</u> get, or did not need to get, permission or authorization from  another company or website?

[R 99] I don't know

//**IF "DID get" TO Q150, ASK Q155.**

//**IF "did NOT get" OR "DON'T KNOW" TO Q150, SKIP TO Q200.**

[NEXT]

//--------------155-------------------------

//**PERMIT RESPONDENTS TO VIEW WEBSITE PAGE PRESENTED IN Q115.** PLACE A SMALL THUMBNAIL COPY OF THE PAGE IN THE UPPER RIGHT PORTION OF THE SCREEN.

**From what other company or website did the company that put out the website you just saw have to get permission or authorization?**

*Please type your answer in the box below being as specific as you can.*
**To see the page again, click the small copy provided on the right.**

// Insert text box.  Require 3 keystrokes to continue.

[NEXT]

12

**// ----200----**

**//Show if random number is EVEN**

**When it came to answering these questions, ...**

[R 2]   I did look up one or more answers on the Internet

[R 1]   I did not look up any answers on the Internet

***Click NEXT to continue.***

[NEXT]

**//Show if random number is ODD**

**When it came to answering these questions, ...**

[R 1]   I did not look up any answers on the Internet

[R 2]   I did look up one or more answers on the Internet

***Click NEXT to continue.***

13

**// ----210---**

//Show if random number is EVEN

**Did you answer these questions with help or input from someone else, or did you answer them alone?**

[R 2]   <u>Did</u> have help or input from someone else while answering these questions

[R 1]   Did <u>not</u> have help or input from someone else while answering these questions

***Click NEXT to continue.***

[NEXT]

//Show if random number is ODD

**Did you answer these questions alone, or did you have help or input from someone else?**

[R 1]   Did <u>not</u> have help or input from someone else while answering these questions

[R 2]   <u>Did</u> have help or input from someone else while answering these questions

***Click NEXT to continue.***

[NEXT]

14

**// ----250------**
**We constantly try to improve our surveys.  Did you encounter any technical problems while taking this survey?**

[R 2]   Yes
[R 1]   No
[R 99]  I would prefer not to say

*Click NEXT to continue.*

[NEXT]

**// ----260------**
**// Present only if Q250=2 (Yes)**

**We are very sorry.  In a few words, would you please tell us the nature of the problem, and include any error messages you may have noticed so we can solve the problem.**

// INSERT TEXT BOX

*Click NEXT to continue.*

[NEXT]

**// ----270-----**

**Thank you for participating in our study.**

**Please click on NEXT to complete the survey.**

[NEXT]

//End

# Appendix F1: Computer tabular output

JJRI #1425

TABLE OF CONTENTS

Banner 1

Page   1      COLUMN1.  Column  1

Page   2      COLUMN2.  Column  2

Page   3      COLUMN3.  Column  3

Page   4      COLUMN4.  Column  4

Page   5      COLUMN5.  Column  5

Page  10      COLUMN6.  Column  6

Page  11      Q015. Are you male or female, and what was your age on your last birthday?

Page  13      Q020. What best describes the device you are using right now to read this survey?

Page  14      Q030_A. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for the
              purpose of ...
              looking up real estate properties

Page  15      Q030_B. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for the
              purpose of ...
              planning commercial airline travel

Page  16      Q030_C. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for the
              purpose of ...
              buying tickets to a sporting event

Page  17      Q030_D. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for the
              purpose of ...
              researching electrical appliances of any sort

Page  18      Q040. In which state do you live?

Page  22      REGION. Census Region

Page  23      Q050. Over the past three months or so, have you participated in any other survey related to travel?

Page  24      Q060. Please select green from the following list in order to continue with this survey.

Page  25      Q070_A. Do you, or does anyone in your immediate household, work for ...
              A social networking website?

Page  26      Q070_B. Do you, or does anyone in your immediate household, work for ...
              A travel-related website?

Page  27      Q070_C. Do you, or does anyone in your immediate household, work for ...
              An advertising agency or a market research firm?

JJRI #1425

TABLE OF CONTENTS

Page 28   Q075. Do you usually wear eyeglasses or contact lenses when looking at your computer screen?

Page 29   Q080. Are you wearing those eyeglasses or contact lenses now?

Page 30   Q090. We need you to take your time, and carefully type in THOUGHTFUL AND COMPLETE answers to these questions. If you are in a
          hurry or otherwise not willing to do that, we respectfully ask that you end the survey now.

Page 31   Q120. What company or companies do you think created or put out the site you just looked at?

Page 32   Q125. In particular, what is it that makes you think [Q120_1] created or put out the website you just looked at?

Page 33   Q130. Please name any other website(s) put out by the same company that put out the site you just looked at.

Page 34   Q140. Do you think the company that put out the website you just looked at ...

Page 35   Q145. With what other company or website do they have a business connection, affiliation, or association?

Page 36   Q150. Do you think that, to use its name, the company that put out the website you just looked at ...

Page 37   Q155. From what other company or website did the company that put out the website you just saw have to get permission or
          authorization?(1)

Page 38   PINTEREST SUMMARY. Mentioned Pinterest (pinterest, pintrest, pnterest, phinterest, pinitrest, pintrist, pinterst) in Open-ended
          Questions (Multiple Response)

Page 39   Q200. When it came to answering these questions, ...

Page 40   Q210. Did you answer these questions with help or input from someone else, or did you answer them alone?

Page 41   Q250. Did you encounter any technical problems while taking this survey?

Page 1
15:51:16 Nov. 7, 2014

JJRI #1425

COLUMN1. Column 1

| | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| 18-24 | 55<br>12.2 | 25<br>11.3 | 30<br>13.0 |
| 25-35 | 68<br>15.1 | 33<br>14.9 | 35<br>15.2 |
| 36-49 | 121<br>26.8 | 59<br>26.7 | 62<br>27.0 |
| 50+ | 207<br>45.9 | 104<br>47.1 | 103<br>44.8 |

PhiPower Communications Inc. - #2745

Page 2
15:51:16 Nov. 7, 2014

JJRI #1425

COLUMN2. Column 2

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Male | 215<br>47.7 | 106<br>48.0 | 109<br>47.4 |
| Female | 236<br>52.3 | 115<br>52.0 | 121<br>52.6 |

Page 3
15:51:16 Nov. 7, 2014

JJRI #1425

COLUMN3. Column 3

| | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451 | 221 | 230 |
| | 100.0 | 100.0 | 100.0 |
| 18-24 Male | 26 | 11 | 15 |
| | 5.8 | 5.0 | 6.5 |
| 18-24 Female | 29 | 14 | 15 |
| | 6.4 | 6.3 | 6.5 |
| 25-35 Male | 35 | 16 | 19 |
| | 7.8 | 7.2 | 8.3 |
| 25-35 Female | 33 | 17 | 16 |
| | 7.3 | 7.7 | 7.0 |
| 36-49 Male | 61 | 30 | 31 |
| | 13.5 | 13.6 | 13.5 |
| 36-49 Female | 60 | 29 | 31 |
| | 13.3 | 13.1 | 13.5 |
| 50+ Male | 93 | 49 | 44 |
| | 20.6 | 22.2 | 19.1 |
| 50+ Female | 114 | 55 | 59 |
| | 25.3 | 24.9 | 25.7 |

Page 4
15:51:16 Nov. 7, 2014

JJRI #1425

COLUMN4. Column 4

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Northeast | 93<br>20.6 | 43<br>19.5 | 50<br>21.7 |
| Midwest | 103<br>22.8 | 54<br>24.4 | 49<br>21.3 |
| South | 137<br>30.4 | 66<br>29.9 | 71<br>30.9 |
| West | 118<br>26.2 | 58<br>26.2 | 60<br>26.1 |

PhiPower Communications Inc. – #2745

Page 5
15:51:16 Nov. 7, 2014

JJRI #1425

COLUMN5. Column 5

| | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| 18-24 Male - Northeast - Test | 1<br>0.2 | 1<br>0.5 | - |
| 18-24 Male - Northeast - Control | 4<br>0.9 | - | 4<br>1.7 |
| 18-24 Male - Midwest - Test | 3<br>0.7 | 3<br>1.4 | - |
| 18-24 Male - Midwest - Control | 3<br>0.7 | - | 3<br>1.3 |
| 18-24 Male - South - Test | 5<br>1.1 | 5<br>2.3 | - |
| 18-24 Male - South - Control | 4<br>0.9 | - | 4<br>1.7 |
| 18-24 Male - West - Test | 2<br>0.4 | 2<br>0.9 | - |
| 18-24 Male - West - Control | 4<br>0.9 | - | 4<br>1.7 |
| 18-24 Female - Northeast - Test | 1<br>0.2 | 1<br>0.5 | - |
| 18-24 Female - Northeast - Control | 2<br>0.4 | - | 2<br>0.9 |
| 18-24 Female - Midwest - Test | 4<br>0.9 | 4<br>1.8 | - |
| 18-24 Female - Midwest - Control | 2<br>0.4 | - | 2<br>0.9 |
| 18-24 Female - South - Test | 4<br>0.9 | 4<br>1.8 | - |

Page 6
15:51:16 Nov. 7, 2014
(Continued)

JJRI #1425

COLUMN5. Column 5

| | Total | Test | Control |
|---|---|---|---|
| 18-24 Female - South - Control | 6<br>1.3 | - | 6<br>2.6 |
| 18-24 Female - West - Test | 5<br>1.1 | 5<br>2.3 | - |
| 18-24 Female - West - Control | 5<br>1.1 | - | 5<br>2.2 |
| 25-35 Male - Northeast - Test | 1<br>0.2 | 1<br>0.5 | - |
| 25-35 Male - Northeast - Control | 2<br>0.4 | - | 2<br>0.9 |
| 25-35 Male - Midwest - Test | 3<br>0.7 | 3<br>1.4 | - |
| 25-35 Male - Midwest - Control | 3<br>0.7 | - | 3<br>1.3 |
| 25-35 Male - South - Test | 4<br>0.9 | 4<br>1.8 | - |
| 25-35 Male - South - Control | 5<br>1.1 | - | 5<br>2.2 |
| 25-35 Male - West - Test | 8<br>1.8 | 8<br>3.6 | - |
| 25-35 Male - West - Control | 9<br>2.0 | - | 9<br>3.9 |
| 25-35 Female - Northeast - Test | 1<br>0.2 | 1<br>0.5 | - |
| 25-35 Female - Northeast - Control | 2<br>0.4 | - | 2<br>0.9 |
| 25-35 Female - Midwest - Test | 7<br>1.6 | 7<br>3.2 | - |

JJRI #1425

COLUMN5. Column 5

| | Total | Test | Control |
|---|---|---|---|
| 25-35 Female - Midwest - Control | 4 0.9 | - | 4 1.7 |
| 25-35 Female - South - Test | 3 0.7 | 3 1.4 | - |
| 25-35 Female - South - Control | 5 1.1 | - | 5 2.2 |
| 25-35 Female - West - Test | 6 1.3 | 6 2.7 | - |
| 25-35 Female - West - Control | 5 1.1 | - | 5 2.2 |
| 36-49 Male - Northeast - Test | 6 1.3 | 6 2.7 | - |
| 36-49 Male - Northeast - Control | 6 1.3 | - | 6 2.6 |
| 36-49 Male - Midwest - Test | 6 1.3 | 6 2.7 | - |
| 36-49 Male - Midwest - Control | 6 1.3 | - | 6 2.6 |
| 36-49 Male - South - Test | 9 2.0 | 9 4.1 | - |
| 36-49 Male - South - Control | 9 2.0 | - | 9 3.9 |
| 36-49 Male - West - Test | 9 2.0 | 9 4.1 | - |
| 36-49 Male - West - Control | 10 2.2 | - | 10 4.3 |
| 36-49 Female - Northeast - Test | 8 1.8 | 8 3.6 | - |

PhiPower Communications Inc. - #2745

Page 8
15:51:16 Nov. 7, 2014
(Continued)

JJRI #1425

COLUMN5. Column 5

| | Total | Test | Control |
|---|---|---|---|
| 36-49 Female - Northeast - Control | 8<br>1.8 | -<br>- | 8<br>3.5 |
| 36-49 Female - Midwest - Test | 5<br>1.1 | 5<br>2.3 | -<br>- |
| 36-49 Female - Midwest - Control | 6<br>1.3 | -<br>- | 6<br>2.6 |
| 36-49 Female - South - Test | 7<br>1.6 | 7<br>3.2 | -<br>- |
| 36-49 Female - South - Control | 8<br>1.8 | -<br>- | 8<br>3.5 |
| 36-49 Female - West - Test | 9<br>2.0 | 9<br>4.1 | -<br>- |
| 36-49 Female - West - Control | 9<br>2.0 | -<br>- | 9<br>3.9 |
| 50+ Male - Northeast - Test | 13<br>2.9 | 13<br>5.9 | -<br>- |
| 50+ Male - Northeast - Control | 12<br>2.7 | -<br>- | 12<br>5.2 |
| 50+ Male - Midwest - Test | 10<br>2.2 | 10<br>4.5 | -<br>- |
| 50+ Male - Midwest - Control | 9<br>2.0 | -<br>- | 9<br>3.9 |
| 50+ Male - South - Test | 15<br>3.3 | 15<br>6.8 | -<br>- |
| 50+ Male - South - Control | 14<br>3.1 | -<br>- | 14<br>6.1 |
| 50+ Male - West - Test | 11<br>2.4 | 11<br>5.0 | -<br>- |

JJRI #1425

COLUMN5. Column 5

| | Total | Test | Control |
|---|---|---|---|
| 50+ Male - West - Control | 9 / 2.0 | - | 9 / 3.9 |
| 50+ Female - Northeast - Test | 12 / 2.7 | 12 / 5.4 | - |
| 50+ Female - Northeast - Control | 14 / 3.1 | - | 14 / 6.1 |
| 50+ Female - Midwest - Test | 16 / 3.5 | 16 / 7.2 | - |
| 50+ Female - Midwest - Control | 16 / 3.5 | - | 16 / 7.0 |
| 50+ Female - South - Test | 19 / 4.2 | 19 / 8.6 | - |
| 50+ Female - South - Control | 20 / 4.4 | - | 20 / 8.7 |
| 50+ Female - West - Test | 8 / 1.8 | 8 / 3.6 | - |
| 50+ Female - West - Control | 9 / 2.0 | - | 9 / 3.9 |

Page 10
15:51:16 Nov. 7, 2014

JJRI #1425

COLUMN6. Column 6

| | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Test | 221<br>49.0 | 221<br>100.0 | - |
| Control | 230<br>51.0 | - | 230<br>100.0 |

PhiPower Communications Inc. - #2745

JJRI #1425

Q015. Are you male or female, and what was your age on your last birthday?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Net: under 18 | - | - | - |
| Net: 18-24 | 55<br>12.2 | 25<br>11.3 | 30<br>13.0 |
| Net: 25-35 | 68<br>15.1 | 33<br>14.9 | 35<br>15.2 |
| Net: 36-49 | 121<br>26.8 | 59<br>26.7 | 62<br>27.0 |
| Net: 50-64 | 129<br>28.6 | 55<br>24.9 | 74<br>32.2 |
| Net: 65 or above | 78<br>17.3 | 49<br>22.2 | 29<br>12.6 |
| Net: 50+ | 207<br>45.9 | 104<br>47.1 | 103<br>44.8 |
| Net: Male | 215<br>47.7 | 106<br>48.0 | 109<br>47.4 |
| Male under 18 | - | - | - |
| Male 18-24 | 26<br>5.8 | 11<br>5.0 | 15<br>6.5 |
| Male 25-35 | 35<br>7.8 | 16<br>7.2 | 19<br>8.3 |
| Male 36-49 | 61<br>13.5 | 30<br>13.6 | 31<br>13.5 |
| Male 50-64 | 55<br>12.2 | 24<br>10.9 | 31<br>13.5 |

JJRI #1425

Q015. Are you male or female, and what was your age on your last birthday?

| | Total | Test | Control |
|---|---|---|---|
| Male 65 or above | 38<br>8.4 | 25<br>11.3 | 13<br>5.7 |
| Net: Female | 236<br>52.3 | 115<br>52.0 | 121<br>52.6 |
| Female under 18 | - | - | - |
| Female 18-24 | 29<br>6.4 | 14<br>6.3 | 15<br>6.5 |
| Female 25-35 | 33<br>7.3 | 17<br>7.7 | 16<br>7.0 |
| Female 36-49 | 60<br>13.3 | 29<br>13.1 | 31<br>13.5 |
| Female 50-64 | 74<br>16.4 | 31<br>14.0 | 43<br>18.7 |
| Female 65 or above | 40<br>8.9 | 24<br>10.9 | 16<br>7.0 |
| I would prefer not to say | - | - | - |

JJRI #1425

Q020. What best describes the device you are using right now to read this survey?

| | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| A traditional desktop computer | 205<br>45.5 | 108<br>48.9 | 97<br>42.2 |
| A laptop/notebook computer | 246<br>54.5 | 113<br>51.1 | 133<br>57.8 |
| A tablet computer (e.g., Apple iPad, Galaxy Tab, Blackberry Playbook, Microsoft Surface) | - | - | - |
| An eBook reading device (e.g., Kindle, Nook, Sony Reader) | - | - | - |
| A TV-based browser or video game console (e.g., WebTV, Google TV, Microsoft X-Box, Nintendo Wii) | - | - | - |
| A large screen smartphone (e.g., Apple iPhone, HTC Evo, Motorola Droid, Samsung Galaxy) | - | - | - |
| A small screen (less than 3") mobile phone | - | - | - |
| Other, please specify | - | - | - |

JJRI #1425

Q030_A. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for
the purpose of...
looking up real estate properties

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | 191<br>42.4 | 88<br>39.8 | 103<br>44.8 |
| No | 223<br>49.4 | 111<br>50.2 | 112<br>48.7 |
| I don't know | 37<br>8.2 | 22<br>10.0 | 15<br>6.5 |

PhiPower Communications Inc. - #2745

JJRI #1425

Q030_B. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for
the purpose of...
planning commercial airline travel

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |
| Yes | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |
| No | - | - | - |
| I don't know | - | - | - |

Page 16
15:51:16 Nov. 7, 2014

JJRI #1425

Q030_C. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for
the purpose of ...
buying tickets to a sporting event

|              | Total         | Test          | Control       |
|--------------|---------------|---------------|---------------|
| Base: Total  | 451<br>100.0  | 221<br>100.0  | 230<br>100.0  |
| Yes          | 207<br>45.9   | 104<br>47.1   | 103<br>44.8   |
| No           | 192<br>42.6   | 91<br>41.2    | 101<br>43.9   |
| I don't know | 52<br>11.5    | 26<br>11.8    | 26<br>11.3    |

PhiPower Communications Inc. - #2745

JJRI #1425

Q030_D. Over the COMING six (6) months or so, which, if any, of the following are you likely to do? Visit a website for
the purpose of...
researching electrical appliances of any sort

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | 252<br>55.9 | 122<br>55.2 | 130<br>56.5 |
| No | 124<br>27.5 | 61<br>27.6 | 63<br>27.4 |
| I don't know | 75<br>16.6 | 38<br>17.2 | 37<br>16.1 |

PhiPower Communications Inc. - #2745

Page 18
15:51:16 Nov. 7, 2014

JJRI #1425

Q040. In which state do you live?

| | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| AL | 4<br>0.9 | 1<br>0.5 | 3<br>1.3 |
| AR | 2<br>0.4 | 1<br>0.5 | 1<br>0.4 |
| AZ | 7<br>1.6 | 2<br>0.9 | 5<br>2.2 |
| CA | 55<br>12.2 | 22<br>10.0 | 33<br>14.3 |
| CO | 9<br>2.0 | 6<br>2.7 | 3<br>1.3 |
| CT | 7<br>1.6 | 3<br>1.4 | 4<br>1.7 |
| DE | 2<br>0.4 | 1<br>0.5 | 1<br>0.4 |
| FL | 44<br>9.8 | 22<br>10.0 | 22<br>9.6 |
| GA | 3<br>0.7 | 2<br>0.9 | 1<br>0.4 |
| HI | 2<br>0.4 | 2<br>0.9 | - |
| IA | 5<br>1.1 | 2<br>0.9 | 3<br>1.3 |
| ID | 2<br>0.4 | 2<br>0.9 | - |
| IL | 30<br>6.7 | 19<br>8.6 | 11<br>4.8 |

JJRI #1425

Q040. In which state do you live?

