QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
   dianedoolittle@quinnemanuel.com
Rachel Herrick Kassabian (Bar No. 191060)
   rachelkassabian@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
   margretcaruso@quinnemanuel.com
Carolyn Homer Thomas (Bar No. 286441)
   carolynthomas@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax.: 650-801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Meagan K. Bellshaw (Bar No. 257875)
   meaganbellshaw@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: 415-875-6600
Fax.: 415-875-6700

(additional counsel listed on next page)

*Attorneys for Plaintiff*
*Pinterest, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PINTEREST, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>PINTRIPS, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 13-CV-04608 (HSG)<br><br>**NOTICE OF APPEARANCE** |

1  Additional Counsel:

2  HARVEY SISKIND LLP
3  Lawrence J. Siskind (Bar No. 85628)
       siskind@harveysiskind.com
4  Donald A. Thompson (Bar No. 260076)
       dthompson@harveysiskind.com
5  Jane A. Levich (Bar No. 293299)
       jlevich@harveysiskind.com
6  Four Embarcadero Center, 39th Floor
7  San Francisco, CA 94111
   Tel.: 415-354-0100
8  Fax.: 415-391-7124

9  *Attorneys for Plaintiff*
   *Pinterest, Inc.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05001-52156/6774836.1

-2-                                  Case No. 13-CV-04608 (HSG)
                                     NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Rachel Herrick Kassabian of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters her appearance as counsel of record for Pinterest, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Rachel Herrick Kassabian (Bar No. 191060)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 555 Twin Dolphin Drive, 5th Floor
> Redwood Shores, CA 94065
> Tel.: 650-801-5000
> Fax.: 650-801-5100
> rachelkassabian@quinnemanuel.com

DATED: May 13, 2015         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Rachel Herrick Kassabian*
    Rachel Herrick Kassabian

*Attorneys for Plaintiff
Pinterest, Inc.*