QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
   dianedoolittle@quinnemanuel.com
Rachel Herrick Kassabian (Bar No. 191060)
   rachelkassabian@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
   margretcaruso@quinnemanuel.com
Carolyn Homer Thomas (Bar No. 286441)
   carolynthomas@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax.: 650-801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Meagan K. Bellshaw (Bar No. 257875)
   meaganbellshaw@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: 415-875-6600
Fax.: 415-875-6700

(additional counsel listed on next page)

*Attorneys for Plaintiff*
*Pinterest, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PINTEREST, INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>PINTRIPS, INC., a Delaware corporation<br><br>         Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 13-CV-04608 (HSG)<br><br>**NOTICE OF APPEARANCE** |

05001-52156/6774836.1

Case No. 13-CV-04608 (HSG)
NOTICE OF APPEARANCE

1 | Additional Counsel:

2 | HARVEY SISKIND LLP
3 | Lawrence J. Siskind (Bar No. 85628)
    siskind@harveysiskind.com
4 | Donald A. Thompson (Bar No. 260076)
    dthompson@harveysiskind.com
5 | Jane A. Levich (Bar No. 293299)
    jlevich@harveysiskind.com
6 | Four Embarcadero Center, 39th Floor
7 | San Francisco, CA 94111
    Tel.: 415-354-0100
8 | Fax.: 415-391-7124

9 | *Attorneys for Plaintiff*
10 | *Pinterest, Inc.*

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Diane M. Doolittle of Quinn Emanuel Urquhart & Sullivan,

3  LLP hereby enters her appearance as lead counsel of record for Pinterest, Inc.

4  Copies of all pleadings, papers, correspondence, and electronic filing notices should be

5  directed to:

Diane M. Doolittle (Bar No. 142046)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax.: 650-801-5100
dianedoolittle@quinnemanuel.com

DATED: May 14, 2015            QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By  */s/ Diane Doolittle*
                                   Diane Doolittle

                                   *Attorneys for Plaintiff*
                                   *Pinterest, Inc.*