UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PINTEREST, INC.,

    Plaintiff,

v.

PINTRIPS, INC.,

    Defendant.

Case No. 13-cv-04608-HSG

**ORDER REGARDING TRIAL LOGISTICS**

Trial in this action will begin at 8:30 a.m. on May 18, 2015 in Courtroom 15 on the 18th floor of 450 Golden Gate Avenue, San Francisco, CA 94102. The parties must comply with the Court's Civil Pretrial and Trial Standing Order throughout the proceedings. In addition, the Court orders the following:

1. Each party is granted 12 hours to present its case, including opening statements, the case-in-chief, and cross examinations. The time expended by each party will be kept by the Court throughout the proceedings. The Court has reviewed the parties' pretrial filings and believes that both parties can, and likely should, use substantially less time than their full 12-hour allotment.

2. The Court will recess for two 15-minute breaks each court day. The first break will begin at approximately 10:00 a.m. The second break will begin at approximately 11:45 a.m.

**IT IS SO ORDERED.**

Dated: May 15, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge