| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KENYON & KENYON LLP |
| Diane M. Doolittle (Bar No. 142046) | Edward T. Colbert (Admitted to Practice) |
|    dianedoolittle@quinnemanuel.com |    ecolbert@kenyon.com |
| Rachel Herrick Kassabian (Bar No. 191060) | William M. Merone (*pro hac vice*) |
|    rachelkassabian@quinnemanuel.com |    wmerone@kenyon.com |
| Margret M. Caruso (Bar No. 243473) | Erik C. Kane (*pro hac vice*) |
|    margretcaruso@quinnemanuel.com |    ekane@kenyon.com |
| Carolyn Homer Thomas (Bar No. 286441) | 1500 K Street, N.W. |
|    carolynthomas@quinnemanuel.com | Washington, D.C. 20005 |
| 555 Twin Dolphin Drive, 5th Floor | Tel.: (202) 220-4200 |
| Redwood Shores, CA 94065 | Fax.: (202) 220-4201 |
| Tel.: 650-801-5000 | |
| Fax.: 650-801-5100 | |
| | KENYON & KENYON LLP |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Frank L. Bernstein (Bar No. 189504) |
| |    fbernstein@kenyon.com |
| Meagan K. Bellshaw (Bar No. 257875) | Scott Tolchinsky (Bar No. 291069) |
|    meaganbellshaw@quinnemanuel.com |    stolchinsky@kenyon.com |
| 50 California Street, 22nd Floor | 1801 Page Mill Road, Suite 210 |
| San Francisco, CA 94111 | Palo Alto, California 94304 |
| Tel.: 415-875-6600 | Tel.: (650) 384-4700 |
| Fax.: 415-875-6700 | Fax.: (650) 384-4701 |
| *Attorneys for Plaintiff Pinterest, Inc.* | *Counsel for Defendant Pintrips, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PINTEREST, INC., a Delaware corporation, <br><br>          Plaintiff, <br><br>     v. <br><br>PINTRIPS, INC., a Delaware corporation, <br><br>          Defendant. <br><br>AND RELATED COUNTERCLAIMS | Case No. 13-CV-04608 (HSG) <br><br>**STIPULATION AND ORDER REGARDING HEARING DATE FOR POST-TRIAL ARGUMENTS** |

WHEREAS, on May 27, 2015, the Court scheduled argument following post-trial briefing in this matter for August 14, 2015 at 10:00 AM.;

WHEREAS, a conflict has arisen with that date and the parties have stipulated to move that date to August 28, 2015, at 10:00 AM.;

WHEREAS, no other dates or deadlines will be affected by a change in this argument date,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Pinterest and Pintrips that:

With the Court's permission, the argument on the parties' post-trial briefing be reset for August 28, 2015, at 10:00 AM.

**IT IS SO STIPULATED.**

DATED: June 5, 2015                                            DATED: June 5, 2015

  */s/ Rachel Herrick Kassabian*                          */s/ Frank L. Bernstein*
Rachel Herrick Kassabian                                      Frank L. Bernstein
QUINN EMANUEL URQUHART &
SULLIVAN, LLP                                                        KENYON & KENYON LLP
*Attorneys for Plaintiff*                                              *Counsel for Defendant*
*Pinterest, Inc.*                                                         *Pintrips, Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  June 5, 2015               By: _____
                                                           The Honorable Haywood S. Gilliam Jr.
                                                           United States District Judge