QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn Homer Thomas (Bar No. 286441)
  carolynthomas@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax.: 650-801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Meagan K. Bellshaw (Bar No. 257875)
  meaganbellshaw@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: 415-875-6600
Fax.: 415-875-6700

(additional counsel listed on next page)

*Attorneys for Plaintiff
Pinterest, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PINTEREST, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PINTRIPS, INC., a Delaware corporation <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 13-CV-04608 (HSG) <br><br> **JOINT STIPULATION TO CORRECT THE RECORD OF ADMITTED EXHIBITS** |

Additional Counsel:

HARVEY SISKIND LLP
Lawrence J. Siskind (Bar No. 85628)
    siskind@harveysiskind.com
Donald A. Thompson (Bar No. 260076)
    dthompson@harveysiskind.com
Jane A. Levich (Bar No. 293299)
    jlevich@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Tel.: 415-354-0100
Fax.: 415-391-7124

*Attorneys for Plaintiff
Pinterest, Inc.*

# JOINT STIPULATION

On Tuesday, May 26, 2015, Table 4 on page 28 of the expert report of Dr. Jacob Jacoby, which was marked for identification as Exhibit 206, was ordered admitted into evidence and denominated by the Court Clerk as "one page of Exhibit 206";

On Wednesday, May 27, 2015, Plaintiff Pinterest, Inc., introduced and the Court ordered admitted into evidence Exhibit 279, which is identical to Table 4 of Exhibit 206;

Accordingly, the parties hereby stipulate that Exhibit 279 should replace "one page of Exhibit 206" in the Court's formal record of admitted exhibits.

The parties further stipulate to the admission of Exhibit 207G, the *curriculum vitae* of Plaintiff Pinterest's expert Deborah Jay, and Exhibit 1004, the *curriculum vitae* of Defendant Pintrips' expert Brian Robertson.

The parties further stipulate to the admission of Exhibit 240, a slide showing screen capture of the Pintrips web page regarding "The Easiest Way to Plan Travel." Plaintiff identified Exhibit 240 during the cross-examination of Mr. Gotlieb on Thursday May 20, 2015 and moved for its admission the same day.

Additionally, the parties stipulate to the admission of Exhibit 1005, the *curriculum vitae* of Defendant Pintrips, Inc.'s expert Peter Kent. On Wednesday, May 19, 2015, Defendant identified Exhibit 1005 during Mr. Kent's testimony, and on Thursday, May 20, 2015, moved for admission of Exhibit 1005 into evidence.

IT IS SO STIPULATED.

DATED:  May 28, 2015                QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


By  */s/ Meagan Bellshaw*
    Meagan Bellshaw
    Attorneys for Plaintiff Pinterest, Inc.

1 | DATED: May 28, 2015                    KENYON & KENYON LLP

2 |                                                          By  /s/ Frank L. Bernstein

3 |                                                              Frank L. Bernstein
                                                                 Attorneys for Defendant Pintrips, Inc.
4

5

**SO ORDERED:**

6

7

8 | This  15th  day of _____June__, 2015

9 |                                                          _____
                                                              **Hon. Haywood S. Gilliam, Jr.**
                                                              **UNITED STATES DISTRICT JUDGE**
10

**Attestation**

I attest that the e-signature of Frank Bernstein on behalf of defendant was added with authorization conveyed by email from Mr. Bernstein.  Plaintiff's counsel and plaintiff concur in this filing's content and have authorized this filing pursuant to the authorization conveyed by email from Mr. Bernstein.

*/s/ Meagan Bellshaw*