Edward T. Colbert (Admitted to Practice)
William M. Merone (*pro hac vice*)
Erik C. Kane (*pro hac vice*)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 220-4200
Facsimile: (202) 220-4201
Email: ecolbert@kenyon.com

Frank L. Bernstein (SBN 189504)
Scott Tolchinsky (SBN 291069)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304
Telephone: (650) 384-4700
Facsimile: (650) 384-4701
Email: fbernstein@kenyon.com

*Counsel for Defendant
and Counter-Plaintiff
Pintrips, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PINTEREST, INC., a Delaware corporation,<br><br>*Plaintiff and Counter-Defendant*,<br><br>v.<br><br>PINTRIPS, INC., a Delaware corporation,<br><br>*Defendant and Counter-Plaintiff* | Case No.  3:13-cv-4608-HSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING POST-TRIAL BRIEFING**<br><br>Hearing Date: August 28, 2015<br>Time: 10:00am<br>Crtrm: 15, 18th Floor<br>Judge: Haywood S. Gilliam, Jr. |

WHEREAS the Court has previously set opening post-trial briefs and Findings of Fact and Conclusions of Law to be filed on or before June 26, 2015 and responsive briefs on or before July 15, 2015;

WHEREAS the Court initially set a 30 page limit for Proposed Findings of Fact, and did not specify any limitation on Proposed Conclusions of Law, but did invite the Parties to contact the Court with any requests for adjustments in the Post-Trial briefing, and

WHEREAS, the Parties have met and conferred and jointly request a short extension of the briefing schedule and adjustment to the page limits of the Findings of Fact and Conclusions of Law to permit both parties to concisely summarize the record for the Court;

WHEREAS the proposed extension will not affect the previously scheduled August 28, 2015 hearing date;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Pinterest and Pintrips that:

With the Court's permission, opening trial briefs and Findings of Fact and Conclusions of Law shall be filed on or before July 3, 2015 and responsive briefs shall be filed on or before July 24, 2015;

Findings of Fact and Conclusions of Law shall not exceed a combined page limit of 45 pages.

**IT IS SO STIPULATED**

DATED: June 25, 2015
*/s/ Meagan Bellshaw*
Meagan Bellshaw
QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Attorneys for Plaintiff Pinterest, Inc.*

DATED: June 25, 2015
*/s/ Frank L. Bernstein*
Frank L. Bernstein
KENYON & KENYON LLP
*Counsel for Defendant Pintrips, Inc.*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: June 26, 2015

_____
Haywood S. Gilliam, Jr.
United States District Court Judge

## ATTESTATION OF SIGNATURE

I, Frank L. Bernstein, am the ECF User whose ID and password was used to electronically file this STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING.  I hereby attest that Counsel for Plaintiff Pinterest, Inc. (Meagan Bellshaw) concurred in this filing.

Dated: June 25, 2015                              /s/ Frank L. Bernstein