Edward T. Colbert (Admitted to Practice)
William M. Merone (admitted *pro hac vice*)
Erik C. Kane (admitted *pro hac vice*)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 220-4200
Facsimile: (202) 220-4201
Email: ecolbert@kenyon.com
Email: wmerone@kenyon.com
Email: ekane@kenyon.com

Frank L. Bernstein (SBN 189504)
SINGULARITY LLP
275 Shoreline Drive, Suite 520
Redwood Shores, CA 94065
Telephone: (650) 720-4650
Facsimile: (650) 720-4662
Email: fbernstein@ipsingularity.com

*Attorneys for Defendant
and Counter-Plaintiff
Pintrips, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINTEREST, INC., a Delaware corporation, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> PINTRIPS, INC., a Delaware corporation, <br><br> Defendant and Counter-Plaintiff. | Case No. 3:13-cv-4608-HSG (KAW) <br><br> **NOTICE OF CHANGE IN COUNSEL** |

1    Defendant Pintrips, Inc. ("Pintrips") hereby notifies the Court that Frank L.

2   Bernstein, who has appeared for Pintrips in the above-referenced action, has changed

3   law firms per the caption above, and is no longer appearing on behalf of Pintrips in

4   this action.  Kenyon & Kenyon LLP continues to represent Pintrips in this action.

5   Dated:  August 26, 2015          Respectfully submitted,

6

7                                    By:   /s/ Frank L. Bernstein

8                                    Edward T. Colbert (Admitted to Practice)
                                     William M. Merone (admitted *pro hac vice*)
9                                    Erik C. Kane (admitted *pro hac vice*)
                                     KENYON & KENYON LLP
10                                   1500 K Street, N.W.
                                     Washington, D.C. 20005
11                                   Telephone: (202) 220-4200
                                     Facsimile: (202) 220-4201
12                                   Email: ecolbert@kenyon.com
                                     Email: wmerone@kenyon.com
13                                   Email: ekane@kenyon.com

14                                   Frank L. Bernstein (SBN 189504)
                                     SINGULARITY LLP
15                                   275 Shoreline Drive, Suite 520
                                     Redwood Shores, CA 94065
16                                   Telephone: (650) 720-4650
                                     Facsimile: (650) 720-4662
17                                   Email: fbernstein@ipsingularity.com

18                                   *Attorneys for Defendant and Counter-*
                                     *Plaintiff Pintrips, Inc.*

19

20

21

22

23

24

25

26

27

28

- 1 -