UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

Case No.  13-cv-04608-HSG                              Case Name: Pinterest, Inc. v. Pintrips, Inc.

Date: August 28, 2015                                       Time: 10:00A-12:20P (2 hours and 20 minutes)

**The Honorable Haywood S. Gilliam, Jr.**

**Clerk**: Nikki D. Riley                                          **Court Reporter**: Debra Pas

**COUNSEL FOR PLTF:**                                **COUNSEL FOR DEFT:**
Diane Doolittle                                              William Merone
Rachel Kassabian                                          Edward Colbert
Margret Caruso
Anthony Falzone

Trial Began: August 28, 2015                          No Further Trial Date

**TRIAL MOTIONS HEARD**:                         **DISPOSITION:**

**OTHER:**
Closing arguments are presented by both sides and the matter is taken under submission by the Court.

**VERDICT:**

**DISPOSITION OF EXHIBITS:**
All admitted exhibits will be turned over to the Case System Administrator.