|  | Total | Test | Control |
|---|---|---|---|
| IN | 6<br>1.3 | 4<br>1.8 | 2<br>0.9 |
| KS | 2<br>0.4 | -<br> | 2<br>0.9 |
| KY | 6<br>1.3 | 2<br>0.9 | 4<br>1.7 |
| LA | 2<br>0.4 | 1<br>0.5 | 1<br>0.4 |
| MA | 13<br>2.9 | 6<br>2.7 | 7<br>3.0 |
| MD | 10<br>2.2 | 2<br>0.9 | 8<br>3.5 |
| ME | 2<br>0.4 | 1<br>0.5 | 1<br>0.4 |
| MI | 19<br>4.2 | 10<br>4.5 | 9<br>3.9 |
| MN | 8<br>1.8 | 3<br>1.4 | 5<br>2.2 |
| MO | 6<br>1.3 | 4<br>1.8 | 2<br>0.9 |
| MS | 1<br>0.2 | 1<br>0.5 | -<br> |
| MT | 1<br>0.2 | 1<br>0.5 | -<br> |
| NC | 14<br>3.1 | 5<br>2.3 | 9<br>3.9 |
| NH | 6<br>1.3 | 4<br>1.8 | 2<br>0.9 |

PhiPower Communications Inc. - #2745

Page 20
15:51:16 Nov. 7, 2014
(Continued)

JJRI #1425

Q040. In which state do you live?

|  | Total | Test | Control |
|----|-------|------|---------|
| NJ | 14<br>3.1 | 3<br>1.4 | 11<br>4.8 |
| NV | 11<br>2.4 | 8<br>3.6 | 3<br>1.3 |
| NY | 30<br>6.7 | 16<br>7.2 | 14<br>6.1 |
| OH | 19<br>4.2 | 6<br>2.7 | 13<br>5.7 |
| OK | 2<br>0.4 | 2<br>0.9 | -- |
| OR | 6<br>1.3 | 3<br>1.4 | 3<br>1.3 |
| PA | 18<br>4.0 | 8<br>3.6 | 10<br>4.3 |
| RI | 2<br>0.4 | 1<br>0.5 | 1<br>0.4 |
| SC | 5<br>1.1 | 2<br>0.9 | 3<br>1.3 |
| TN | 7<br>1.6 | 6<br>2.7 | 1<br>0.4 |
| TX | 23<br>5.1 | 13<br>5.9 | 10<br>4.3 |
| UT | 3<br>0.7 | 2<br>0.9 | 1<br>0.4 |
| VA | 10<br>2.2 | 5<br>2.3 | 5<br>2.2 |
| VT | 1<br>0.2 | 1<br>0.5 | -- |

Page 21
15:51:16 Nov. 7, 2014
(Continued)

JJRI #1425

Q040. In which state do you live?

|     | Total | Test | Control |
|-----|-------|------|---------|
| WA  | 20    | 10   | 10      |
|     | 4.4   | 4.5  | 4.3     |
| WI  | 7     | 5    | 2       |
|     | 1.6   | 2.3  | 0.9     |
| WV  | 2     | -    | 2       |
|     | 0.4   |      | 0.9     |
| WY  | 1     | -    | 1       |
|     | 0.2   |      | 0.4     |

JJRI #1425

REGION. Census Region

| | Total | Test | Control |
|---|---|---|---|
| | ------- | ------- | ------- |
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Net: Northeast | 93<br>20.6 | 43<br>19.5 | 50<br>21.7 |
| New England | 31<br>6.9 | 16<br>7.2 | 15<br>6.5 |
| Middle Atlantic | 62<br>13.7 | 27<br>12.2 | 35<br>15.2 |
| Net: Midwest | 103<br>22.8 | 54<br>24.4 | 49<br>21.3 |
| East North Central | 81<br>18.0 | 44<br>19.9 | 37<br>16.1 |
| West North Central | 22<br>4.9 | 10<br>4.5 | 12<br>5.2 |
| Net: South | 137<br>30.4 | 66<br>29.9 | 71<br>30.9 |
| South Atlantic | 90<br>20.0 | 39<br>17.6 | 51<br>22.2 |
| East South Central | 18<br>4.0 | 10<br>4.5 | 8<br>3.5 |
| West South Central | 29<br>6.4 | 17<br>7.7 | 12<br>5.2 |
| Net: West | 118<br>26.2 | 58<br>26.2 | 60<br>26.1 |
| Mountain | 35<br>7.8 | 21<br>9.5 | 14<br>6.1 |
| Pacific | 83<br>18.4 | 37<br>16.7 | 46<br>20.0 |

PhiPower Communications Inc. - #2745

JJRI #1425

Q050. Over the past three months or so, have you participated in any other survey related to travel?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | - | - | - |
| No | 435<br>96.5 | 211<br>95.5 | 224<br>97.4 |
| I don't know | 16<br>3.5 | 10<br>4.5 | 6<br>2.6 |

PhiPower Communications Inc. - #2745

Page 24
15:51:16 Nov. 7, 2014

JJRI #1425

Q060. Please select green from the following list in order to continue with this survey.

|              | Total | Test  | Control |
|--------------|-------|-------|---------|
| Base: Total  | 451   | 221   | 230     |
|              | 100.0 | 100.0 | 100.0   |
| Red          | -     | -     | -       |
| Blue         | -     | -     | -       |
| Yellow       | -     | -     | -       |
| Green        | 451   | 221   | 230     |
|              | 100.0 | 100.0 | 100.0   |
| I don't know | -     | -     | -       |

PhiPower Communications Inc. - #2745

JJRI #1425

Q070_A. Do you, or does anyone in your immediate household, work for ...
A social networking website?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | - | - | - |
| No | 450<br>99.8 | 221<br>100.0 | 229<br>99.6 |
| I don't know | 1<br>0.2 | - | 1<br>0.4 |

Page 26
15:51:16 Nov. 7, 2014

JJRI #1425

Q070_B. Do you, or does anyone in your immediate household, work for ...
A travel-related website?

|  | Total | Test | Control |
|---|-------|------|---------|
|  | ---------- | --------- | --------- |
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | - | - | - |
| No | 450<br>99.8 | 221<br>100.0 | 229<br>99.6 |
| I don't know | 1<br>0.2 | - | 1<br>0.4 |

PhiPower Communications Inc. - #2745

JJRI #1425

Q070_C. Do you, or does anyone in your immediate household, work for ...
An advertising agency or a market research firm?

|  | Total | Test | Control |
|---|---|---|---|
|  | ---------- | ---------- | ---------- |
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | - | - | - |
| No | 450<br>99.8 | 221<br>100.0 | 229<br>99.6 |
| I don't know | 1<br>0.2 | - | 1<br>0.4 |

JJRI #1425

Q075. Do you usually wear eyeglasses or contact lenses when looking at your computer screen?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | 284<br>63.0 | 132<br>59.7 | 152<br>66.1 |
| No | 167<br>37.0 | 89<br>40.3 | 78<br>33.9 |

Page 29
15:51:16 Nov. 7, 2014

JJRI #1425

Q080. Are you wearing those eyeglasses or contact lenses now?

|              | Total          | Test           | Control        |
|--------------|----------------|----------------|----------------|
| Base: Total  | 451<br>100.0   | 221<br>100.0   | 230<br>100.0   |
| Yes          | 284<br>63.0    | 132<br>59.7    | 152<br>66.1    |
| No           | -              | -              | -              |

PhiPower Communications Inc. - #2745

JJRI #1425

Q090. We need you to take your time, and carefully type in THOUGHTFUL AND COMPLETE answers to these questions. If you
are in a hurry or otherwise not willing to do that, we respectfully ask that you end the survey now.

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| I am willing to take the<br>survey seriously and<br>carefully type in<br>THOUGHTFUL AND COMPLETE<br>answers | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| I am in a hurry and<br>would rather end the<br>survey now | - | - | - |

JJRI #1425

Q120. What company or companies do you think created or put out the site you just looked at?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| SEE VERBATIMS | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |

PhiPower Communications Inc. - #2745

JJRI #1425

Q125. In particular, what is it that makes you think (Q120_1) created or put out the website you just looked at?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |
| SEE VERBATIMS | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |

Page 33
15:51:16 Nov. 7, 2014

JJRI #1425

Q130. Please name any other website(s) put out by the same company that put out the site you just looked at.

|  | Total | Test | Control |
|---|---|---|---|
|  | ------- | ------- | ------- |
| Base: Total | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |
| SEE VERBATIMS | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |

PhiPower Communications Inc. – #2745

JJRI #1425

Q140. Do you think the company that put out the website you just looked at ...

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| DOES have a business<br>connection, affiliation,<br>or association with<br>another company or<br>website? | 189<br>41.9 | 96<br>43.4 | 93<br>40.4 |
| does NOT have a business<br>connection, affiliation,<br>or association with<br>another company or<br>website? | 52<br>11.5 | 22<br>10.0 | 30<br>13.0 |
| I don't know | 182<br>40.4 | 75<br>33.9 | 107<br>46.5 |

JJRI #1425

Q145. With what other company or website do they have a business connection, affiliation, or association?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |
| SEE VERBATIMS | 189 | 96 | 93 |
|  | 41.9 | 43.4 | 40.4 |

Page 36
15:51:16 Nov. 7, 2014

JJRI #1425

Q150. Do you think that, to use its name, the company that put out the website you just looked at ...

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| DID get, or did need to get, permission or authorization from another company or website? | 188<br>41.7 | 86<br>38.9 | 102<br>44.3 |
| did NOT get, or did not need to get, permission or authorization from another company or website? | 67<br>14.9 | 30<br>13.6 | 37<br>16.1 |
| I don't know | 167<br>37.0 | 76<br>34.4 | 91<br>39.6 |

JJRI #1425

Q155. From what other company or website did the company that put out the website you just saw have to get permission
or authorization?(1)

|  | Total | Test | Control |
|---|---|---|---|
|  | -------- | -------- | -------- |
| Base: Total | 451 | 221 | 230 |
|  | 100.0 | 100.0 | 100.0 |
| SEE VERBATIMS | 188 | 86 | 102 |
|  | 41.7 | 38.9 | 44.3 |

JJRI #1425

PINTEREST SUMMARY. Mentioned Pinterest (pinterest, pintrest, pntrest, pininterest, pinitrest, pintrist, pinterst, pinterest) in
Open-ended Questions (Multiple Response)

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Net: Mentioned Pinterest<br>(or Misspelling) | 42<br>9.3 | 42<br>19.0 | - |
| Mentioned Pinterest<br>(or Misspelling)<br>Q120 | 28<br>6.2 | 28<br>12.7 | - |
| Mentioned Pinterest<br>(or Misspelling)<br>Q125 | 5<br>1.1 | 5<br>2.3 | - |
| Mentioned Pinterest<br>(or Misspelling)<br>Q130 | 6<br>1.3 | 6<br>2.7 | - |
| Mentioned Pinterest<br>(or Misspelling)<br>Q145 | 2<br>0.4 | 2<br>0.9 | - |
| Mentioned Pinterest<br>(or Misspelling)<br>Q155 | 7<br>1.6 | 7<br>3.2 | - |

JJRI #1425

Q200. When it came to answering these questions, ...

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| I did look up one or<br>more answers on the<br>Internet | - | - | - |
| I did not look up any<br>answers on the Internet | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |

JJRI #1425

Q210. Did you answer these questions with help or input from someone else, or did you answer them alone?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Did have help or input from someone else while answering these questions | - | - | - |
| Did not have help or input from someone else while answering these questions | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |

JJRI #1425

Q250. Did you encounter any technical problems while taking this survey?

|  | Total | Test | Control |
|---|---|---|---|
| Base: Total | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| Yes | -<br>- | -<br>- | -<br>- |
| No | 451<br>100.0 | 221<br>100.0 | 230<br>100.0 |
| I would prefer not to<br>say | -<br>- | -<br>- | -<br>- |

# Appendix F2:  Verbatim responses

JJ-OnlineBooking Study -- Verbatim Responses and Coding

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12025 | Test | Mentioned Pinterest (or Misspelling) Q120 | Mentioned Pinterest (or Misspelling) Q125 | | | | orbitz and pintrest engine | had the feel of pintrest and and orbitz search engine | | | |
| 12224 | Test | Mentioned Pinterest (or Misspelling) Q120 | Mentioned Pinterest (or Misspelling) Q125 | | | | pinterest | they mentioned trip boards and the name pin trips sounds like it came from pinterest | | | |
| 12945 | Test | Mentioned Pinterest (or Misspelling) Q120 | Mentioned Pinterest (or Misspelling) Q125 | | | | pinterest | it resembles something that pinterest does, and looks really interesting | | | |
| 13455 | Test | Mentioned Pinterest (or Misspelling) Q120 | Mentioned Pinterest (or Misspelling) Q125 | | | | Pinterest, based on the use of 'pin' in the proposed website's name. | The name and how reminiscent it was of Pinterest. | | | |
| 10533 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | Mentioned Pinterest (or Misspelling) Q145 | | I don't know, but I would guess it has something to do with pinterst | Just the name | I don't know. | Pinterest | |
| 12408 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | Mentioned Pinterest (or Misspelling) Q145 | | Pininterest | Because it uses the phrase, "pin flights, etc.." | Unknown | Pininterest | |
| 10370 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pintrest | i saw the words | | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10459 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Pinterest | The name. | | | |
| 10629 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | unsure but maybe pinterest?? | the names are similar | | | |
| 10717 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pintrest | the name of the site | | | |
| 10744 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pinterest | Because you pin it | | | |
| 10808 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Pninterest | The name of the site, and "Pin"ning your selected flights | I do not know of any others | | |
| 10822 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pinterest | because it reminds me of it..you can pin things about travel to save | | | |
| 10852 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | I do not know but maybe Pinterest? | The pins and the social media aspects | | | |
| 10984 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Pinterest | The similar name | | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11217 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pinterest | root word pin | | | |
| 11225 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pinterest | pin trips statement | | | |
| 11263 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pinterest | name tie-in | | | |
| 11314 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Pinterest | Pin | | | |
| 11406 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pintrest | I think orbit and all the other traveling sites made this to create competive prices | | | |
| 11634 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pininterest | It looks very social like and you can share it. | orbitz | | |
| 11836 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pinterest | to help make travel arrangements (for a fee, I'm sure) | | | |

3

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11875 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Piinterest | They are listed everywhere. | Expedia Orbitz | | |
| 12050 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | travelocity, pinterest | you forced me to say SOMETHING!!! I have no idea | | | |
| 12149 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | pintrest | look of it | | | |
| 13063 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Pinterest | The use of pins to highlight features | | | |
| 13300 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Pinterest | The name of the site and the way it works | | | |
| 13335 | Test | Mentioned Pinterest (or Misspelling) Q120 | | | | | Pintrest | The use of pins | | | |

| RESPID | GROUP | PINTERESTQ120 | PINTERESTQ125 | PINTERESTQ130 | PINTERESTQ145 | PINTERESTQ155 | Q120 | Q125 | Q130 | Q145 | Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | code | code | code | code | code | Verbatim | Verbatim | Verbatim | Verbatim | Verbatim |
| 10383 | Test | | Mentioned Pinterest (or Misspelling) Q125 | | | | I have no idea. This site was very jumbled and I could not understand it at all. | I could not figure out how it would be used. I guess it was Pininterest that you would have to belong to to be able to use it. Also the prices just kept changing for the same time and the same flight and that was the most confusing of all. | I just don't understand the above question. | | |
| 11350 | Test | | | Mentioned Pinterest (or Misspelling) Q130 | | | expedia travelocity | i saw them on the site | pinterest? | | |
| 11558 | Test | | | Mentioned Pinterest (or Misspelling) Q130 | | | pin trips | that was the only name I saw | possibly pinterest | | |
| 11590 | Test | | | Mentioned Pinterest (or Misspelling) Q130 | | | have no idea | i like it but i just don't know who designed it | pinitrest | all travel sites combined | travelocity,orbitz |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12543 | Test | | | Mentioned Pinterest (or Misspelling) Q130 | | | online travel sites | It suggests "pinning your trips planned from various sites like Expedia, Orbitz, etc. | Pinterest | | |
| 12649 | Test | | | Mentioned Pinterest (or Misspelling) Q130 | | | airlines | focus on selecting flights, saving/pinning them and seeing info real time | no idea ... pinterest would be a guess | | |
| 13323 | Test | | | Mentioned Pinterest (or Misspelling) Q130 | | | don't know | it just looks very different from other travel sites | pinterest | | |

9

7

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10119 | Test | | | | | Mentioned Pinterest (or Misspelling) Q155 | I would say the Company is a web based travel site called "Pintrips". | Because the site called "Pintrips" allows you to compare prices for flights from various sources like expedia or delta airlines and as you shop and compare your selected searches you can save or pin them in a folder so if you go in the next day, youcan pin or select your saved preferred flights. | Don't Know | | I am going to guess "Pinterest" as it makes sense that you are pinning your desired selections. |
| 10213 | Test | | | | | Mentioned Pinterest (or Misspelling) Q155 | I have no idea. | It could be an already established company or a new start up idea. I don't know. | I have no idea. | | Pinterest? |
| 10354 | Test | | | | | Mentioned Pinterest (or Misspelling) Q155 | priceline or tripadvisor | Both are popular sites to use when planning a trip | don't know | Another travel site | pintrest |

8

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10372 | Test | | | | | Mentioned Pinterest (or Misspelling) Q155 | I'm not sure, but probably one of the sites like Expedia, Kayak, or Travelosity | Because of the advertising on the site. | Southwest Airlines | Southwest, Expedia | Pinterest |
| 11075 | Test | | | | | Mentioned Pinterest (or Misspelling) Q155 | Orbitz, Southwest, Delta, United | They were some ot the listed airlines that I remember. nd that they were the same ones that flashed over and over again makes me believe that they are the only airlines that are in used by the site. | I don't know. | | All of the listed airlines. And perhaps Pinterest as it used 'Pin' and that seems to be associated directly and nearly solely with Pinterest |
| 11925 | Test | | | | | Mentioned Pinterest (or Misspelling) Q155 | travel agencies | They would have total info at their fingertips. | Don't Know. | | Pinterest |
| 12970 | Test | | | | | Mentioned Pinterest (or Misspelling) Q155 | orbitz , hotwire | we can compare prices from these sites | expedia | | from pinterest |

| | | code | code | code | code | code | Verbatim | Verbatim | Verbatim | Verbatim | Verbatim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RESPID | GROUP | PINTERESTQ120 | PINTERESTQ125 | PINTERESTQ130 | PINTERESTQ145 | PINTERESTQ155 | Q120 | Q125 | Q130 | Q145 | Q155 |
| 10025 | Test | | | | | | I would say Orbitz maybe since I believe I saw their logo on the site. The color scheme of the site also kind of reminded me of that company. | Again, because I saw their logo on the site and the color scheme reminds me of the company. | Orbitz.com | Delta, American Airlines, and United. | I think the company that put out the website needed to get permission from the airlines that were listed on its page: Delta, United, and American Airlines. |
| 10032 | Test | | | | | | I don't know | I saw no indication | I don't know | I don't know | |
| 10036 | Test | | | | | | orbitz | their logo | don't know | delta | |
| 10079 | Test | | | | | | expedia | function of the website | kayak | orbitz | eorbitz |
| 10086 | Test | | | | | | orbitz | multiple sources for same flights | do not know | other sites like it say kayak | al travel websites |
| 10107 | Test | | | | | | don't know | don't know | don't know | don't know | don't know |
| 10125 | Test | | | | | | Pintrips is the name of the site and I remember Delta | I saw the names on the webpage; | I don't know | Delta, American, Orbitz | not really sure |
| 10136 | Test | | | | | | united | it was listed, and it would attract business | not sure | | |
| 10154 | Test | | | | | | orbit pinstrips | they are travel sites | nada | | orbits |
| 10156 | Test | | | | | | no idea | sell tickets | don't know | don't know | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10195 | Test | | | | | | orbitz,experida kyak | i recall seeing their companies listed. it would make them more competive with one another. | | unsure | |
| 10206 | Test | | | | | | Expedia | similar to Expedia site | don't know | | |
| 10210 | Test | | | | | | Expedia, Travelocity | Same idea of searching for and choosing air travel | Priceline | | Expedia |
| 10225 | Test | | | | | | pintrip | don't know | dont know | dont know | Jet Blue and others |
| 10251 | Test | | | | | | Pintrips | Fares | Don't know | | |
| 10371 | Test | | | | | | I don't know | I don't know | Orbitz;Expedia;Travelocity | | |
| 10400 | Test | | | | | | travel agents | there were sites that supported travel | orbitz | dont know | the airlines |
| 10416 | Test | | | | | | Pintrip | Cause that was the name of the site. | not sure | Probably with the airline companies. | |
| 10426 | Test | | | | | | I don't know. | Not familiar with company, so not sure whether it the creator or not. | Delta. Jet Blue. | | |
| 10429 | Test | | | | | | kayak,orbitz | they are the main sources of travel information | none | expedia, orbitz, google, jet blue, american, southwest, kayak, delta, united | none |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10484 | Test | | | | | | Expedia | I thought I saw the Expedia name somewhere on there. | I don't know. | | |
| 10487 | Test | | | | | | pintrips | name at the head of the page | don't know | | |
| 10521 | Test | | | | | | a new one never seen before but the name didnt stand out to be but it had orbitz listings on it | | | | |
| 10529 | Test | | | | | | orbitz | they are a travel site | travel club | delta air | |
| 10564 | Test | | | | | | expedia | it fits their style | none come to mind | | |
| 10579 | Test | | | | | | I don't know | I don't normally use travel sites. I usually booked through my carriers website. | None | | |
| 10581 | Test | | | | | | orbitz | I was paying more attention to the prices so not sure but I think I remember seeing Orbitz | I don't recall | | |
| 10584 | Test | | | | | | dont know | dont know | dont know | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10595 | Test | | | | | | I don't know | different airlines that I saw, I don't know if the company was Expidia. | I don't know. | United, Southwest Expidia, Kayak, Jet Blue, Orbit, Delta | American Airlines, Goggle |
| 10599 | Test | | | | | | It looks like a collaborative effort by Tripadvisor and one or two of the alines sites. | The fact that you can access most airlines schedules & prices and read reviews from others. | I don't really know of any others. | The Airlines themselves. | |
| 10645 | Test | | | | | | Pin It | I think that is what the site was called | don't know | | |
| 10702 | Test | | | | | | pinit | i think i saw the name | expedia | expedia,delta | expedia,delta |
| 10718 | Test | | | | | | Orbitz | Saw there name on the site | Pinstripes | Pinstripes is affiliated with Orbitz | pinstipes would have to get authorization from Orbitz to use their site |
| 10767 | Test | | | | | | im not sure | i dont know who created it so I have no idea | i don't know of any | | |
| 10807 | Test | | | | | | Pin | It said that on the site | Didn't pay attention to anything not travel-related as if I were trying to book a flight. | | |
| 10815 | Test | | | | | | pinput orbitz | the logo on their site | dont know | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10864 | Test | | | | | | Pin | Gives you a chance to Pin what items you want | Expedia | | United;Delta;Expedia;Kayak;Jet Blue |
| 10916 | Test | | | | | | a traveling website like travelocity | because you can look at different airlines | don't know | don't know | |
| 10948 | Test | | | | | | not sure | i don't know | dont know | orbitz | orbitz |
| 10953 | Test | | | | | | orbitz | the website had the orbitz logo printed on it. | pintrips | pintrips | airline companies like jet blue |
| 10970 | Test | | | | | | pin trip | it looks easier and won't take as much time to find the tickets I want | trip advisory | most of the time they have someone theywork with | |
| 10994 | Test | | | | | | dont know | n/a | none | | |
| 11030 | Test | | | | | | Pintrips | That was the name of the site. | None. | Orbitz, United, American, Delta | Orbitz, American, United, Delta |
| 11078 | Test | | | | | | Expedia | Thtat was the one travel site name I noticed | none | I noticed Orbitz, Expedia, Delta, and other airlines | I also saw Kayak, Jet Blue Google |
| 11093 | Test | | | | | | airline | because its about planning a trip | none that I know of | airlines | delta airlines |
| 11108 | Test | | | | | | orbitz | it appeared on the webpage | expeida | airlines companies | |
| 11116 | Test | | | | | | pintrips | inorder for people to book there flights | i can not think of any from the top of my head | other travel site | other travel site |
| 11130 | Test | | | | | | pinstrips | it has a lot to do with them | i dont know any | | i dont know |

14

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11143 | Test | | | | | | hotwire, priceline | content wise its matches | | priviously have booking system | |
| 11155 | Test | | | | | | dont know | no clear sign | not sure | | |
| 11162 | Test | | | | | | NA | NA | NA | | |
| 11173 | Test | | | | | | I do not know what company put out this site, but I found it a bit overwhelming. | I site like Expedia might have something to do with it as they want the customer to book everything from them. | Travelocity and Orbitz may also have an interest in designing a site like this one.  I gives the customer the opportunity to evaluate varies airlines and check out the best prices in real time. | The company would have an association with some of the major airline carriers. | The website probably contracted with the airline carriers mentioned. |
| 11188 | Test | | | | | | no idea | I don't know which company created the page I just looked at. There are a number/of possibilities. | travelosity;pricelin e;orbits | | the multiple airlines that were listed;delta, jet blue etc |
| 11189 | Test | | | | | | american airlines | advertise they offer for every trip | don't know | expedia | |
| 11232 | Test | | | | | | jetblue | The lettering is the same as Jetblue's. | none | jetblue | |
| 11250 | Test | | | | | | not sure | too many different graphics | not sure | orbitz | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11267 | Test | | | | | | orbitz pinstrips | because their names are clearly shown on the page | orbitz.com | southwest airlines | dont know the name |
| 11301 | Test | | | | | | pintrips | name all over site | orbitz | delta | southwest |
| 11355 | Test | | | | | | pintrips | because their name was the most prominent | don't know | | all the different airlines and travel websites they list, orbitz, southwest, etc |
| 11359 | Test | | | | | | to busy to tell which company out of all of the ones listed | too much crap to look at | don't know | | |
| 11376 | Test | | | | | | pin | i dont know | i dont know | i dont know | i dont know |
| 11389 | Test | | | | | | EXPEDIA | DONT KNOW | NONE | | |
| 11411 | Test | | | | | | airlines | sveral airlines advertising prices and times for a destination i pinned | expedia, united airlines, orbitz | | american airlins |
| 11417 | Test | | | | | | i dont know | dont use travel sites so I didnt know | | | |
| 11449 | Test | | | | | | pintrips | logo | delta, united, southwest | all the airlines | all the airlines advertised |
| 11465 | Test | | | | | | microsoft | dont know | one travel, yahoo, expedia,kayak,trav elocity,priceline | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11487 | Test | | | | | | pintravel | for mobile user to compare prices for travels | Expedia, JetBlue | Expedia, JetBlue | Expedia, JetBlue |
| 11499 | Test | | | | | | PinTrips | That was the name of the company on it. | none that I know of | | |
| 11505 | Test | | | | | | no clue | again, no clue | no idea whatsoever | | no idea |
| 11515 | Test | | | | | | do not know | so many different companies mentioned | | | |
| 11518 | Test | | | | | | orbit | my opinon | not sure  don't know | | |
| 11525 | Test | | | | | | An airline.. but it does feel like some of the others that are out there | I don't remember seeing book a car or hotel. I could have missed that. | Cheap, Kayah, Expedia, Orbit, Southwest Airlines | Don't know what one.. I'm just going on how it works==similar to the others out there. | |
| 11526 | Test | | | | | | orbitz | their name in website | orbitz | orbitz | orbitz |
| 11595 | Test | | | | | | na | na. u nsur e | unsure | | |
| 11618 | Test | | | | | | Orbitz | Can search multiple flights | Trip Advisor | Airlines | |
| 11633 | Test | | | | | | expedia | what it talks about | do not know | | |
| 11697 | Test | | | | | | expedia | they have sales and use something like this | southwest | airlines | travel.com |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11765 | Test | | | | | | pin trips | they were identified at the top of the pages and on several items as it pointed out the various features of using thier website. | none | | |
| 11779 | Test | | | | | | orbitz | i thought i saw the name | none | airlines | |
| 11786 | Test | | | | | | dont know | not that familiar with any of these types of sites | dont know | | |
| 11787 | Test | | | | | | I'm not sure | I didn't see any actual sponsor information, just a bunch of travel companies | Unknown | Orbitz, Expedia | All of the named travel sites, airlines, hotels |
| 11788 | Test | | | | | | travel agencies | because its about airlines | dont know | | |
| 11832 | Test | | | | | | I think american airlines. | Because I saw alot of blue and red colors which are the colors of the airline. | Expedia | | |
| 11837 | Test | | | | | | pintrips | uuuhhhh, that's the name that is on the website and that's the logo. | don't know. | | All these travel websites and all these airline websites. |
| 11843 | Test | | | | | | United | They were featured | Not sure | Expedia | United;Jet Blue;Expedia |

18

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11847 | Test | | | | | | expedia, kayak | it was advertised | none | none | |
| 11848 | Test | | | | | | I don't know. | Site is too cluttered. | I don't know. | | |
| 11880 | Test | | | | | | Priceline, Expedia, not sure | Logos and fonts seem to be the same color, same format, same font, too fast | Priceline | Priceline or Expedia | Priceline or Expedia |
| 11927 | Test | | | | | | | | none | | |
| 11947 | Test | | | | | | Kayak, Hulu, Orbitz | Thier names seemed to stand out more than some others and I think the mentioned airlines would rather you go on their web sites. | Don't know | Orbitz, Expedia Kayak | |
| 11958 | Test | | | | | | don't know which | i was not understanding the instructions good enough on the previous page & tryin g to press 'buttons' that would not do any good | expedia, jetblue, american airlines, united, southwest, orbitz | | Delta, Kayak,Google |
| 11987 | Test | | | | | | pintrips | travel websites | travelosity | | |
| 12073 | Test | | | | | | Yahoo | visual presentation;the way it is formatted | Travel Advisor | | |
| 12110 | Test | | | | | | not sure | not sure | travelocity | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12122 | Test | | | | | | not sure | many companies were featured, but not sure who created the site | no, I don't want to | | United, orbitz |
| 12123 | Test | | | | | | Pintrips | I saw the word everywhere | I dont know | | |
| 12139 | Test | | | | | | not sure | hard to tell as screen was very overcrowed | delta,orbitz | | |
| 12140 | Test | | | | | | Member airlines...United, Delta, Virgin, etc. | Preponderance of advertising and schedules. | Expedia | | Most likely the member airlines that honor any bookings. |
| 12215 | Test | | | | | | Trip Advisor | It looks as if Trip Advisor website could have created it considering it as an aggregator... | Kayak, Expedia, Travelocity | Expedia | Expedia |
| 12233 | Test | | | | | | Pintrips.com | Because thats what the websites name is that I just saw | Orbitz, Travelocity | Orbitz, Delta | Not sure |
| 12235 | Test | | | | | | I don't know | I don't know | Cannot | | |
| 12237 | Test | | | | | | PINTRIP | THEIR NAME WAS POSTED | DON'T KNOW | ORBITZ KAYAK EXPEDIA | ORBITZ KAYAK EXPEDIA |
| 12255 | Test | | | | | | pintravel | it brings all the travel sites together | none | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12264 | Test | | | | | | expedia, travelocity, orbitz, kayak | | I wish it would include Southwest | the airlines and the websites i referred to a couple pages ago | the airlines and the aforedescribed websites |
| 12274 | Test | | | | | | pink travel | not sure | none | | |
| 12285 | Test | | | | | | Delta Airlines United Airlines | I remember seeing their names and I use them alot especially Delta | none | | |
| 12301 | Test | | | | | | Orbitz, Expedia, Travelocity, Trip Advisor, | It is a travel site and these are some of the top travel sites. If there is something new and they could benefit from it, they will create or put it out there | Trivago, | Pintrips | Expedia, American Airlines, all the major airlines and travel sites |
| 12351 | Test | | | | | | Kayak, Expedia, Travelocity | I saw those companies pass across the screen. | don't know | Delt, United, Jet Blue, Southwest, American Airlines | individual websites of companies offering options on this site |
| 12368 | Test | | | | | | Pin Trips | The logo along the tops of pages is Pin Trips | I don't know | | |
| 12372 | Test | | | | | | kayak, travelocity | i saw their names flashing across the top section | orbitz | Jet Blue Google Expedia American Delta United | I would say Google Expedia and the Airlines |
| 12399 | Test | | | | | | Google | Great | great | great | great |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12407 | Test | | | | | | orbitz | they had the label on the website | none | | |
| 12411 | Test | | | | | | pinning | saw something close to that name | do not know | | |
| 12432 | Test | | | | | | airlines | saw airlines listed | orbiz | travel companies | |
| 12459 | Test | | | | | | Not sure | I don't know | None | | |
| 12489 | Test | | | | | | I have no idea | Idon't recall seeing any particular company involved | EXPEDIA;ORBITZ | | |
| 12495 | Test | | | | | | I think there were numerous companies involved such as expedia and orbitz amoung others. | The reason I believe there were multiple companies colaborating is because numerous company titles and logos were present at the top panel of the screen. | Orbitz.com;Expedia.com;Tracelocity.com;Priceline.com;Southwestairlines.com | | |
| 12507 | Test | | | | | | dont know | clueless | dont know | | |
| 12538 | Test | | | | | | not sure | familiar | travelosity | none | |
| 12544 | Test | | | | | | Don't Know. I'm thinking maybe Expedia or some major Airlines, such as American. | I saw the names I mentioned on the site. | Don't Know | Expedia, Jet Blue, Orbitz, Southwest Airlines, Kayak, American Airlines, Delta, expedia, google | Google, Expedia, Southwest Airlines, Delta, Jet Blue, Kayak, Orbitz, United Airlines, American, Airlines, Priceline, Virgin Airlines |
| 12551 | Test | | | | | | not sure? bing? | seems like something they would do | google | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12557 | Test | | | | | | I think it might be an airline that is trying to prove they offer the best prices.;Or it might be a new travel service that is trying to do a better job than the ones out there now. | If an airline offers cheaper prices, this would be the best way to prove it.;;There are a lot of travel sites out there right now. I think if a new one wanted to start up they would have to offer something that no one else does. | I don't think any other website has been put out by this company | | |
| 12580 | Test | | | | | | Pintrips | That's the name of the site, and the name is mentioned several times regarding their services. | Not aware of any. | | |
| 12594 | Test | | | | | | don't know | don't know | none | | |
| 12618 | Test | | | | | | orbitz expedia kayak | it will help promote themselves. if people have the app they will posibbly book through them | dont know | i think its the 3 travel compoanies all affilated together for the app | |
| 12690 | Test | | | | | | not sure | cause imk just nbiot sure | i really dopnt know | | |

23

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12691 | Test | | | | | | airline sites | different airline sites are on this website | comparison airline sites | | |
| 12711 | Test | | | | | | pintrip | its about travel, airlines | delta | | |
| 12731 | Test | | | | | | expedia | the color of the site | travelocity | | expedia |
| 12737 | Test | | | | | | Expedia, Kayak | they are popular travel sites | N/A | | United, Southwest |
| 12742 | Test | | | | | | | It looks similar to some of their other ads | just expedia | expedia | |
| 12749 | Test | | | | | | n/a | n/a | expedia | expedia | |
| 12760 | Test | | | | | | i don't know | not memorable | none | i dont know | i don't know |
| 12773 | Test | | | | | | don't know a lot of brands were shown | it was confusing | don't know | don't know | expedia, Jet Blue, American Air lines, Delta |
| 12797 | Test | | | | | | PINTRIPS | LOGO EVERYWHERE | N/A | | |
| 12800 | Test | | | | | | don't know | Huh? | don't know | various airlines;orbitz | |
| 12801 | Test | | | | | | PinTrips | It had their name on the site. | I dont know of any other websites. | Airlines such as Delta, Jet, Blue, American, United, and travel websites such as Orbits, Expedia. | |
| 12851 | Test | | | | | | dont know | i do | dont know | dont know | |
| 12876 | Test | | | | | | orbitz priceline kayak | because of the type of site it is | google facebook | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12886 | Test | | | | | | tripadvisor | it is a combination of many different sites which is how i think of tripadvisor. different aspects of travel all together | i have no idea, unless maybe cheapflights | | |
| 12915 | Test | | | | | | orbitz | soundsl and looks like them | pfm travel | pintrips,airlines,ot her travelsites | airlines,orbitz, |
| 12997 | Test | | | | | | Pintrips | thats the brand | dont know | | various airlines |
| 13001 | Test | | | | | | Pinecrest | It said it at the bottom. | none | | It looks legit |
| 13023 | Test | | | | | | Orbitz | It seems like what i have viewed in the past. | Not sure | All the airlines | Orbitz and Expedia |
| 13069 | Test | | | | | | Exedia, Orbitz, Hotwire | It looks like it searches multiple sites | Not sure | Travelocity | Travelocity |
| 13085 | Test | | | | | | traviling companys | the way the pag look like and the prices on the pag its about air line | southwest air line | american airline ; | |
| 13130 | Test | | | | | | Delta, JetBlue, Expedia, Pinup | Their logos are on the page. | Not sure. | | Delta, JetBlue, Orbitz, United |
| 13138 | Test | | | | | | Pintrips | It's the url name of the website. | Expedia | Expedia, Orbitz, Delta, Jet Blue, United, Kayak, Southwest, Google, American Airlines... | I don't know. |

25

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13148 | Test | | | | | | Pintrack | It was about different airlines and if you want to take a trip and want a low price, you can pin the travel and wait to see when the price does down before making the purchase of a ticket. I love this idea | a website that allows you to pin where you want to go nd how long it will take you to get there, like directions. | There are United, Airlines, Delta and Google and others | From the plane companies and google to use their set up page |
| 13171 | Test | | | | | | I don't know | there was no one unifying brand | none | expedia orbitz the airlines | none |
| 13174 | Test | | | | | | etravelocity | it has travel ino | orbit | dont know | I don't know |
| 13189 | Test | | | | | | Orbitz | I remember seeing their name along a grey bar | orbitz travel website | | |
| 13210 | Test | | | | | | Orbitz | the look | Expedia, Travelocity | Other travel sites - hotels and airlines | None |
| 13248 | Test | | | | | | orbitz | the add | dont know | | |
| 13290 | Test | | | | | | samsung | By the look of the site. It is very modern and innovative | there are none that I can think of | | |
| 13295 | Test | | | | | | A new company - it doesn't look like any travel site I've seen. | It doesn't look like any travel site I've seen. So I think a new company is putting it together. | N/A | | All of the travel sites it lets you pull from |

26

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13296 | Test | | | | | | it looks orbit | the color of the background | travelocity | expeida | |
| 13301 | Test | | | | | | I didn't assume that it was created by any pre-existing travel company. But if I were to guess one, I would say Expedia since I saw that brand name on the home page in one of the graphics. | I guessed Expedia because it's the one brand name I remember seeing on the home page. But I wouldn't assume any pre-existing company created the site because it seems like it would be redundant for them to have another travel comparison website. | I have no idea. None, to my knowledge. | | |
| 13310 | Test | | | | | | Expedia | I saw their name a few times and it seems like other stuff they have done | American Airlines, United Airlines | Expedia, Kayak | Expedia and Kayak |
| 13318 | Test | | | | | | expedia | don't know | expedia | Expedia | |
| 13321 | Test | | | | | | Microsoft. | The general corporate look and I know they bought a fare prediction company | Bing | Microsoft | Orbitz, Expedia, Kayak |
| 13342 | Test | | | | | | don't know | apple | don't know | | |

| RESPID | GROUP | code | code | code | code | code | Verbatim | Verbatim | Verbatim | Verbatim | Verbatim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PINTERESTQ120 | PINTERESTQ125 | PINTERESTQ130 | PINTERESTQ145 | PINTERESTQ155 | Q120 | Q125 | Q130 | Q145 | Q155 |
| 13349 | Test | | | | | | travel sites | because their names were on the site | none | none | dont know |
| 13353 | Test | | | | | | Pintrips | The name was all over the website | Dont know | Orbitz, united | Dont know |
| 13356 | Test | | | | | | Kayak? Or Travelocity? Really not sure. | They do price comparisons among various sites. | don't know | all travel sites | |
| 13376 | Test | | | | | | dont know | the brand is not there. | pine | usa airlines | usa goverment |
| 13424 | Test | | | | | | Don't know | Don't know | Don't know | | |
| 13434 | Test | | | | | | expedia, priceline | They like to give the user the best deals possible for travel | none | | |
| 13446 | Test | | | | | | Travel guide, or the airlines | It looks just like they did. I can easily tell | Hotwire | Hotwire | Expedia, google |
| 13452 | Test | | | | | | travelocity | It's the one brand I usually remember that advertises travel. It could be expedia. I should have paid more attention to the brand. | expedia, i think. I"m not really sure. | Expedia, travelocity | expedia, jet blue, american airlines |
| 13459 | Test | | | | | | Airline companies or someone affiated | It has to do with traveling and airlines | Not sure | Expedia, Jetblue | Expedia.com |

28

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13465 | Test | | | | | | | Since that the site, they are like get played by one of the other site expedia, orbit or etc | Don't Know | Orbitz, united, delta & american airlines | |
| 13470 | Test | | | | | | Pintrips | similar to their site | priceline | | |
| 13477 | Test | | | | | | orbit | it is a treavel site | nothing | google | travel |
| 13498 | Test | | | | | | Global distribution systems | They coordinate all of the flight costs for airlines through their reservation systems and then distribute them through global distribution software to travel agents and airfare comparison websites. | Don't know | Several airlines or a company like Sabre. | United, Delta, etc. |
| 13503 | Test | | | | | | Orbitz | They had their name on it. | Kayak | Don't know. | Don't Know. |
| 13508 | Test | | | | | | Expedia | The colors and I saw the word Expedia on one of the apps | Don't know | | Expedia, kayak |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13514 | Test | | | | | | Probably a travel agency or maybe the airline companies put it together | Because those are both companies that would directly benefit from people traveling and buing airline tickets. If they made it easier to buy tickets, they would make more money | | I don't know. Probably another travel company | |
| 13522 | Test | | | | | | Google, Delta, Orbit | I remember seeing their brand names on the site among others | I don't know | Google | google? |
| 10006 | Control | | | | | | cliptrip | everything revolved around them | none | orbitz | orbitz |
| 10037 | Control | | | | | | Orbiz | First company that came to mind | none | United, delta a Jet Blue | From the company(s) mentioned |
| 10050 | Control | | | | | | I don't know, but it seemed to encompass all of the big travel vendors. | I saw several names of travel vendors that I recognized. It appeared that they were all in competition with each other, so I wonder which company put this together. | Kayak | | There appears to be several airlines that are participating in this program. |

30

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10055 | Control | | | | | | orbitz | its easy to searhch and great value | | | |
| 10061 | Control | | | | | | looks like the expedia website but for mobile users. | the color theme was similar. the user-friendliness of the website is similar. | don't know. | Google and expedia | from Google. With advanced searches like google, the prices seem to change in real time which seems like a capability that google is able to handle. |
| 10065 | Control | | | | | | Not sure | It's travel based its name was on the website | Dont know | | |
| 10082 | Control | | | | | | expedia | | don't know | | |
| 10088 | Control | | | | | | clip trip | It's trendy way to shop for travel | I don't know | | |
| 10106 | Control | | | | | | one company | one company consolidates all the flights | expedia, trip advisor | | |
| 10147 | Control | | | | | | cliptrips has many websites fares | I don't know who put it out, I like how they have many different fares and the updated prices | don't know | | |
| 10152 | Control | | | | | | orbits | it looks like them and it shows good deals | expedia kayak hotwire travelocity tripadvisor | | i am really not sure |

| RESPID | GROUP | PINTERESTQ120 | PINTERESTQ125 | PINTERESTQ130 | PINTERESTQ145 | PINTERESTQ155 | Q120 | Q125 | Q130 | Q145 | Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | code | code | code | code | code | Verbatim | Verbatim | Verbatim | Verbatim | Verbatim |
| 10167 | Control | | | | | | travelocity | Becujase I have used travelociti in the past and it reminds me of it | | | |
| 10177 | Control | | | | | | not sure | no logo | don't know | | I cannot think of any |
| 10197 | Control | | | | | | dont know | because I don't know | dont know who put out this one so I cant say what else they put out | | |
| 10211 | Control | | | | | | clip | dont know | orbitz | orbitz | |
| 10242 | Control | | | | | | travel site | air line | jet blue | | |
| 10248 | Control | | | | | | travelocity | they allow you to save flights | expedia | orbitz | they would need permisson from orbitz, expedia and any of the airlines they advertise on the website |
| 10276 | Control | | | | | | cliptrips | name all over the site | do not know | Expedia and different airlines | expedia, delta, jet blue |
| 10288 | Control | | | | | | no idea | no idea | none | | |
| 10290 | Control | | | | | | delta, southwest | I'm not sure. | Don't know | Delta, Southwest, orbitz, united, google, kayak | Delta, Southwest, United, Google, Orbitz |
| 10309 | Control | | | | | | it is ok | one web is just about the same as the other | dont know | | |
| 10317 | Control | | | | | | True Blue, Hotel.com | Very popular sites | Expedia.com | delta orbits | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10318 | Control | | | | | | | I think that who ever put it out ,it was alabout travel seem to be popular | dont know | | |
| 10320 | Control | | | | | | expedia | | travelocity | | expedia |
| 10326 | Control | | | | | | Cliptrips, airlines, travel people | becasue the website is about comparing airline fares | I don't know of any | all the airlines | each airline that it listed on it's webiste |
| 10330 | Control | | | | | | orbitz | nothing-just a guess | none | expedia | |
| 10339 | Control | | | | | | dont know | it doesnt bring to mind any other company | dont know | | |
| 10345 | Control | | | | | | United ;Southwest | I like United Airlines but Southwest usually has the lowest prices | None | | they would probably have to ask the different airlines |
| 10403 | Control | | | | | | obitz, delta | I saw there logo or brand name, as well I seen others but can't remember | Dont Know | dont know | |
| 10447 | Control | | | | | | Orbitz, Expedia | they showed the various prices you could get for flights and compare them | united | Jet Blue, American Airlines, Delta, Southwest | United, Delta, Southwest, Google, Jet Blue |
| 10469 | Control | | | | | | airline companies;travel companes | one souce makes it easier to purchase | none | | |
| 10481 | Control | | | | | | don't know | don't know | none | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10488 | Control | | | | | | Orbitz and other on-line travel sites | There is information specifically by Orbitz and there must be other sites contributing considering all the different information | Don't remember | It apparently has access to other on line databases in order to get all the information it has. I can think of Kayak that does aggregation also | I don't know |
| 10516 | Control | | | | | | not sure | travel wesite | orbitz | | |
| 10530 | Control | | | | | | ORBITZ | I SAW IT | NONE | | |
| 10545 | Control | | | | | | cliptrips | their name is on the site and the word "clip" is used repeatedly | don't know | | |
| 10553 | Control | | | | | | Travel companies like Orbiotz and Travelocity | It had featured travel and flights as it's content | I'm not sure | Orbitz, Expedia, Unitied, American Airlines, Delta | Delta, American Airlines, Orbitz, Expedia, United |
| 10594 | Control | | | | | | Orbitz | Saw the Orbitz logo on the website | Orbitz.com | | Orbitz |
| 10648 | Control | | | | | | not really sure | can't remember all of the information there | not sure | | |
| 10653 | Control | | | | | | I would think a travel company | It has all the different airlines to choose from so that is why | Clip trips | | I don't know |

34

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10658 | Control | | | | | | I don't know. Expedia maybe? | Because expedia claims to be the best and easiest travel website and cliptrips seems like it falls under that same claim | I don't know | | |
| 10670 | Control | | | | | | dont know | not sure | none | | |
| 10710 | Control | | | | | | google | there was a google logo | | google | |
| 10713 | Control | | | | | | netclips | no idea | orbitz | jet blur, united, american, expedia | cliptrips |
| 10720 | Control | | | | | | united airlines | the flights where from United | delta | | i dont know |
| 10722 | Control | | | | | | airlines | they were advertising their fares | priceline | | orbitz |
| 10732 | Control | | | | | | clip trips | they appeared to be the main sponsor | don't know | Expedia + Orbitz | they are in it together |
| 10754 | Control | | | | | | Don't know | Don't know | Don't know | | |
| 10841 | Control | | | | | | travel | travel ideas | not sure | | |
| 10897 | Control | | | | | | cliptrips | that was the name on the page i looked at | dont know | | |
| 10907 | Control | | | | | | expedia | looks like something I saw before when I was on the website | kayak,jet blue,delta,american airlines,southwest airlines | | google |
| 10962 | Control | | | | | | n/a | airlines | expedia | | |

35

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10973 | Control | | | | | | dont know | never seen before dont know | | | |
| 10976 | Control | | | | | | Cliptrips | There name was all over the page. | I don't know | | |
| 10981 | Control | | | | | | clip trip, and airlines companies | it looks like a travel website | I don't know | | airlines and hotels |
| 10991 | Control | | | | | | I am not sure; | The colors. | None | | Google |
| 10998 | Control | | | | | | airlines such as delta, US airways, United | their names advertised on the app | dont know | kayak, orbitz | |
| 11008 | Control | | | | | | i have no idea | didn't fit with anyone I know | expedia | | |
| 11010 | Control | | | | | | I think I was looking at the company Cliptrips. It also featured a lot of well-known sponsors like Google and Southwest. | The graphics that displayed the company name was more pronounced, and the name was displayed several times throughout the page. | There were also sites like Google and Southwest shown on the company | The company has connections with other companies like Google, JetBlue, Southwest, American Airlines, and other airplane companies. not sure | I think the compnay had to get permission from United, Delta, Orbitz and American airlines |
| 11015 | Control | | | | | | orbitz | it looks like it | expedia | | |
| 11063 | Control | | | | | | Orbits | I saw their name on the website | can't remember | | |
| 11064 | Control | | | | | | DONT KNOW | DONT KNOW | EXPEDIA | | |
| 11079 | Control | | | | | | i do not know | i have no idea | i do not know | | |
| 11104 | Control | | | | | | Orbitz.com | The different slogans on the site, the way the site was designed | expedia.com hotels.com travelocity | | I see orbitz, then dleta and then American Airlines |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11120 | Control | | | | | | I don't know. | It advertised multiple websites/airlines, but I didn't see who created the company | I don't know | southwest, kayak, american, orbitz | southwest, kayak, orbitz, united, american |
| 11122 | Control | | | | | | clip trip; | that was the name at the top of the site. | n/a | | travelocity, orbitz |
| 11125 | Control | | | | | | not sure | i am not sure that it is any one company i am aware of | idont know | | |
| 11135 | Control | | | | | | companies in the same vein as orbitz and expedia | looks like something they would do as opposed to a generic airline company | cant think of any other, maybe priceline? | | |
| 11150 | Control | | | | | | I have no clue | I just don't know the answer | don't know | don't know | the sights the app needs access to to update the information your have "clipped" |
| 11152 | Control | | | | | | Don't know | It didn't look like it said anywhere. | Don't know | | |
| 11179 | Control | | | | | | Orbitz | I saw the name! | Priceline.com | Don't know | Priceline.com, Orbitz |
| 11184 | Control | | | | | | clip trip | its easier to use | cliptrip | cliptrip | cliptrip |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11210 | Control | | | | | | I don't know. | Because it showcased quite a few different companies, such as, kayak, orbitz and quite a few airlines such as american, virgin, etc. | | | All of them, Kayak, Orbitz, Expedia, Google, American, Virgin and others. |
| 11214 | Control | | | | | | i don't know | n/a | none | | |
| 11219 | Control | | | | | | clip trips | n/a | n/a | | delta |
| 11288 | Control | | | | | | cliptips | saw the name on top of the page | orbitz | | orbitz |
| 11293 | Control | | | | | | Expedia | don't know | Orbitz | | |
| 11300 | Control | | | | | | cliptrip | I believe I saw the name on the site | don't know | | |
| 11310 | Control | | | | | | no idea | didnt see | how di i answer that | maybe expedia orbit etc | |
| 11315 | Control | | | | | | Cliptrips | Their name was on it | No idea | | airlines |
| 11346 | Control | | | | | | delta airlines | That is the name of the airline mentioned in the advertisement | i do not know of any | | |
| 11348 | Control | | | | | | Ammerican Airlines, or Jetblue | Thesenames were predomintly displayed at the top of the page | ORBITZ | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11373 | Control | | | | | | Expedia, Travelocity. Priceline | There were Travel Company names listed looks like the syle and fonts | n/a | I don't know | n/a |
| 11398 | Control | | | | | | expedia | | kayak | travelocity | expedia |
| 11399 | Control | | | | | | priceline | had their visuals | expedia | | priceline |
| 11433 | Control | | | | | | Clip trips | They have the largest lettering and everything refers you back to click on Clip trips | Expedia and Orbitz | Orbitz and Expedia | |
| 11441 | Control | | | | | | clip trips | Their name at the heading of the site | don't know | | orbitz, expedia, united airlines, jet blue, etc |
| 11523 | Control | | | | | | Orbitz | they have various travel merchants they are providers for | Clip | major airlines | orbitz, southwest, expedia, united --- major airlines |
| 11531 | Control | | | | | | Clip-IT | I am really not sure, but I saw the word clip and that sounds like a good name for the websie. | I don't know of any | I could not see any company or website unless it is one of tha major airlines. | |
| 11560 | Control | | | | | | don't know | don't know | travelacity.com, orbiz.com, kayak.com | | |
| 11597 | Control | | | | | | Orbitz | I saw them on the page | American Airlines | | American and Orbitz |

39

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11603 | Control | | | | | | I have no clue...website looked very unorganised to me | Just looked like there were numbers bouncing around and it looked confusing | Tripadvisor, Expedia | | Q155 |
| 11616 | Control | | | | | | Clicktrip | That name came up more than any other. | Orbitz, Jet Blue | | |
| 11623 | Control | | | | | | Airline companies, travel companies such as Orbiz, Travelocity, or Expedia | I saw several airline names mentioned so I thought maybe they coordinated things to have it easy to shop for the best flights/ prices.  Also, it looks like the creation of a travel company such as Orbiz, Travelocity, or Expedia because it makes it possible to compare multiple airlines in one place. | I am not familiar with any other website. | Orbitz | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11628 | Control | | | | | | A mix of internet based travel companies like Expedia, Travelocity, etc. | I've seen Expedia in one of the clipped sited | not sure | Airline companies like United, Delta | the company being used on the website |
| 11636 | Control | | | | | | Cliptrip | Because it looks like they are the company that you go to to look at all of the available options, clip it and pick which one you want to take. | don't know of any other company. | Orbitz, expedia, jetblue | |
| 11649 | Control | | | | | | travelocity | they would use this type of ad | don't know | | |
| 11654 | Control | | | | | | EXPEDIA PRICELINE OR ORBITZ MAYBE FEEL THAT MAYBE KAYAK BECAUSE YOU CAN LOOK AT SO MANY DIFFERENT OPTIONS | FEEL THAT IT WOULD BE AN ONLINE TRAVEL AGENCY THAT IS TRYING TO COMPARE RATES AND GIVE YOU THE BEST PRICE | HOTEL.COM CHEAPTICKET.COM | | FROM AN AIRLINE COMPANY MAYBE I DONT KNOW |
| 11655 | Control | | | | | | One is Virgin America. I didn't recognize the other airlines, however, I have seen the airlines symbol before. | I saw a tail symbol in red, I believe - Virgin. And there was America in red, too. | I don't know of any. | | |

41

| RESPID | GROUP | code / PINTERESTQ120 | code / PINTERESTQ125 | code / PINTERESTQ130 | code / PINTERESTQ145 | code / PINTERESTQ155 | Verbatim / Q120 | Verbatim / Q125 | Verbatim / Q130 | Verbatim / Q145 | Verbatim / Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11657 | Control | | | | | | cliptrip | name repeated often | jetblue | | |
| 11692 | Control | | | | | | cliptrip | about the trip like airline booking etc | cliptrip | airlines companuy such as orbits, american airlines, kayak | |
| 11694 | Control | | | | | | orbitz | the ad they had on the lower part of the page | tripclip | | from whoever runs the site |
| 11745 | Control | | | | | | Don't know | I didn't pay attention to the page heading | None | travel deals I believe | SOUTHWEST, GOOGLE, EXPEDIA |
| 11746 | Control | | | | | | google | the concept | not sure | | |
| 11755 | Control | | | | | | NA | I'm not sure. | NA. | | |
| 11756 | Control | | | | | | dont know | dont know | none | orbitz;united;delta | |
| 11759 | Control | | | | | | great | it is cool | my app | it looks great | great |
| 11776 | Control | | | | | | expedia, travelocity, cliptrip | cliptrip is the name of the site, if I remember correctly, and the other two brands were listed on the site as resources | I am not sure | Perhaps Orbitz, Expedia, and American Airlines | |
| 11784 | Control | | | | | | clip trips, orbitz | found their name mentioned | dont remember | | |
| 11791 | Control | | | | | | clipit | that was the website's name | none | | |

42

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11808 | Control | | | | | | Clip On | It was the main topic on the page | I don't know who this website is and, therefore, do not know. | Orbitz, Expedia | Orbitz and Expedia |
| 11815 | Control | | | | | | ClipTrips is the brand name, but one suspects it could be a subsidiary of Google. | | Unknown. | Google | |
| 11828 | Control | | | | | | Cliptrips | the name appears al over the pages being displayed | other main and major airlines | Google,Southwest ,American,Orbitz, Kayack | Kayak,Orbitz,Goog le |
| 11845 | Control | | | | | | don't know | not sure which company created this website because it shows the fares from both airlines directly and from travel comparison sites | don't know | don't know | travel comparison sites and airline companies |
| 11931 | Control | | | | | | clip | not sure | not sure | don't know | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11980 | Control | | | | | | I DON'T KNOW | THERE WERE SO MANY TRAVEL SITE NAMES ALL OVER THE PAGE. IT WAS VERY COMPLICATED AND CLUTTERED | I DON'T KNOW | | |
| 11999 | Control | | | | | | don't know | because it didn't say that i remember | don't know | | |
| 12008 | Control | | | | | | DON'T KNOW | I DON'T KNOW WHO CREATED THE WEBSITE | DON'T KNOW | | |
| 12016 | Control | | | | | | not sure | not sure | none | | |
| 12063 | Control | | | | | | don't know | it gives you acccess to a number of travel websites | expedia;hot wire | expedia | |
| 12065 | Control | | | | | | Travelocity | It looks like the type of color schemes and comprehensive information they would feature | Orbitz | | They look similar to one nother |
| 12068 | Control | | | | | | not sure | can't identify company - compares prices from many sites i.e. expedia, but have no idea who actually created this website | don't know | probably one of the discount sites, such as expedia, orbitz or kayak - but do not know specifically which one | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12076 | Control | | | | | | don't know | don't know | don't know | | |
| 12085 | Control | | | | | | travel company | because i can see airlines and travel websites | expedia | american airlines | expedia, delta, american airlines, google |
| 12089 | Control | | | | | | Don't know | n/a | expedia | | orbitz |
| 12128 | Control | | | | | | I would guess expedia but don't know for sure | the colors and the design | none that i know of | | |
| 12134 | Control | | | | | | orbitz | orbitz logo | I don't know | | |
| 12135 | Control | | | | | | orbitz, kayak, expedia | I'm guessing, but they were mentioned on the site and I can't think of any others that would have the expertise want you to compare their prices | I don't know | one of the travel sites, at least | the airlines, for one |
| 12137 | Control | | | | | | expedia. travelocity | saw the name | kayak | us air southwest | |
| 12161 | Control | | | | | | kayak | clip trips? | expedia | | travelocity |
| 12169 | Control | | | | | | dont know | | dont know | | |
| 12195 | Control | | | | | | Clip Trips | first thing I saw | n/a | | |
| 12200 | Control | | | | | | expedia | it offers many choices for air, hotel, rental car | kayak | orbitz, american airlines, delta | from orbitz, american & delta |
| 12209 | Control | | | | | | don't know. | I am not aware. | still no. | southwest, orbitz | |
| 12241 | Control | | | | | | orbitz, | saw the name | google | | orbitz, google, delta, united |

45

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12243 | Control | | | | | | Well, either the company "Clip" or all the travel sites such as Expedia and others. | Those are the only names I recall seeing. | Can't name any. | | |
| 12252 | Control | | | | | | | comparison sites are similar | priceline or orbitz | att, verizon, apple | facebook twitter |
| 12262 | Control | | | | | | clip | way to save varios planned trips & decide which is best to choose | | | |
| 12268 | Control | | | | | | Delta | I am not sure | kayak american airlines,delta,jetblue,orbitz | cliptrips | orbitz,kayak,delta, united,american airlines |
| 12302 | Control | | | | | | Samsung | It fits thier style | None | Again, Jet Blue and or Expedia | Actually can't remember |
| 12303 | Control | | | | | | expedia and jet blue | Featured sites | Don't know | | |
| 12307 | Control | | | | | | Cliptrip | Their logo | Expedia, JetBlue, Orbit,... | | |
| 12316 | Control | | | | | | expedia | looks similar | expedia | orbitz | united |
| 12340 | Control | | | | | | not sure | i would think google, cuz it involved the google symbol | don't know | | i would say all the airlines named: jet blue, delta also expedia, kayak, and orbitz |

google, travelocity

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12347 | Control | | | | | | clip it | it was repeatetly on the page - the page was rather confusing – with delta & other airlines poping up - I guess it a comparisin site | expedia was mentioned diffwerent prices kept flashing prices which is very annoying to me | | |
| 12366 | Control | | | | | | several different airlines and travel websites... | By the names I saw on the site... | not sure | Travel websites and airlines | I'm not sure |
| 12410 | Control | | | | | | clip it | it was all over | not sure | | |
| 12420 | Control | | | | | | not sure | clip flip switch | not sure | united american airlines, expendia, ortbitz | orbitz, expendia, american airlines, jet blue |
| 12430 | Control | | | | | | cliptrips | the name was aparante throughout | not sure | xpedia and jet Blue | jet Blue |
| 12440 | Control | | | | | | expedia | they had offers on the site | dont know | | |
| 12450 | Control | | | | | | don't know | Too many brand names. wasn't clear or didn't catch my eye enough to make me rember. | don't know | | |
| 12457 | Control | | | | | | don't know, expedia maybe | i don't know who it could be | expedia | | |
| 12458 | Control | | | | | | clip trip | good one | none | | |

47

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12499 | Control | | | | | | I don't have a fucking clue | because i fucking said it | porn | | |
| 12506 | Control | | | | | | I have no idea...Google? | Just a guess. The website,on the whole, is not particularly clear. | Google search engine | | |
| 12528 | Control | | | | | | American Airlines, Orbitz, Avis, Delta | there was a crawl across the screen with the names of different travel-related sites | I don't know | | |
| 12556 | Control | | | | | | Orbitz, Clip, Priceline | Each one of them had their own separate ad | I don't know | | I guess they had to get permission from each company on the site. Either that or they downloaded public ads from the internet. |
| 12567 | Control | | | | | | orbitz | I saw their logo | Don't know | expedia | Google |
| 12575 | Control | | | | | | united- orbitz | they were promenant in the advertizing | do not know | | do not know |
| 12601 | Control | | | | | | Cliptrip.......... | That was the name of the site, ....I assumed it was put out by them. | i dont know. | | I dont know if they needed permission, ...perhaps they need the airlines permission. |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12617 | Control | | | | | | cliptrip | the brand "cliptrip" was featured in several places throughout the ad and referenced for the purposes of using the brand's primary product | no other websites (but several brands of travel entities like airlines) | | |
| 12640 | Control | | | | | | NOT SURE | THERE WAS DELTA AND OTHERS SO I AM NOT SURE | I DO NOT KNOW | GOOGLE | |
| 12647 | Control | | | | | | several of the airlines possibly | because i saw several names of various airlines | I don't know | | |
| 12648 | Control | | | | | | orbitz | looks like this can fall in with their brands | not sure | | |
| 12671 | Control | | | | | | dont know | didnt see anything that reminded me of another company's products | dont know | | |
| 12688 | Control | | | | | | delta | remembered seeing logo | orbitz | | |
| 12697 | Control | | | | | | orbitz | I remember their name and logo associated with the trip and planning | expedia | | |
| 12779 | Control | | | | | | orbitz or expedia | it looks like a travel web site | expedia.com | expedia.com | expedia |
| 12798 | Control | | | | | | dont know | dont know | dont know | dont know | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12839 | Control | | | | | | I'm not sure | Because I didn't catch who it was. | Expedia | Several others | Expedia |
| 12885 | Control | | | | | | orbitz | I see the name all over the page | don't know | | delta airlines |
| 12919 | Control | | | | | | orbitz | i was ssure i saw the name someplace | do not know | | |
| 12959 | Control | | | | | | orbitz | it came up along with kayak | kayak and one other that I don't remember | google, orbitz, expedia | orbitz, delta, expedia, southwest |
| 12963 | Control | | | | | | cliptrip | I don't like it | none | | |
| 13008 | Control | | | | | | I don't know | I imagine several different airlines and hotel brands | I don't know | | the airlines, hotels, and travel sites it mentions |
| 13020 | Control | | | | | | google | saw there name on the site | orbitz | | |
| 13024 | Control | | | | | | Orbitz | I am really not sure I just saw that name first | Kyak | Trip Advisor | |
| 13034 | Control | | | | | | do not know | it is comparing several companies and their pricing..the only thing i can think of is tripclip | do not know | | delta, american, spirit, northwest, southwest |
| 13045 | Control | | | | | | I dont know | it combines searches on the other travel sites | dont know | | |
| 13070 | Control | | | | | | I don't know | I don't know | orbitz, expedia | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13073 | Control | | | | | | online booking websites | it shows their company name and what they are offering | | | i dont know |
| 13090 | Control | | | | | | no idea | none; | orbitz | | none |
| 13094 | Control | | | | | | travel agency | don't know | don't know | | |
| 13096 | Control | | | | | | Travel companies such as expedia and Kyak were shown as participants that can be compared to with Airlines and hotels. So it's hard to tell who would have crated this tool. (Why help a competator?) | This is a helpful tool to compare quickly and with a click of a button | kyak, expidia, orbits, American Airlines, US Airways | Airlines and third party travel sites | Orbitz, Kyak, American Airlines |
| 13103 | Control | | | | | | orbitz | they were listed on there as one of the searches | priceline | | orbitz |
| 13113 | Control | | | | | | ClipTrip | That's the prominent name in the ad and is mentioned several times throughout | I don't know | Google/ United/ Orbitz/ Delta/ Jet Blue/ Kayak | The companies I just listed |
| 13141 | Control | | | | | | Expedia | Same design set up | Travolcity, | Cliptrips, with orbitz, delta, southwest, kayak | |

| RESPID | GROUP | code | code | code | code | code | Verbatim | Verbatim | Verbatim | Verbatim | Verbatim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PINTERESTQ120 | PINTERESTQ125 | PINTERESTQ130 | PINTERESTQ145 | PINTERESTQ155 | Q120 | Q125 | Q130 | Q145 | Q155 |
| 13159 | Control | | | | | | Don't KNow | The multitude of Brands on the screen. | Orbitz, American Airlines, Delta. | cliptrips | |
| 13166 | Control | | | | | | It could be Orbitz since that name appeared on the screen. | Again, Orbitz was the only travel site mentioned on the screen. Plus, the site did have Orbitz's blue color scheme | Dont know | | kayak, google, expedia, travelocity, american, united, southwest |
| 13168 | Control | | | | | | Cliptrips | It was seen around the site. | I have no idea. | It must be on of teh major travel agencies online. | I'm not sure but it must be one of the major ones. |
| 13188 | Control | | | | | | cliptrips | was the name of the webpage | can't think of any | | i saw delta, orbitz |
| 13190 | Control | | | | | | clip trip | their name on the top | don't know | | |
| 13192 | Control | | | | | | Expedia | They were featured as one of the "clipped" screens. | expedia.com | | |
| 13227 | Control | | | | | | Cliptrip | it was from them | none | | none |
| 13246 | Control | | | | | | United | dont know | United | cliptrips | |
| 13275 | Control | | | | | | orbitz, expedia, priceline etc | their logos on page | their own | the ones listed | the ones listed |
| 13282 | Control | | | | | | Expedia;Priceline | It's another travel site | none | Airlines ;Hotels | Expedia;Priceline |
| 13287 | Control | | | | | | travelocity | just a guess | none | | |
| 13292 | Control | | | | | | Cliptrips | It was the name of the website | None | | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13297 | Control | | | | | | cliptrip | You can "store/clip" info you wish to keep to refer to later | don't know | | the airline information |
| 13304 | Control | | | | | | Cliptrip company | It was the name of the site and it's features revolved around that name. | Virgin America | Virgin America, Delta airlines and Expedia | |
| 13305 | Control | | | | | | kayak.com; | It's the same sort of function they offer so I would think it may have been them who created it. | kayak.com | | I would say from all the airlines it is using. |
| 13316 | Control | | | | | | Expedia, United, US Air, Delta, Alaska | I saw these companies names on the website while I was scrolling through | Expedia.com, Orbitz.com, delta.com | All of the websites that I mentioned before | Expedia, orbitz, southwest, alaska, us airways, delta, american |
| 13320 | Control | | | | | | an independant third party agency | to ensure the results of the survey are random and unbiast | expedia | airlines | expedia, us air, southwest |
| 13324 | Control | | | | | | Orbitz | I saw the Orbitz name on the website | I couldn't tell | | |
| 13325 | Control | | | | | | not sure | not sure | kayak | not sure | |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13326 | Control | | | | | | I don't know | Really don't know. There are startups every day so either this is a startup or a large company like Google. | None that I know of. | | |
| 13339 | Control | | | | | | no clue | i have no idea, i would think some travel company | virgin airlines; | | because it would probably be illegal |
| 13345 | Control | | | | | | orbitz | they are a online travel website | expedia travelzoom | expedia | orbitz expedia |
| 13365 | Control | | | | | | clicktrips | the name was used over and over | i do not know any Maybe it was Priceline ? | i do not know but maybe Priceline | |
| 13369 | Control | | | | | | Orbitz, Expedia | I saw those companies listed as travel companies you could clip values from. | I only know of their main sites at Expedia.com and Orbitz.com | I can't tell. | Orbitz, Expedia, Jetblue, Delta |

54

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13371 | Control | | | | | | I think a one stop travel stop type company created this site. Maybe like a travel.com or expedia.com | It had the ability to look at multiple websites and airlines in real time to find the best deal. Also the community chat to coordinate itineraries. These features remind me of those particular companies | orbitz and travelocity | maybe Kayak | I think they probably had to get permission from any of the businesses of whose name they used |
| 13403 | Control | | | | | | expedia, delta, united, us airways | they are the companies that were featured in the images used for cliptrips. | tripadvisor | | |
| 13430 | Control | | | | | | not sure | not sure ? | i don't know | | |
| 13441 | Control | | | | | | Expedia | The website looks similar to theirs | Don't know | | |
| 13448 | Control | | | | | | ClipTrips | The ClipTrips logo is at the top of the screen, and ClipTrips is all that is being touted on the screen. | Expedia | Orbitz | |
| 13450 | Control | | | | | | I'm not sure, they did look familier but I'm not sure. | I'm not sure. | Not sure. | AMERCAN AIRLINES | |
| 13453 | Control | | | | | | don't know | don't know | orbitz | expedia | |

55

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13457 | Control | | | | | | Expedia, jetblue | I think I saw those companies' logos on the site. | I don't know what other websites were put out by the same company. It just seemed like it was for one company/site. | Orbitz, jetBlue, Expedia, Delta, Google, American Airlines, United, Southwest | They would have had to get permission from Orbitz, Google, jetBLUE, United, American Airlines, Kayak, Delta, Southwest, and Expedia to put their logos on the website. |
| 13466 | Control | | | | | | Delta, American Airlines, other Airlines companies | They are sponsoring the site so chances are they might have created it as well | AA.com, Delta.com, etc | Orbitz, United Airlines, American Airlines, Delta | From Expedia.com, Orbitz.com, etc |
| 13469 | Control | | | | | | i dont know | i dont know | i dont know | expedia | |
| 13471 | Control | | | | | | ClipTrips | Its the name of thebrand that supplies the webiste and i dont think another company put together the site | Don't know | | Expedia |
| 13479 | Control | | | | | | don't know | don't know | don't know | airline companies | don't know |
| 13488 | Control | | | | | | Cliptrips | I saw their name everywhere on the website. | I don't know. | Expedia, Travelocity, and other travel websites. | Cliptrips? |

| RESPID | GROUP | code PINTERESTQ120 | code PINTERESTQ125 | code PINTERESTQ130 | code PINTERESTQ145 | code PINTERESTQ155 | Verbatim Q120 | Verbatim Q125 | Verbatim Q130 | Verbatim Q145 | Verbatim Q155 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13494 | Control | | | | | | Cliptrip | Well, it has it's name in the logo. | None.; | United Airlines, Expedia | None |
| 13499 | Control | | | | | | dont know | The colors are difficult to locate | probably google | google | some travel company |
| 13502 | Control | | | | | | expedia | it is a travel site | hotels | google;delta | orbitz |
| 13516 | Control | | | | | | Delta | Because their brand name was on the website. | Delta.com | Orbitz | JetBlue |
| 13523 | Control | | | | | | none | none | none | | |
| 13524 | Control | | | | | | Travelpedia | It looks like something they would make | The one with the gnome in the comercials | They need to keep tabs on planes | They need to keep tabs with planes |

| Appendix G:  Excluded Cases | | |
| --- | --- | --- |
| | | |
| Respondent ID | Reason excluded | Counts by reason |
| 10654 | Q260 - Reported had Technical Problem | 16 |
| 10938 | Q260 - Reported had Technical Problem | |
| 11082 | Q260 - Reported had Technical Problem | |
| 11153 | Q260 - Reported had Technical Problem | |
| 11302 | Q260 - Reported had Technical Problem | |
| 11503 | Q260 - Reported had Technical Problem | |
| 11888 | Q260 - Reported had Technical Problem | |
| 12071 | Q260 - Reported had Technical Problem | |
| 12245 | Q260 - Reported had Technical Problem | |
| 12552 | Q260 - Reported had Technical Problem | |
| 12678 | Q260 - Reported had Technical Problem | |
| 12679 | Q260 - Reported had Technical Problem | |
| 13049 | Q260 - Reported had Technical Problem | |
| 13344 | Q260 - Reported had Technical Problem | |
| 13352 | Q260 - Reported had Technical Problem | |
| 13419 | Q260 - Reported had Technical Problem | |
| 10034 | Q210 - Had Help from Someone | 50 |
| 10062 | Q210 - Had Help from Someone | |
| 10068 | Q210 - Had Help from Someone | |
| 10077 | Q210 - Had Help from Someone | |
| 10084 | Q210 - Had Help from Someone | |
| 10118 | Q210 - Had Help from Someone | |
| 10234 | Q210 - Had Help from Someone | |
| 10274 | Q210 - Had Help from Someone | |
| 10396 | Q210 - Had Help from Someone | |
| 10494 | Q210 - Had Help from Someone | |
| 10508 | Q210 - Had Help from Someone | |
| 10569 | Q210 - Had Help from Someone | |
| 10668 | Q210 - Had Help from Someone | |
| 10696 | Q210 - Had Help from Someone | |
| 10697 | Q210 - Had Help from Someone | |
| 10910 | Q210 - Had Help from Someone | |
| 10949 | Q210 - Had Help from Someone | |
| 11000 | Q210 - Had Help from Someone | |
| 11029 | Q210 - Had Help from Someone | |
| 11059 | Q210 - Had Help from Someone | |
| 11105 | Q210 - Had Help from Someone | |
| 11181 | Q210 - Had Help from Someone | |
| 11294 | Q210 - Had Help from Someone | |
| 11322 | Q210 - Had Help from Someone | |
| 11639 | Q210 - Had Help from Someone | |
| 11704 | Q210 - Had Help from Someone | |

| Respondent ID | Reason excluded | Counts by reason |
|---|---|---|
| 11724 | Q210 - Had Help from Someone | |
| 11749 | Q210 - Had Help from Someone | |
| 11793 | Q210 - Had Help from Someone | |
| 12126 | Q210 - Had Help from Someone | |
| 12148 | Q210 - Had Help from Someone | |
| 12381 | Q210 - Had Help from Someone | |
| 12384 | Q210 - Had Help from Someone | |
| 12433 | Q210 - Had Help from Someone | |
| 12453 | Q210 - Had Help from Someone | |
| 12663 | Q210 - Had Help from Someone | |
| 12668 | Q210 - Had Help from Someone | |
| 12721 | Q210 - Had Help from Someone | |
| 13055 | Q210 - Had Help from Someone | |
| 13082 | Q210 - Had Help from Someone | |
| 13089 | Q210 - Had Help from Someone | |
| 13097 | Q210 - Had Help from Someone | |
| 13102 | Q210 - Had Help from Someone | |
| 13302 | Q210 - Had Help from Someone | |
| 13362 | Q210 - Had Help from Someone | |
| 13418 | Q210 - Had Help from Someone | |
| 13472 | Q210 - Had Help from Someone | |
| 13510 | Q210 - Had Help from Someone | |
| 13515 | Q210 - Had Help from Someone | |
| 13518 | Q210 - Had Help from Someone | |
| 10166 | Q200 - Looked Up Information | 23 |
| 10171 | Q200 - Looked Up Information | |
| 10296 | Q200 - Looked Up Information | |
| 11165 | Q200 - Looked Up Information | |
| 11174 | Q200 - Looked Up Information | |
| 11231 | Q200 - Looked Up Information | |
| 11363 | Q200 - Looked Up Information | |
| 11432 | Q200 - Looked Up Information | |
| 11519 | Q200 - Looked Up Information | |
| 11528 | Q200 - Looked Up Information | |
| 11877 | Q200 - Looked Up Information | |
| 11895 | Q200 - Looked Up Information | |
| 11901 | Q200 - Looked Up Information | |
| 11936 | Q200 - Looked Up Information | |
| 12017 | Q200 - Looked Up Information | |
| 12310 | Q200 - Looked Up Information | |
| 12588 | Q200 - Looked Up Information | |
| 12605 | Q200 - Looked Up Information | |
| 12636 | Q200 - Looked Up Information | |
| 12696 | Q200 - Looked Up Information | |
| 12748 | Q200 - Looked Up Information | |
| 13298 | Q200 - Looked Up Information | |

2

| Respondent ID | Reason excluded | Counts by reason |
|---|---|---|
| 13429 | Q200 - Looked Up Information | |
| 13411 | Q155 - Open-ended Answer Nonsensical/Gibberish | 11 |
| 13421 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 13517 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 12078 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 12705 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 13341 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 13507 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 13118 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 10048 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 11097 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 12550 | Q155 - Open-ended Answer Nonsensical/Gibberish | |
| 10130 | Duplicate Respondent | 8 |
| 10507 | Duplicate Respondent | |
| 10741 | Duplicate Respondent | |
| 11043 | Duplicate Respondent | |
| 11061 | Duplicate Respondent | |
| 11461 | Duplicate Respondent | |
| 11702 | Duplicate Respondent | |
| 13154 | Duplicate Respondent | |
| 13520 | Respondent too late | 1 |

3

# Appendix H:  List of respondents identified as confused

Respondent ID    Count:      42

10119
10213
10354
10370
10372
10383
10459
10533
10629
10717
10744
10808
10822
10852
10984
11075
11217
11225
11263
11314
11350
11406
11558
11590
11634
11836
11875
11925
12025
12050
12149
12224
12408
12543
12649
12945
12970
13063
13300
13323
13335
13455

1

### PROOF OF SERVICE

2   The undersigned declares:  I am a resident of the United States and am employed in the City

3 and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is Four Embarcadero Center, 39th Floor, San Francisco, CA

4 94111.

5   On the date stated below, I served the following objects:

6   &bull; **IS THE *PINTRIPS* WEBSITE LIKELY TO CAUSE CONFUSION WITH *PINTEREST?* by Jacob Jacoby, Ph.D. (11-13-14)**

7 by placing them in a sealed envelope and served in the manner described below to the interested

8 parties herein and addressed to:

9   Frank L. Bernstein, Esq.
    Kenyon & Kenyon LLP
10   1801 Page Mill Road, Suite 210
    Palo Alto, CA 94304
11   Email: fbernstein@kenyon.com

12   Edward T. Colbert, Esq.
13   Kenyon & Kenyon LLP
    1500 K St NW #700
14   Washington, DC 20005
    Email: ecolbert@kenyon.com

15

16 __X__  **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s)
17    designated.  I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service
18    on that same day in the ordinary course of business.

19 __X__  **VIA ELECTRONIC MAIL:**  To the addressee(s) designated.

20 __X__  **(FEDERAL):** I declare that I am employed by the office of a member of the bar
21    of this court at whose direction the service was made.

22 Executed on November 14, 2014 at San Francisco, California.

23

24        *Sharan Devoto*
         Sharan Devoto
25

26

27

28

PROOF OF SERVICE            CASE NO. C 13-4608 RS KAW

Exhibit 2

BlackBerry Z10 Smartphone

User Guide

**BlackBerry**

# Save a file to your device

When you pin a file it is saved to your BlackBerry device, so you can view the file even when you're not connected to a mobile or wireless network. If a file is not pinned, it is not available when you're offline. To pin or unpin a file to your device:

Touch and hold a file that is stored in a cloud application.

- To pin a file, tap ⚲ .
- To unpin a file, tap ⚲ .

# Synchronize a file with the cloud

If you have edited a pinned file while offline, you can use the Sync Now option when you reconnect to a wireless network to ensure that the file is synchronized with the cloud before other files are synchronized. To force the synchronization of a file:

1.   Touch and hold a file.
2.   Tap 🔁 . If this option isn't available to you in the menu, your file is synchronized with the cloud.

**Tip:** To stop synchronizing, tap ⋮ > **Pause Sync**. To start synchronizing again, tap ⋮ > **Resume Sync**.

# Create a link for a file

Instead of sending a file as an attachment, you can create a link to the file to share it.

1.   Touch and hold a file.
2.   Tap **Share Link**.
3.   If you receive a prompt to select the access level, tap **Access** to limit who can open the link. Tap **Share Link**.
4.   Tap a location or message type for sharing.

# Change cloud application settings

You can change your settings for items like the back up options and network usage for your cloud applications. When you enable back up options, changes to files in the selected applications are automatically updated and stored in the cloud. To change your settings:

1.   Tap ⋮ .
2.   Tap ⚙ .

Tapping ⚙ launches the cloud application.

Exhibit 3

Pin Steam app for Windows in the Windows Store

 **Windows**

# Pin Steam



**$1.49** ★★★★½ 382
Free trial available

Published by FeLiZk

Copyright © 2013, Felizk

Category  Games

Approximate size  0.9 MB

Age rating  12+

Get Windows 8.1 to run this app.
Learn more

**More apps by FeLiZk**



★★★★½  3
Free
**Modern Gatherer**



### Description

Pin your Steam games and friends to the Start Menu with beautiful tiles. UNLIMITED FREE TRIAL! Live tiles show you which of your friends are playing which games. You can also pin friends directly to the start screen and follow their online status.

To use Live Tiles, this app requires you to have a Steam account and to have setup a Custom URL in your steam profile. It also requires Steam to be installed on your device to launch games. (NOTE: Steam is not available for Windows RT yet!)

Neither this app or it's creator are affiliated with Valve Software in any way.

This app has an unlimited trial! You can do everything except actually launching the game from the Start Menu.

Planned updates:
* More customization for friend tiles.
Show more

### Features

- Pin your Steam games and friends to the Start Menu
- Live tiles show what friends are playing
- Customize tiles with your own images
- Optimized for best tile image quality
- Large, Wide, Medium and Small tiles

### Details
**Notes**

Windows 8.1 Version! Support for Large and Small tiles. New UI for creating tiles. Fixed a few crash issues.

**Supported processors**

x86, x64, ARM

Release 12 fixes an issue with the cropping control.

**Languages**

English (United States)

**Learn more**

Pin Steam website

Pin Steam support

**Additional terms**

FeLiZk privacy policy

---

**Related apps**

 Free ★★★★½  1,449
**Steam Tile**
Games

 $1.99 ★★★★★ No rating
**Steam Status - Check to see if the S...**
Games

 Free ★☆☆☆☆  1
**Pin It!**
Games

 Free ★★★☆☆  8
**Free - FreeCell**
Games

 Free ★★★★★  1
**Backpack Evaluator**
Games

Terms of Use    Trademark    Privacy & Cookies

**Microsoft**
© 2015 Microsoft

Exhibit 4

about tech

FOOD   HEALTH   HOME   MONEY   STYLE   TECH   TRAVEL

About.com  >  About Tech  >  Macs  >  . . .  >  Safari Web Browser

# How to Manage the Top Sites Feature in Safari

Add, Delete, and Organize Your Top Sites in Safari

By Tom Nelson and Mary F. O'Connor

Share this



Safari
displays
your Top
Sites as
a series
of small,
medium,
or large
thumbnail
images.

The Top Sites feature in Safari displays thumbnail images of the web sites you visit most often. Rather than type in a URL, or select a bookmark from the Bookmarks menu or the Bookmarks bar, you can just click on one of the thumbnails to quickly visit a web site.

The Top Sites feature automatically keeps track of how often you visit web sites, and displays the ones you visit most, but you're not stuck with the results. It's easy to add, delete, and manage your Top Sites.

### Access and Edit Top Sites

To access Top Sites, click the grid icon near the left side of the Bookmarks bar, or click the History menu and select Show Top Sites. If a site has updated the contents of the page since the last time you visited it, you'll see a star icon in the top right corner of the site's thumbnail.

Ads

Is He Cheating On You?
spokeo.com/Cheating-Spouse-Search
Enter His Email Address. See Hard To
Find Pics & Social Profiles Now!

To edit your Top Sites, click the Edit button at the bottom left corner of the Top Sites page. You can now add or delete a page, rearrange the



iPhone 6 Plus
now available
without a contract.

 iPhone 6 Plus

**AVAILABLE ONLINE ONLY**

See offer for details.


Straight Talk
wireless

## MACS CATEGORIES

Mac Operating Systems ›

Selecting Mac Hardware ›

Mac Troubleshooting Tips ›

Applications ›

Peripherals ›

Networking ›

Windows Switchers and New Mac Users ›

Get the Most Out of Your Mac ›

Macs in Professional Use ›

Running Windows on Your Mac ›

Screen shot courtesy Coyote Moon, Inc.

Windows® 7 Driver Updates
www.windows-7.driverupdate.net
Download DriverUpdate for Windows®
Microsoft® Certified Partner!

Clean Up My PC: Free Scan
cleanupmypc.slimcleaner.com
Fix, Clean & Speed Up Your PC. Free
Scan!

◦ Upgrade Safari Browser
◦ Safari
◦ Mozilla Firefox
◦ Mac Applications
◦ Chrome Apps

## Control Text Size in Safari

## Add a Page to Top Sites

right corner of the Top Sites page.

pages, or pin a page, so that
another page can't replace it.

When you're finished making
changes to Top Sites, click the
Done button in the lower left
corner of the Top Sites page.

## Change the Thumbnail Size

There are three options for the size of the
thumbnails in Top Sites (small, medium,
large); the default size is medium. The size
of the thumbnails determines how many
sites will fit on a page (6, 12, or 24). To
change the size of the thumbnails, click the
Small, Medium, or Large button in the lower

To add a page to Top Sites, open a new browser window (click the File menu and select New Window). When the target site loads, click and drag its favicon (the small icon to the left of the URL in the Address bar) to the Top Sites page.

You can also add a page to Top Sites by dragging a link from a web page, an email message, or other document to the Top Sites page. (Note: You must be in Edit mode in Top Sites to add a page.)

## Delete a Page From Top Sites

To permanently delete a page from Top Sites, click the close icon (the little "x") in the top left corner of the page's thumbnail.

## Pin a Page in Top Sites

To pin a page in Top Sites, so that it can't be replaced by another page, click the pushpin icon in the top left corner of the page's thumbnail. The icon will change from black-and-white to blue-and-white. To unpin a page, click the pushpin icon; the icon will change from blue-and-white back to black-and-white.

## Rearrange Pages in Top Sites

To rearrange the order of the pages in Top Sites, click the thumbnail for a page and drag it to its target location.

## Reload Your Top Sites

Losing your Internet connection, even for a short period of time, can cause a minor glitch in the Top Sites feature, but it's easy to fix by simply reloading Top Sites. Find out how in our tip:

Reload Safari Top Sites

## Top Sites and the Bookmarks Bar

The Top Sites icon isn't a permanent resident of the Bookmarks bar. If you want to add the Top Sites icon to, or delete it from, the Bookmarks bar, click the Safari menu and select Preferences. In the Safari Preferences window, click the Bookmarks icon, and then check or uncheck "Include Top Sites." You'll still be able to access your Top Sites via the History menu.

## Other Top Sites Options

Ads

PC Cleaner- Free Download
free-pc-cleaner.sparktrust.com
Clean PC, Boost Speed, Fix Errors.
("No-Cost" Recommended Download!)

High Dividend Stocks
dividends.wyattresearch.com
5 Top Dividend Stocks for Secure Profits. Collect Consistent Income.

DIY Guides & Projects ›

News, Rumors & Events ›

Mac Basics: Guides, Tips, and FAQs for New Mac Users ›

Mac Reviews: Hardware and Software Product Reviews for the Macintosh ›

Mac Tips & Tricks for Working With Your Macintosh ›

Updated Articles and Resources ›

**TODAY'S TOP 5 PICKS IN TECH**



**5**

**The Twitter Bird Has Rules (and a name)?!**
By Amanda MacArthur
Twitter Expert



**4**

**Is Resident Evil 2: Revelation Any Good?**
By Brian Talerico
PlayStation Games Expert

**3**

**The Internet of**

If you want to open all new Safari windows in Top Sites, click the Safari menu and select Preferences. In the Safari Preferences window, click the General icon. From the "New windows open with" drop-down menu, select Top Sites.

If you want new tabs to open in Top Sites, from the "New tabs open with" drop-down menu, select Top Sites.

## Related Articles

* **An Easy Guide to Customizing Safari's Toolbar (Mac)**
* **Safari Bookmarks Out of Control? Try This Easy Fix**
* **Reload Safari Top Sites**
* **How To Disable "Open Safe Files After Downloading" Feature in Safari**
* **How to Use Bookmarks With Mac Maps**
* **How to Tweak Safari for Better Performance in Mac OS X**

## Macs Essentials

**The Many Uses for OS X Disk Utility**
System Utilities

**The Easiest Way to Install OS X Yosemite: An Upgrade Install**
OS X Yosemite

Understanding

## Our Expert Recommends

* Back Up or Move Your Safari Bookmarks to a New Mac
* Control Text Size in Safari
* Safari Tune Up – Speed Up Safari With These Performance Tips
* How to Remove Safari Plug-ins
* Control Safari Windows With Keyboard Shortcuts
* Which Mac Browser Is the Best?

## Tech Slideshows

**How to Make an Adobe Sketch Brush**
Graphics Software

**Stop Pop Up Windows in Safari**
Web Browsers

Install OS X

**Things Brought to You by Norton**



**How to Use Wi-Fi Calling on the iPhone**
By Sam Costello
iPhone/iPod Expert



**Kirby and the Rainbow Curse**
By Charles Herold
Wii Games Expert

VIEW MORE IN TECH ▸

**FREE EMAIL NEWSLETTER**

Let About.com send you the latest from our Macs Expert.



Sign up

You can opt-out at any time.
Please refer to our **privacy policy** for contact information.

**Yosemite... The Easy Way**
Macs



**Mac's 'FINDER'**
Windows Switchers and
New Mac Users



**Perk Up That Pokey iPad**
iPad




**Tom's Weekly Mac App Picks for 2015**
Tom's Mac Software Picks






**Frequently Asked Questions for the Mac and Other Apple Products**



## Readers Recommend

- **How to Clean Install OS X Yosemite On Your Mac's Startup Drive**

- **How to Zip and Unzip Files and Folders on Mac**

- **The Easiest Way to Install OS X Yosemite: An Upgrade Install**

- **How To Copy The OS X Yosemite Installer To A Bootable USB Drive**

- **How To Copy The OS X Yosemite Installer To A Bootable USB Flash Drive**

## More from the Web



BECAUSE TOMORROW NEEDS HER

SAVING A MOTHER'S LIFE CAN MEAN
SAVING TWO LIVES.
Go to **womenshealth.msf.org**

Photo by Martina Bacigalupo



This Could Be The
Coolest Vision
Gran Turismo
Concept Yet



7 Reasons You
Should Quit
Facebook in 2015



10 Things You
Should Never Do To
Your PC



The Fall of the FBI's
Most-Wanted
Cybercriminal

Powered By ZergNet

## TECH VIDEOS



How to Type on a
Path | Adobe
Illustrator



Setting Up a Chart
in Excel



Tour of Adobe
Interface | Adobe
Illustrator



How to Use Art
Boards | Adobe
Illustrator

## Today's Top Stories

About.com  >  About Tech  >  Macs  >  Applications  >  Apple Consumer Software





**about** style

**LOL: The Best Memes from Kim K's Blond Hair Transformation**

By Kendra Aarhus
Women's Hairstyles
Expert



**about** health

**10 Things to Stop Doing if You Want to Live Longer**

By Sharon Basaraba
Healthy Aging
Expert



**about** food

**Spiked Banana Caramel Oatmeal**

By Garrett McCord
Fruits & Vegetables
Expert



**about** home

**DIY: How to Make Beautiful Paper Dahlias**

By Rita Shehan
Paper Crafts Expert

About Tech | Follow us:



We deliver. Get the best of About Tech in your inbox.

Sign up

You can opt-out at any time. Please refer to our **privacy policy** for contact information.

Our Story

News

Site Map

All Topics

Reprints

Help

Write for About

Careers at About

User Agreement

Ethics Policy

Patent Info

Privacy Policy

Your Ad Choices & Cookie Policy

Exhibit 5

Menu

Search

Sign In

For the complete experience, please enable JavaScript in your browser. Thank you!

Products

How to Buy

Learn & Support

About Adobe

Creative Cloud
Photoshop
Illustrator
InDesign
Premiere Pro
After Effects
Lightroom
See all
See plans for small and medium businesses and more >
Marketing Cloud
Experience Manager
Analytics
Target
Social
Media Optimizer
Campaign
Acrobat
EchoSign
Elements
Digital Publishing
Primetime
Adobe Reader
Adobe Flash Player
Adobe AIR
Adobe Shockwave Player
All products
Creative Cloud
Individuals
Photographers
Students and Teachers
Small and Medium Business
Enterprise
Schools and Universities
Marketing Cloud
Acrobat
EchoSign
Elements
Digital Publishing
All products
Learn at your level
Get started or go deeper with tutorials of all our products.
Learn now >
Contact support
Get instant help from one of our awesome support people.
Start now >
Ask the community
Post, discuss, and be a part of our knowledgeable community.
Join now >
All learn & support
About Us

Careers At Adobe
Investor Relations
Privacy | Security
Corporate Responsibility
Customer Showcase
Events
Contact Us
News
2/19/2015
Adobe Photoshop Turns Twenty-Five
2/12/2015
Adobe Summit to Feature Industry Luminaries, Digital Marketing Innovations
2/3/2015
Adobe Launches Government Cloud Solutions at Digital Government Assembly
1/28/2015
Adobe Completes Acquisition of Fotolia

Search

Manage account    Sign out

# Adobe Muse Help / Working with Objects

**Adobe Community Help**

**Applies to:**
Adobe Muse
Creative Suite

Contact support

**Give feedback**

Objects in Adobe Muse include design elements created within or imported from external sources. Images, text, images frames, and more can be added to the web page, and manipulated using various tools within Adobe Muse.

One of the most common workflows is to create and import a button from Adobe PhotoShop. To its end, Adobe Muse recognizes layers and layer comps created within Photoshop. Adobe Muse allows you to set these layers as States of the button within your website.

For objects placed on the web page canvas, you can add transformations to suit the design needs of the website. You can also isolate an object to add suitable padding and gutter properties to handle spacing nested elements.

Working with images
    Placing a single image on the page
    Understanding how Muse optimizes images when you publish or export a site
    Optimizing images for display on the web
Placing a Photoshop file as rollover button
Pinning objects to the browser window
Grouping objects and pasting groups into place
⊞ Show All

To the top ⊙

## Working with images

### Placing a single image on the page

The Muse workspace works similarly to Illustrator and InDesign, where you load the placed image first and then click on the page where you want it to appear. To add an image file by placing it directly on the page, do the following:

1. Choose File > Place, or use the keyboard shortcut: Command-D (Mac) or Control-D (Windows) to open the Import dialog box.

2. Browse to select the file named made-with-muse.png file located in the sample files folder. Click Open to choose it and close the Import dialog box.

Click once near the bottom of the page to place the image. In this case, you want to place the image at full size, so just click once. However, if you wanted to resize the placed image, you could click and drag to scale the image to a specific size.

Using the Selection tool, drag the image towards the vertical center of the tiled footer rectangle and notice how red guides and turquoise measuring boxes briefly appear to help you align it to the center.

After making these changes, the footer section is almost complete.



*The footer is comprised of a single rectangle with a tiled background image with a center-aligned placed image on top.*

## Understanding how Muse optimizes images when you publish or export a site

You can also place print-ready images into Adobe Muse, which will convert them into a web-friendly format. However, making images friendly for the web often means compressing the image and sacrificing some image quality. Placing images into Muse that are not web ready results in automatic compression. If you publish or export a site and are dissatisfied with the automated results, experiment by creating and optimizing your own web-friendly images manually in Photoshop or Adobe Fireworks® software. Delete the original images and place the new optimized images in the pages, and then publish or export your site again.

Be aware that other alterations you make to an image in Muse—such as cropping, resizing, or adding bevels, shadows, and glows—result in Muse re-creating the image for you and automatically compressing it. If you want more control over the optimization process, you can add effects to an image using Photoshop or Fireworks, optimize the file in an image-editing program, and then place the image in Muse to set the level of compression yourself. You can place PSD files from Photoshop directly in Muse, rather than exporting PNG, JPG, or GIF files—but that will also cause Muse to automatically generate a new image file using its own automatic compression algorithms.

## Optimizing images for display on the web

Export errors and slower export operations may occur when a linked file was placed a very high resolution, and was subsequently scaled much smaller on the page. This is not a recommended workflow. Issues become more evident when repeatedly placing full sized (over 2,000 pixel) images and then scaling them to fit a design.

If you place a very large image file, Muse automatically limits the size and rescales the image width to 2048. If you hover over an asset's name in the Asset panel, a tooltip displays the original size of the place image versus the resampled image size (scaled to fit within the maximum size limit).

It is a best practice to resize and optimize the web graphics for a site in an image-editing program prior to placing them on pages. Placing images with extremely large dimensions can cause the .muse file to become much larger in file size than necessary. The .muse file must

process the extra pixel data that is not needed to display the image on the web. This can result in a longer processing period when exporting and publishing sites. In some cases, a very large .muse file may time out when attempting to resize and optimize all of the files during the export or publication process. Time out errors may occur.

To resolve this, you can right-click the asset names and choose Optimize Asset Size to remove the unnecessary data needed to display the scaled image.

If you scale an optimized image to appear larger in a design, you may see the Upsampled Plus asset error. To resolve this, you can choose Import Larger Size to retrieve the extra image data needed to display the scaled image acceptably.

To the top ⊙

## Placing a Photoshop file as rollover button

1. Choose File > Place Photoshop Button. In the Photoshop Import dialog box that appears, locate the PSD file. Click Select (Mac) or Open (Windows) to choose the file.

2. The Photoshop Import Options dialog box appears. Take a moment to investigate how the settings are applied. You can use the menus to specify which layer in the Photoshop file will show as the button's Normal State (the way the button appears when the page first loads), the Rollover State (the way the button appears when visitors hover their cursor over it), and the Mouse Down State (the way the button appears when visitors click the button). The three state menus display the names of the Photoshop layers, and the thumbnail images visually display how each selected layer will appear.

3. For this example, the Photoshop layers have already been ordered correctly to display the button states. There's no need to change the menu settings. Click OK to accept the states as they are arranged by default.



*Use the Photoshop Import Options dialog box to associate existing Photoshop layers with the desired button states.*

4. Click once in the top right area of the header of the A-Master page to place the Photoshop file at its original size.

5. Click the Preview link to use the WebKit-based rendering emulator. Review the display of the A-Master page. As you first view the page, the Normal State of the button appears. If you hover your cursor over the button, the appearance changes slightly (the brown drip color becomes lighter), and if you click the button, the white text becomes light brown as long as you press and hold the mouse button.

6. Click Design to return to editing the A-Master page in Design view.

The Share button is displaying the states as expected. In the next section you'll learn how to align the Share button with the drip image on the right side of the site navigation.

In the next part, you'll learn how to define the header and footer areas of the master page.

To the top ⊙

## Pinning objects to the browser window

When you place an image or use other methods to add artwork to a page, you use the Selection tool and arrow keys to reposition it. As you move the image around, it moves in relation to the other elements (images, text, and media) that also exist on the page. You have the ability to move the other elements too, but the entire page behaves like a brochure or a poster. The items on the page exist on a single plane. If a page is long (contains a lot of vertical content) and the visitor scrolls down—they no longer see the images at the top of the page.

It's likely that you've seen pinned objects when viewing websites; they are the "persistent" items that always display in one location. They appear to float above the rest of the page content.

When you use the Pin tool, you are essentially removing an image from the flow of the page. Rather than laying it out in relation to the other page elements, you set it to a specific location in relation to the browser. Pinned images appear to be "sticky" – always staying in one spot (such as the top right corner or hovering near the bottom) regardless of other scrolling page elements. If the visitor resizes their browser, pinned images always stay at their pinned location in relation to the browser window.

You can think of pinning as a way to "break the image out" of a page's design, and affix it to the browser instead, like pinning a note to a corkboard. The pinned element will move to maintain its pinned position in relation to the browser if the visitor resizes the browser window, but the pinned element will not move if the visitor scrolls the page content horizontally or vertically.

Follow these steps to use the Pin tool:

1. While the A-Master page is open in Design view, select the Facebook icon with the Selection tool.

2. Click the top right pin position in the Pin interface in the Control panel. This setting "pins" the element by the current location of its top right corner.

3. Repeat steps 1 and 2 to pin the Google+ and Twitter icon buttons to their top right positions, so that they don't move within the browser window when the rest of the page scrolls.

4. Click Plan to see the page thumbnails. Notice that all of the pages now include the three social media icons, because you added them to the master page.

5. In Plan view, double-click the food page to open in it Design view. Or if it is already open, click the food page tab to make it active. Choose File > Preview Page in Browser to view the page in a browser.

6. Click on the Dessert menu item to jump down the long page to the Dessert menu section. Notice that while the rest of the page elements scroll, the three social media icons remain in position along the right side of the page because they are pinned (see Figure 87).



Continue on to Building your first website in Muse Part 8, where you'll see how to group sets of objects so that they behave as one element. You'll also complete the Visit page by adding an embedded Google map that displays the locations of Katie's Cafe to visitors. And after finalizing the site, you'll see how easy it is to upload the to a hosting server (powered by Business Catalyst) to publish it online, so that you can share the work-in-progress with your clients and colleagues.

In Part 7 of Building your first website with Muse, you learned how to add anchor tags and link them to menu items in a manual Horizontal Menu widget. You also learned how to pin elements to the page to prevent them from scrolling. And you saw how to add links to files so that visitors can download them. In Part 8, you'll take a look at grouping objects and working with groups so you can paste sets of content on pages. You'll also work with more embedded HTML—this time, you'll add an interactive Google map to the Visit page. And finally, you'll see how to put the finishing touches on your site by adding a Favicon and then publishing the trial site to the included hosting servers.

To the top ⊙

## Grouping objects and pasting groups into place

Just like InDesign and other design programs, you can combine several objects into a group so that they are treated as a single unit. In this section, you'll create a design composed of several elements (placed images and text frames) and then see how to group them to make it easy to position or copy them as one item. Follow these steps:

1. In Plan view, double-click the home page thumbnail to open in Design view.
2. Choose File > Place. Browse to select the file in the sample files folder named panel-open-bottom.png. Click Open to close the Import dialog box and then click once near the bottom of the home page (below the Lightbox Composition widget and above the footer) to place the graphic at full size.

The PNG file was set to a lower opacity, so the semi-transparent flower design allows the tiling background image to show through.

3. Choose File > Place again. This time, browse to select the image named spoon-map.png. Click Open and then click once on the top center petal to place it.
4. While the spoon image is selected, press and hold Option (Mac) or Alt (Windows) to duplicate the spoon image and drag it to the petal immediately to the right of the center. Repeat this action once again, to duplicate the center spoon image and drag the duplicated copy to the petal to the left. Use the Selection tool to position the three spoons, as shown in Figure 88 below.



*Figure 88. Position the three spoon images in the top three petals of the design.*

5.  Using the Text tool, draw a text frame in the center petal and type the following:

Katie's Cafe

Noe Valley

123 Elizabeth Street

MON–FRI 6AM–10PM

SAT–SUN 7AM–10PM

6.  In the Text panel, apply the following settings to format the text:
    •  Font: Droid Serif (or any serif font)
    •  Font Size: 14
    •  Font Color: #222222  (in part 5 you renamed this color katieblack)
    •  Font alignment: Center
    •  Leading: 120%

7.  Then, select just the last two lines (that begin with days of the week) and set the font color to red (#A6342A).

8.  Select the text frame with the Selection tool. Press and hold Option (Mac) or Alt (Windows) to duplicate the text frame and drag it to the petal immediately to the right, above the spoon image. Repeat this action once again, to duplicate the center text frame and drag the duplicated copy to the petal to the left. Use the Selection tool to position the three text frames so they are aligned above the three spoons, as shown in Figure 89.



*Figure 89. Reposition the three addresses to display above the three spoons in the top three petals of the design.*

9.  Switch to the Text tool. Select the text in the left address and change it to:

Katie's Cafe

Laurel Heights

800 Spruce Street

MON–FRI 5AM–12AM

SAT–SUN 9AM–1AM

10.  Select the text in the right address with the Text tool and change it to:

Katie's Cafe

Cole Valley

301 Carmel Street

```
MON-FRI 7AM-10PM

SAT-SUN 9AM-10PM
```

Now that the design is complete, you'll select the elements and group them.

11. Use the Selection tool to click and drag over the entire flower design, making sure to select both the placed flower image, the three spoon images, and the three text frames. Right-click and choose Group from the menu that appears. If you prefer, you can also choose Object > Group.

Notice that after grouping the set of objects, the Selection Indicator in the top left corner of the Control Panel displays the word: Group.

12. Copy the selected group. Click Plan to return to the Plan view, and then double-click the Visit page thumbnail to open it in Design View. Choose Edit > Paste in Place, to place the entire group of elements in the same location.

As you can tell from this short example, groups are helpful whenever you've completed a design and you want to work with it as a single element, to reposition it on a page or copy it and paste it on a different page.

In addition to grouping, you may also find the Lock features helpful once you have finalized a design. Right-click on a group or selected set of elements and choose Lock from the context menu that appears to lock them. (Alternatively, you can choose Object > Lock). Locking ensures that you won't accidently move or delete any of the finished elements on a page, because they are no longer selectable. If you later need to update the locked elements, choose Object > Unlock All on Page.

After pasting the flower design at the bottom of the Visit page, the page content is partially complete. In the next section, you'll continue editing the Visit page to add an interactive map interface to help customers locate the nearest cafe.

To the top ⊙

## Embedding rich media content to add animation to the site

1. In Plan view, double-click the MasterFlash thumbnail to open it for editing in Design view. Notice that since you previously duplicated the A-Master page, the static logo image is still there. It is helpful to use the static image to match placement for the animation rectangle, but don't forget to delete the static placed logo image after embedding the rich media element.

2. Choose File > Place. In the Import dialog box, navigate inside the Kevins_Koffee_Kart folder and select the file named logo.swf.

3. Place the SWF file in the upper left corner, matching the location of the existing logo image file.

4. Once you've aligned the new SWF window that you just placed with the older static logo, delete the static logo by selecting it and pressing the Delete key.

5. To review how the entire site appears with the new changes to the Home page, choose File > Preview Site In Browser to test the display of the logo on various pages. Without publishing the site, you can work locally on your computer and then preview the site in a browser to click through the pages in the site navigation. Notice that the animation (SWF file) appears once and then stops on the Home page. If you click other pages, only the static logo is displayed.

**Note:** *If you choose File > Preview Page In Browser, the new browser window will load more quickly to display the Home page, but it will only preview the active (Home) page. Choose this option if you want to check one page of the site, rather than the entire website.*

To the top ⊙

## Using the space panel

The Spacing panel allows you to take advantage of the CSS padding and Gutter properties. The padding clears an area around the content (inside the border) of an element. The padding is affected by the background color of the element.

The top, right, bottom, and left padding can be changed independently using separate properties. You can also equalize all padding properties by choosing to edit them uniformly.

1. In Adobe Muse, select **Window** > **Spacing** to bring up the Spacing panel.



2. Specify values for Left, Right, Top, and Bottom Padding properties. If you want to enter different values, unselect the 🔒 button.



3. You can also choose to specify Horizontal and Vertical Gutter properties.

To the top ⊙

## Scaling and rotating objects using Transform panel

Adobe Muse allows you to apply 2D transformation on objects. You can position, scale, and rotate objects on X and Y axes.

The 100% Width toggle on the Transform Panel allows you to set objects to 100% width. You can also set scalable objects to span across the width of the browser and fit your computer screen.

To apply transformations on a selected object, do the following:

1. In Adobe Muse, select Window > Transform.



2. With the object selected, apply any of the following transformations:
   - **Position**: Enter X and Y values to place the object on a desired location on the web page.
   - **Scale**: Enter Width and Height values for your object. You can also choose to scale the object with uniform width and height by clicking the 🔒 button.

Case 4:13-cv-04608-HSG   Document 147-5   Filed 04/21/15   Page 226 of 265

- **Rotation** (⟁): Enter the angle of rotation for the object.
- **100% Width** (▣): You can set the object to 100% width and allow it to scale across and fit the width of the browser.

---

[cc] BY-NC-SA Twitter™ and Facebook posts are not covered under the terms of Creative Commons.

Legal Notices   |   Online Privacy Policy

Choose your region  **Products   Downloads   Learn & Support   Company**

Copyright © 2015 Adobe Systems Incorporated. All rights reserved.

Terms of Use | Privacy | Cookies

Exhibit 6







**ANDROID TIPBOT**

By Nick Mediati  |  Follow

<span style="color:red">**HOW-TO**</span>

# Lock your phone to a single app with Lollipop's screen pinning



**Greenbot** | **Nov 21, 2014 8:00 AM PT**

**Android Lollipop**

Here's the scenario: You hand your phone to your three-year-old to keep them amused in the back seat of the car. When you get your phone back 20 minutes later, though, you realize that your kid has deleted half your apps, texted your ex from college, and wrote the Great American Novel.

Not good. Except for that last part. That's pretty cool. You have a smart kid.

But you could have averted this digital disaster if you used Android 5.0 Lollipop's screen pinning feature. This new addition makes it more difficult to switch from one app to another—and accidentally wreak havoc on someone's phone. Here's how to set it up.

Open the *Settings* app, tap *Security*, then tap *Screen pinning*—it's located under the "Advanced" heading. Next, toggle the screen pinning toggle to the "on" position.



When turned on, you can use screen pinning to keep the current screen in view until you unpin.

To use screen pinning:

1. Make sure screen pinning is turned on.

2. Open the screen you want to pin.

3. Touch Overview.

4. Touch the pin icon.



Turning on screen pinning is just a few taps away.

To use screen pinning, tap the Overview button (the square button in the lower right corner of your screen), and swipe up and down until you find the app you want to pin. Once you find the app you want to pin, tap the Pin button—it's a blue-green button with a white pushpin on it.



Tap the pushpin icon to pin that app to your screen.

When you're ready to turn off screen pinning and move on to another app, hold down the Back (triangle) and Overview buttons at the same time for a second or two, until your phone tells you that it has unpinned the screen in question. There's even an option to require your security pin/password if you like. So now you can hand your phone over to your kid with a little less anxiety.

**Android Lollipop**

**PREVIOUS POST**
**How to turn off automatic app updates on Android and install apps manually**

**NEXT POST**
**Master notifications in Android Lollipop with Notification Priority and Downtime**

Nick Mediati

*Nick is a freelance contributor and a former editor for TechHive and PCWorld. He likes puns*



*and the color yellow.*

## You Might Like

Promoted Links by Taboola



**Giving the World's Cities a Lift**

Microsoft Azure
Internet of Things



**15 NBA Player Bank Accounts**

LockerRoomVIP



**9 Credit Cards That Rank As The**

NextAdvisor



**An Extremely Brilliant Way to Pay Off**

Bills.com



**The $1.58 Billion Secret Apple Hid in**

The Motley Fool



**Scientists Conclude We Don't Load**

Reviewed.com



**SoftKinetic 3D camera brings new**



**11 killer Android features you aren't using,**



**10 Noob mistakes Android users make**



**Forget Boxed Hair Color and Try**

eSalon



**How to fix your Android phone's terrible**



**5 beautiful Android live wallpapers that won't kill**

## Join the discussion

## Login

Write a comment

**0 Comments**

Sort    Subscribe    RSS

### Resources

Comparison of IBM Platform Symphony and Apache Hadoop Using Berkeley SWIM

IBM® has created a proprietary implementation of the open-source Hadoop MapReduce run-time

### Popular on Greenbot

**15 simple tips and tricks to get more from your LG G3**

These tips will quickly have you using LG's new flagship phone like a pro.

**Get the most from your Samsung Galaxy S5 with these 16 tips and tricks**

**A list of all the Google Now voice commands**

**Newsletter**

Get the latest news, trends, apps, and tips for your Android phone.

*Get our Greenbot download newsletter*

Go

**13 tips and tricks to master your HTC One (M8)**

Go from newbie to expert in 10 minutes with this collection of tips.



**Back that app up: 5 great backup utilities for Android**

With a ton in the Google Play Store, here are some of the best backup and utility apps around.

More from...

Macworld



**4 tricks for Messages in iOS 8**

PCWorld



**Toshiba Encore 2 Write tablet review: Information capture taken to a new level**

**TechHive**



**TP-Link Archer C8 Wi-Fi router review: A solid price-to-performance ratio saves this otherwise mundane router**



**LoopPay vs. Google Wallet: Which mobile payment method works better?**

Featured Stories

**Mobile World Congress: The best phones & gadgets**

This is it: the most promising gear we saw under the Barcelona big-top. Send us review units, now! ...

**How to get started with Cardboard, Google's DIY virtual reality headset**

Want to strap your smartphone to your face? It's cheap and relatively easy.

**The 10 best widgets for your Android tablet**

Instead of filling your tablet screen with a row of icons, bring it to life with these cool widgets...

**The 10 best Android games to play on your TV with Chromecast**

All you need is Google's $35 streaming stick and your Android phone or tablet for some great single-...

**SYSTEM SOFTWARE    TABLETS**

News    Tips    Submit a tip    Newsletters

Copyright © 2015 IDG Consumer & SMB. All rights reserved.

The Android robot is reproduced or modified from work created and shared by Google and used according to terms described in the Creative

Commons 3.0 Attribution License. Greenbot is an independent site that is not affiliated with Google Inc.

Explore the IDG Network

Exhibit 7

IntelliJ IDEA 14.0.3 Help / Pinning and Unpinning Tabs

On this page:

- Basics
- Pinning an editor tab
- Unpinning a tab

## Basics

IntelliJ IDEA can limit the number of tabs opened in the editor simultaneously. When the number of tabs reaches its limit, the editor closes the tabs according to the tab closing policy, that is defined in the Editor Tabs settings page. By default, the tab limit is 10, but you can change it if necessary.

To prevent a tab from being closed automatically, you can pin this tab. Besides, when you close the editor tabs, you have an option to preserve pinned tabs opened and close the unpinned tabs.

When a tab is pinned, there is a special marker on it.

A marker for a pinned tab


*The pinned status of a tab is helpful when you open a file for reference, rather than for editing.*

To prevent a tab from being closed automatically, you can pin this tab. Besides, when you close the editor tabs, you have an option to preserve pinned tabs opened and close the unpinned tabs.

When a tab is pinned, there is a special marker on it.

A marker for a pinned tab


*The pinned status of a tab is helpful when you open a file for reference, rather than for editing.*

## Pinning an editor tab

1. Switch to the desired editor tab.

2. Right-click the editor tab, and choose Pin Tab on the context menu:



## Unpinning a tab

1. Switch to the desired editor tab.

2. Right-click the editor tab, and choose Unpin Tab on the context menu.



See Also

Procedures:                                    Reference:
- Closing Files in the Editor                  - General

Web Resources:
- http://www.jetbrains.net/devnet/community/idea/kb

Last modified: 3 February 2015



9 Comments    JetBrains                                              Login

❤ Recommend    ⬆ Share                                        Sort by Newest

Join the discussion...

**Clint Milner** · a year ago
It seems like a pinned tab shouldn't move around. For example, say I have two rows of tabs open and I pin the tab in the top right. When I click on another file in the top row, I'd expect the pinned tab to stay pinned to the top right, and not move to the lower (active) row.

Does this functionality exist in another way?
△ | ▽ · Reply · Share ›

　　**Andrey Demov** → Clint Milner · a year ago
　　It is not possible. Please vote for IDEA-96282
　　△ | ▽ · Reply · Share ›

**Jayen Ashar** · 3 years ago
is it possible to automatically pin new tabs?
△ | ▽ · Reply · Share ›

　　**Sergey_Chernetsky** → Jayen Ashar · 3 years ago
　　No. By the way, what do you need this for? May be increasing the number of simultaneously opened tabs can help? (The **Tab limit** setting on Settings | Editor | Editor Tabs).
　　△ | ▽ · Reply · Share ›

　　**Romeo Franksen** · 3 years ago



It would be great if pinned tabs would not be closed when performing "close (other/all) tabs". Do you think there is a chance of implementation?

1 ⌃ | ⌄ • Reply • Share ›

**imegorskaya** Mod → Romeo Frenksen • 3 years ago

Please file a feature request to YouTrack. Just a hint - if this feature gets votes, it will be implemented more readily.

⌃ | ⌄ • Reply • Share ›

**Romeo Frenksen** → imegorskaya • 10 months ago

Done :)

Hopefully someone will vote: http://youtrack.jetbrains.com/...

⌃ | ⌄ • Reply • Share ›

**Sterling Brantley** • 4 years ago

what happens when it will not let u unpin

⌃ | ⌄ • Reply • Share ›

**imegorskaya** Mod → Sterling Brantley • 4 years ago

could you please clarify - what is your problem? the pinned status of a tab is toggled between "Pin Active Tab" and "Unpin Active Tab", so when a tab is pinned, the context menu command is "Unpin...", and vice versa.

⌃ | ⌄ • Reply • Share ›

Exhibit 8

 HELP

Search ⌕

Need to call us? ☐    English (US) ☐ **Deutsch Français**    Please login to submit a request    Sign in

Please login

Managing Your Files

Collaboration and Sharing

Box Sync

Box Mobile Apps

For Admins

Box for Your Industry

Account Information

Setup and Deployment

Payment and Billing

About Box

Box Help > For Admins > Security

# Device Pinning Overview And FAQs

December 15, 2014 23:12  ·  🎓 **Get Training**

*This feature is available for Business and Enterprise users only. For more information about pricing plans, or to upgrade, visit* [app.box.com/pricing/](app.box.com/pricing/).

Building on the login tracking feature – which allows admins to set limits on the number of devices a user can access Box from and sends alerts to them and the user whenever a new device is used to access that Box account – Box recently introduced another device management functionality to increase security when accessing Box on mobile or desktop devices: device pinning.

This feature allows admins to limit which devices a user can access Box from, ensuring access is only allowed on trusted devices.

## What is device pinning?

Device pinning is a new feature that allows enterprise admins to pin their user's corporate-managed Box account to a particular mobile device or Box Sync client.

Admins also have access to a dashboard in the admin console for managing the following:

- Enable/disable device pinning
- Set the number of devices the to which the Box application can be pinned
- View all devices associated with each managed user's account
- View all devices across managed users
- Disassociate a device from a user (this will log the user out)
- The devices an admin can manage are computer (Box Sync), phone and tablet

**How does the feature work?**

When device pinning is enabled for a business, admins can set a limit on the number of devices that a managed user can pin the Box app to

When device pinning is turned on, the Box app can be pinned to a device as follows:

- The user logs into the Box application from a device.
- If a managed user already has the Box app installed on a device and is logged in when device pinning is turned on, the next time the user performs any Box server operation (such as refreshing All Files or uploading a new file) will pin the application to that device.
- The first mobile app client that is (1) logged in from or (2) an action is performed on, will pin the application to that device. Once an application has been pinned to certain device, the admin is the only person who can remove that pin.
- Box Sync only sends in the Device ID or token request at login/session renewal.
- Uninstalling the Box app from a device will not allow the user to log in to their corporate Box account from another device that is not on their pinned list if they have already reached the pinning limit for that device type.

## How do device limits work?

If an admin sets the number of devices that a user within their enterprise can install the Box app on to a number greater than one, each subsequent login to a new device will pin the Box app to that device until the limit has been reached.

Once the number of devices for a managed user has been reached, that user will be prohibited from logging in on an additional devices.

If you do not want to place a limit on the number of devices the Box app can be pinned to but you want to monitor and manage device pins, you can enable the device pinning feature and set the device limit to unlimited.

### What ID is stored from the device?

For Box Sync, the Device ID is pinned. See the next questions *Can I use Box Sync with device pinning enabled?* for additional information.

For mobile clients, Box stores a unique string per device based on the available properties of the device. For example, the UDID on iOS devices.

## Can I use Box Sync with device pinning enabled?

Device pinning is compatible with Sync on Windows and Mac, including virtual machines.

Users will receive an error message when attempting to login to Box Sync without a Device ID:

- Windows: If the CPU or hard drive device ID is unavailable.
- Mac: If the serial number is unavailable.

**Which types of accounts can use device pinning?**

The feature is available for Enterprise accounts

## Who can enable and manage this feature?

Admins and co-admins have access to the device pinning feature

## Where is the feature in the Admin Console?

Access the Enterprise Settings > App Use Management tab.

- To enable the device pining feature, check the box titled *Enable Device Pinning*.
- If you would like to set a limit for the number of devices your managed users can pin the Box application to, select a number from **Devices Per User** drop down and click save
- If you would like to track the devices your managed users are pinning the Box application to but do not want to limit the number of devices, select the **Unlimited** option from the **Devices Per User** drop down
- You can exempt a managed user from the device limit set for your enterprise on the user's page.
  Note: you cannot exempt a user from device pinning if device pinning is not turned on for your enterprise

After enabling device pinning, use the Application Usage table to track the devices to which your users pin the Box application.

You can search for a particular user by typing their name into the **Name** field to view the devices to which the user has pinned the application.

You can view a filtered list of a specific application by using the **Application Type** drop down.

To remove a pin or multiple pins, check the box to the right of the user's application you want to unpin. Once a box or multiple boxes are selected, a **Remove** button will appear at the top of the table.



Access the **Users** > **Select a User** > **Edit User Access Permissions** page:

- You can also view the devices a specific user has pinned the Box application to by going to their user page
- To remove a specific pin for a user, click the **X** button to the right of the application you want to remove
- To remove all pins for a user, click the **Remove All** link

### What system requirements are there for this feature? What do I need my managed users to do in preparation for the feature?

Before enabling the device pinning feature, admins will want to make sure their managed users are prepared with devices and versions of the Box apps that meet these requirements:

- **Operating system requirements –** Device pinning is supported on the following platforms

  - iOS 6 and higher for use on iPhones/iPads
  - Android OS 2.2 (Froyo) and higher for use on Android devices
  - No other devices have minimum operating system requirements
  - BB10 is not supported at this time

Device requirements– Device pinning is not supported on the following mobile devices

  - iPhone 3G or older
  - iPad 1

- **Box App requirements**– Device pinning is supported for the following app versions
  - Box for iPhone and iPad 2.8.3 and higher
  - Box for Android 2.1 and higher
  - Box for Windows 8 1.5 and higher
  - Box for Windows Phone 1.5 and higher
  - Box Sync 3.3 and higher

If device pinning is enabled and one of your managed users has an out of date operating system, unsupported device or old version of the Box application, they will be automatically and unexpectedly logged out of the app when they next attempt to access Box on that device.

If a user is automatically logged out of the Box application:

  - They will need to log in again to access the application
  - They may be confused over why they need to log in again when they normally can just click the app icon to use it
  - They will also receive an error message telling them they must upgrade their operating system, device or Box app

To avoid logging your managed users out of their Box application, make sure they have upgraded their operating systems, devices and Box apps before turning on the feature

## What if I'm already using application limits?

Application limits will be deprecated in favor of device pinning. If you already have device limits enabled for your enterprise, you will need to enable device pinning and select the limit for how many devices the Box application can be pinned to for your managed users.

## What happens if a user hits their limits?

If a managed user has pinned the Box app to the maximum number of devices, they will be unable to log in or will be logged out of the app when they:

  - Attempt to log in to the application from an additional device
  - Attempt to perform an action on an application from an additional device (in the case the app was installed prior to device pinning being enabled)

The Admin can remove the device. See instructions in this article section: What If the Device is Lost or Stolen?

## What happens if I lower the device limit?

If you reduce the number of devices the Box app can be pinned to, your managed users will be automatically logged out of all Box applications

## What are the different errors a user might encounter?

If a user's operating system, device or apps are not up to date before device pinning is enabled, they may receive one of the following error messages:

- iOS update required.
- Device not supported (only for iPad 1) – Your Box administrator restricted the use of this application on first generation iPads. Please contact your administrator regarding your access.
- Box App update required.
- Device limits exceeded.
- Box Sync is unable to obtain a unique Device ID.

## Other References



box    Managing Devices with Device Pinning.mp4

Was this article helpful?    ☐ ☐    7 out of 7 found this helpful

Related articles

Best Practice - Device Pinning

Inviting Collaborators - Walkthrough

Box Sync 4 Duplications with Email Address Added

Box Sync 4.0: Mac Package Support

How Does Box Handle and Resolve Conflicts?

Developers      Box Status      Box Open Source Projects      Go to Box      About Box      Terms of Use      Privacy Policy      Agents Only

Exhibit 9

Home        About



## Pinning: The Next Wave in Social Media

March 30, 2012 // [ 0 ]

### Are you pinning yet?

You may be Tumbling, StumblingUpon, or DiggingIt, but are you Pinning? If not, you aren't one of the cool kids on the Net. Yet. But pinning – the latest development in social media innovation, is coming on strong, with more and more users every day. If you are a social media animal, or a business owner or marketing professional who needs to build and maintain an online social media presence, you need to know about pinning.

### What is Pinning?

Pinning is a way to share interesting internet content via a virtual *pinboard*. Each board has a personalized theme, and users "pin" links to the board. Each link is depicted by a photo or graphic from the link. Your friends can "re-pin" your links to their own sites, or to their own Facebook or Twitter accounts.

### Pinning: A Virtual Bookmark

Pinning is a great way to showcase your individuality and spirit — with a very social-media twist. It's all about *you* and what inspires or interests *you*, but the discovery that you can, in turn, inspire others makes for a gratifying social media experience. As with other social media platforms, such as Facebook, other users can, "like" your pins, comment on your pins, or re-pin your links onto their own virtual bulletin boards. It's bookmarking turned visual. Michele Braungard, a freelance artist in Scotia, New York, compares it to "poring over a stack of magazines, another slight obsession of mine. There's so much eye candy, inspiration, and cool ideas. And discovering that there are people out there with similar aesthetics to my own is pretty neat."

Theresa Mirly from Marysville, Washington, agrees. "It's relaxing. It's a wrong or upset anyone. You look at things, and you either pin them or you don't."

### So what can a person DO on a pinning site? Just collect links?

You can use your pinboard for more than just collecting unrelated bits of interesting information. You can also use your pinboard to organize household projects, share items with friends, create wish lists and gift registries, provide vision and inspiration for a goal, and to keep yourself and other users up-to-date with the latest news or trends.

Among pinning's popular applications: Planning a wedding. A bride-to-be might create a board for invitation ideas, a board for bridesmaid dress ideas, a board for possible venues, and so on. The groom and the wedding party can visit her pinboard, provide their input — and parents can provide a reality-check on what these ideas are going to cost — even if they're far away.

Another application: Do-it-yourself projects and crafting. Mirly, a homeschooling mom, likes to collect family project ideas, and Braungard has created pinboards for theme party ideas and things she'd like to see when she takes her dream trip to Paris. Other folks create project pinboards for things like homebuilding and home improvement projects.

Cooking! Recipe pinboards are very popular. Pinning lets users share recipes and cooking ideas. Boards are frequently organized around a common theme. For example, families with people with special dietary needs use pinboards to share heart-healthy recipes, recipes for diabetics, gluten-free recipes, Kosher and halal cooking ideas, vegetarian and vegan recipes, and alternative recipes for those with severe allergies. Finding others whose dietary needs match your own provides opportunities to connect with others and to add some variety to the menu selection at home.

### What keeps pinners so engaged, logging in every day?

For Mirly, pinning is a method of stress relief. "I can get on for even a short period of time, and browse just what I am interested in. I don't have to visit several different sites all over the internet to see recipes, projects, or organizational ideas, because it's all in one place."

Braungard appreciates the visual appeal of pinning. "Scrolling through pages of beautiful imagery is more enticing to me than reading about every little thing that everyone else is doing," she says. "And you don't get all the drama that sometimes comes with other social networks."

relief to those of us already overwhelmed with maintaining our presence on Facebook, Twitter, Google+ and so on. "If I don't get on for a few days, I can jump right back in," Mirly notes. "I don't have the feeling that I have anything to catch up on. There's no pressure, no feeling of being left behind."

### How are businesses taking advantage of this latest opportunity?

Smart business owners are integrating pinning into their content marketing strategies. They create attractive infographics or other information of value to attract pinners. These businesses thereby leverage a high level of social media engagement to get their brand message out to as many people as possible.

How can I maximize my pinning presence?

There are three keys to getting a high number of re-pins for your content:

- Visual appeal
- Keyword-rich descriptions

[ Follow ]

[ Follow ]

[ Follow ]

- Keyword-rich description.
- Originality.

The content that will garner the most re-pins, likes, comments, and principles. I along the time to ensure that your content meets all three criteria can help ensure that your pin is unique, relevant, and can be found in a search.

### Tell me about pinning etiquette?

As a group, pinners have a tribal aversion to transparent self-promotion. In fact, self-promotion is listed as one of the top no-no's on their Pin Etiquette page. However, many companies and brands have produced pages with pinboards that are quite popular, with followers numbering in the thousands. For example, Nordstrom's page has dozens of boards whose pins are almost all its own products, and Whole Foods displays its products amongst many others, proclaiming "these are just a few of the things we love, and we love to share them with you."

Here are a few ideas that businesses can use to create pins that have added value to their customers or to increase user traffic to their site, thereby increasing brand awareness and loyalty.

1. **Put a face to the company**. Pin photos of your employees at work, at play, performing community service, whatever helps convey the image and style that the business cultivates.
2. **Highlight customers**. Pin photos of your product or service in use changed their stuff.
3. **Test new products or ideas**. Conduct market research by posting a new product or concept and gauging the reaction.
4. **Promote a *lifestyle*, not a product**. Showcase the lifestyle your customers enjoy while using your products. For example, if your product is a line of gourmet teas, pin photos of quaint English tea parties or Southern plantations, or other images that evoke whatever lifestyle best fits your image.
5. **Host a contest**. Without infringing on the pin site's guidelines, there are many ways to hold a contest for the customers who engage with you online. Ask your customers to create a pinboard of photos of them using your product, and then send you a link. Choose winners at random, or let your followers vote on a winner.
6. **Engaging!** Get out there and do some commenting, re-pinning, and liking amongst your followers.
7. **Add a *Pin It* button to your product pages**. Pinterest.com offers graphics for this, making it very easy for their users to pin your products to their boards.
8. **Leverage your existing networks**. It is okay to send a "shout out" through your existing networks to let everyone know your company is pinning now. Additionally, make sure to use the sharing tools provided by the pinning site. For example, Pinterest.com offers the option of notifying your Facebook timeline or Twitter account about these tools is a much easier, less obtrusive, and far more consistent way to get the news out that your company is now actively pinning. Make sure to add your pinning site to the social media section of your company e-newsletters, employee email signatures, and your website.
9. **Be consistent**. Don't just build some boards and be done. Keep pushing yourself to find new themes for new pinboards, so your content is never stale, and customers always have a reason to come back. Work out a simple system to accomplish a certain number of pins, re-pins, comments, likes, and new boards every week. Maintain a presence, which helps your brand build and maintain "top of mind awareness." Spread throughout the week, your pinning efforts don't need to add up to much work per day, especially if you're organized with your time.

### Where do I find pinning sites?

The big player in the pinning craze is Pinterest.com. So big, in fact, that it grew from nearly non-existent in mid-2011 to logging over 7.5 million unique users in December 2011 (Commodore Media Metrix, January 2012). According to Experian Hitwise, which measures the most popular websites based on total visits, weekly visits to Pinterest.com grew 170% in just the first three weeks of 2012. A January 2012 report from Shareaholic titlan Gadge+', LinkedIN, and YouTubé combined.'

All of those numbers mean that whatever popularity is measured by how many users a website has, how many times they visit, or how often a user moves ("refers") from there to a commercial site... Pinterest.com is definitely popular. The fact that a user must be "invited" to use Pinterest.com by another user – or by requesting an invite from the site itself, which takes days – makes these statistics all the more stunning.

Yet Pinterest.com isn't the only pinning site out there. Several other similar sites exist, smaller than Pinterest.com, but easier to get into. It's easier to gain followers on a newer or smaller site, because there are fewer "power users" with hundreds of thousands of followers. On the other hand, it's also less likely that your personal friends and connections will be pinning on those sites.

Pinspire.com is an unabashed clone of Pinterest.com, right down to the layout, color scheme, and scripted font of the logo. Created to serve the European market, Pinspire.com is gaining traction.

Minglewing.com also has several layout elements in common with Pinterest.com, but has a broader range of focus in its categories, including some with a political bent. Its pins have more text and lean more toward

Piccsy.com appears to place a greater emphasis on photos within its layouts. Following Pinterest.com's lead, it is also an invitation-only site.

Weheartit.com goes for a more feminine approach, with a pink color scheme and basic tags instead of categories. The top tags include "pretty", "cute", and "fashion".

FFFFOUND.com looks like someone's Tumblr account in beta format. With an all-white background and various sizes of Times New Roman font, it has nowhere near the polish of the other sites and does not invite the user to delve deeper.

LikedBy.com has an appealing layout that is similar to Pinterest.com but simpler. Its purple logo and heart icon give it a softer, more soothing feel. The simpler layout allows for more pins to be displayed at once, but the

lack of categories with which to filter them feels a little too disorganized and a little overwhelming.

Storify.com asks its users to "create engaging social stories". Its featured topics are more focused on current events, several newspapers, television news programs, and news websites use Storify.com.

Pearltrees groups onto a shared mindful of a pinboard, or "tree", a photo, each pin is presented as a circle, or *pearl*, on the branch. When you find a pearl of wisdom that appeals to you, you pick it, thereby cultivating your own *pearl trees*. The visual concept is less "magazine" and more "mind map," so the pins' topics more often include text-based articles such as white papers.

**Who Pins?**

Demographically, about 75% of Pinterest.com users are women. Pinspire.com, Piccsy.com, and Weheartit.com also skew heavily female, while Storify.com, FFFFOUND.com, and Pearltrees.com all have a predominantly male following, according to Google Ad Planner.

Note: All of these sites have some adult content – most often in the form of adult humor and language. Some of the more "artistic" photographs may feature some nudity.

**Will pinning replace Facebook as the social media king?**

The rate at which Pinterest.com is growing can't be ignored, but will it eventually replace Facebook as the #1 social networking site? Too early to tell. For all its faults, including clunky layouts and privacy issues, Facebook is no pahoa brave for nothing. We share friends and family we be found at almost any time, day or night. This can sometimes be so intensely personal that we need to take a break – just like from our "real life" home. That's where Pinterest.com comes in. The internet has plenty of room for weekend escapes.

| | |
|---|---|
| Categories | Uncategorized |

Exhibit 10

 **Windows**          🔍

Why Windows     Apps+games     PCs+tablets     Downloads     **How-to**         Sign in

**Get started**    Get help

# Getting apps for your PC

Windows tutorial: Page 7 of 11

## A world of apps in the Windows Store

Apps make using your PC easier by opening up new ways for you to get things done and have some fun. Windows 8.1 and Windows RT 8.1 come with built-in apps that help you socialize, stay in touch, share and view documents, organize photos, listen to music, and watch movies, but you can find even more apps in the Windows Store.

**Note:** You need to have Windows 8.1 or Windows RT 8.1 to see and install apps from the Windows Store. If you don't have Windows 8.1 or Windows RT 8.1, you can check out some of the popular apps available in the Store.

## Installing apps

To find apps to install from the Windows Store, tap or click **Store** on the Start screen or your desktop taskbar. You need to be connected to the Internet to open the Store and you'll need to sign in using a Microsoft account.



Once you're in the Windows Store, there are a few different ways to look for apps:

**Browse featured apps and lists.** If you're not sure what kind of app you want, a good place to start is the featured apps in the Store. Start scrolling to the right to view lists of popular apps, new releases, top paid or free apps. (To see all the apps in a specific list, tap or click the name of the list.) You'll also see personalized app recommendations in **Picks for you**, based on apps you own and apps you've rated.

**Explore categories.** If you're looking for a certain type of app (like an entertainment app or a game), you can explore the different categories in the Store. Tap or click **Categories**, and then tap or click the category you want.

**Search for an app.** If you know the name of the app you want or are looking for apps by a specific publisher, enter the name into the search box in the upper-right corner of the Store. You'll see results for apps that match your search.

When you find an app you want, tap or click **Buy** or **Try** (free trial) if it's a paid app, or **Install** if it's free.

# Tip

Use the menu at the top of the Windows Store to view lists of apps, categories, your account info, or back **Home** to the main page of the Store.

# Pinning apps

After an app is installed from the Store, you'll find it listed in the Apps view with all the other apps on your PC. You can pin the app to your Start screen or your desktop taskbar, so it's easier for you to find and use later.

### Step 1

On the Start screen, slide up from the middle of the screen to see the Apps view. (If you're using a mouse, click the arrow ⊕ near the lower-left corner of the screen.)



### Step 2

Press and hold or right-click to select the apps you want to pin.



**Step 3**

Tap or click **Pin to Start** or **Pin to taskbar**. The apps you pinned will appear at the end of your Start screen or desktop taskbar.

Then you can rearrange the pinned apps. On the Start screen, you can resize tiles, and group related apps together. To learn how, see **Start screen**.



# Using your apps

To start using an app, tap or click the app on the Start screen or your desktop taskbar (if you've pinned it there), or from the Apps view. What you can do with an app depends on the app you've installed, but here are some basic tips.





### See the app commands

App commands help you do different things in apps. For example, in a weather app, one app command might be to change the temperature from Fahrenheit to Celsius. To see what commands are available in an app, swipe down from the top edge of the screen or swipe up from the bottom edge of the screen, and then tap the command you want. (If you're using a mouse, right-click within the app, and then click the command you want.)

### Use charms in an app

In many apps you can use the charms to search, share content, send files to printers or other devices, and change settings. To use charms in an app, swipe in from the right edge of the screen, and then tap the charm you want. (If you're using a mouse, point to the upper-right corner of the screen, move the mouse pointer down, and then click the charm you want.) For more info, see **Search, share, print, and more**.




### Use apps together

When you're using more than one app, you can quickly switch between apps, and have up to four apps on the screen at the same time (depending on the resolution of your display). For more info on how to use multiple apps in Windows, see Getting around your PC.

### Close an app

Apps in the Windows Store are built so they don't slow down your PC when you're not using them. When you stop using an app, Windows leaves it running in the background and then, after a while, closes it for you. But if you want to close an app using touch, drag it from the top of the screen to the very bottom. If you're using a mouse, move your mouse pointer to the top of the app and then click the **Close** button in the title bar.

## Tip

If you're using a mouse and you don't see a **Close** button when you move your mouse to the top of an app, you might not have the latest update for Windows 8.1 and Windows RT 8.1. Install the Windows 8.1 Update (KB 2919355).

## Syncing apps between PCs

After you've installed apps from the Windows Store, when you sign in to another Windows 8.1 or Windows RT 8.1 PC using your Microsoft account, your apps are automatically synced on the new PC you're using—so it's easier for you to pick up right where you left off. Automatic syncing of apps and app data is turned on by default, but you change these settings at any time.

### To change app sync settings

1. Swipe in from the right side of the screen and then tap **Settings**. (If you're using a mouse, point to lower-right corner of the screen, move up, and then click **Settings**.)

2. Tap or click **Change PC settings**.

3. Tap or click **OneDrive**, and then tap or click **Sync settings**.

4. Under **App settings**, choose whether or not you want to sync **Apps** and **App data**.

## Automatic app updates

Keeping your apps up-to-date is one way to make sure your apps work correctly. App updates are free and can also include updated or new features for your app. By default the Windows Store automatically updates apps installed on your PC, so you don't need to worry about checking to see when updates are available. For more info on how to make sure automatic updates are turned on, see Turn on automatic app updates.

## Installing your apps on other PCs

All of the apps you've installed from the Windows Store are listed in the **My apps** section of the Store. You can see which of your apps are installed on the different PCs you use, and can install apps directly from here, so you don't have to search for them in the Store and install them one at a time.

### Step 1

On the Start screen, tap or click the Store tile to open the Windows Store.



### Step 2

Tap or click **Account**, and then tap or click **My apps**.



### Step 3

Swipe down or right-click the apps you want to install, and then tap or click **Install**.

**Note:** You can install Windows 8 apps on a Windows 8.1 PC, but can't install Windows 8.1 apps on a Windows 8 PC.



Previous: Search, share & print                                          Next: Email

Previous: Search, share & print

Next: Email

Need more help?

Why can't I sign in to the Windows Store?

How do I redeem a gift card or promotional code?

Edit payment method for the Windows Store and view billing history

Set your preferences for the Windows Store

Use the Windows Store in a different country or region

Use Family Safety with the Windows Store

Age ratings in the Windows Store

How to buy apps for kids

See all support pages for **apps & Windows Store**.

Ask a question in the **community forums**.

**Hello from Seattle.**　　　**United States of America**

Disclaimers　　Terms of Use　　Trademarks　　Privacy & Cookies　　Site Map

**Microsoft**
© 2015 Microsoft